# EXHIBIT A

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

**SUMMONS**

Index No: *10150* /2019

-----------------------------------------------------------------x

YI SUN,

               Plaintiff- Complainant

Plaintiff designates
New York County as
the place of trial
based upon defendant(s)
residence

        -against-

1) Heather J. Saslovsky, Esq &
   Manhattan Juvenile Rights Office of 'The Legal Aid Society'
   (include the related persons:The perjured witness Margaret O' Mara; )
2) Manhattan Family Court & Mr. Clark Richardson
   (include the related persons: Mr.Philip Schiffe, Esq; Ziwei Ran; Joann Stroman & FORESTDALE)
3) New York City Administration for Children's Services
   (include the related persons: Ms. Nichole Richards, Ms. Katrina Guerrero, Ms. Kira Lecznar, Esq; Mrs. Foster;
   Mr. Jesse Almonte; Ms. Zulma Montanez et al)
4) New York State Central Register of Child Abuse and Maltreatment
   & Mr. Rantideva Singh
5) Ms. Marybeth S. Richroath or and Queens Family Court
   (include the related persons: Ms. Joann Stroman & FORESTDALE)
6) Li Da Sun
7) Hugh H. Mo & The Law Firm of Hugh H. Mo, P.C.
   (include the ringleader Mr. Hugh H. Mo, Esq and his clients: Li Da Sun & Li Yao Sun; Tsai Chung Chao, M.D.)
8) Tsai Chung Chao
9) New York City Police Department
10) Hamilton College

              Defendant(s)-Respondent(s)

-------------------------------------------------------------------x

All Defendants resides
at the City of New York,
or and the State of New York

To the above named Defendants

     YOU ARE HEREBY SUMMONED to answer the Complaint in this action and to serve a
copy of your Answer, or, if the Complaint is not served with this Summons, to serve a Notice of
Appearance, on the Plaintiff Pro Se within 20 days after the service of this Summons, exclusive
of the day of service (or within 30 days after the service is complete if this Summons is not
personally delivered to you within the State of New York); and in case of your failure to appear
or answer, judgment will be taken against you by defendant for the relief demanded in the
Complaint.

Dated: New York, New York
       September 26, 2019

                    YI SUN   *Yi Sun*
                    The Plaintiff-Complainant Pro Se
                    10 East 116th Street, Apt#3A
                    New York, NY 10029-1061
                    Call: (212)810-0556
                    Email:sunyiculture@yahoo.com

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

-----------------------------------------------------------------------X

YI SUN,                                                    Index No:         /2019

           Plaintiff- Complainant                __VERIFIED COMPLAINT__

      -against

1) Heather J. Saslovsky, Esq &
   Manhattan Juvenile Rights Office of 'The Legal Aid Society'
   (include the related persons:The perjured witness Margaret O' Mara; )
2) Manhattan Family Court & Mr. Clark Richardson
   (include the related persons: Mr.Philip Schiffe, Esq; Ziwei Ren; Joann Stroman & FORESTDALE)
3) New York City Administration for Children's Services
   (include the related persons: Ms. Nichole Richards, Ms. Katrina Guerrero, Ms. Kira Leczner, Esq; Mrs. Foster;
   Mr. Jesse Almonte; Ms. Zulma Montunez et al)
4) New York State Central Register of Child Abuse and Maltreatment
   & Mr. Rantideva Singh
5) Ms. Marybeth S. Richroath or and Queens Family Court
   (include the related persons: Ms. Joann Stroman & FORESTDALE)
6) Li Da Sun
7) Hugh H. Mo & The Law Firm of Hugh H. Mo, P.C.
   (include the ringleader Mr. Hugh H. Mo, Esq and his clients: Li Da Sun & Li Yao Sun; Tsai Chung Chao, M.D.)
8) Tsai Chung Chao
9) New York City Police Department
10) Hamilton College

          Defendant(s)-Respondent(s)

-----------------------------------------------------------------------X

**Supreme Court of the State of New York**
**New York County: ss:**

      Plaintiff Yi Sun, the Complainant-Petitioner, as and for my Verified Complaint/Statement against the Defendants, by myself, sets forth and alleges, upon information belief, as follows:

      I, Yi Sun, the litigant deposes and says: I am the Plaintiff-Complainant Pro Se Pro in the matter. In God I Trust. Ms. Yi Sun is an honest person. In front of the Honorable Clerk of Court or and the Honorable Judge(s) at the Supreme Court of the State of New York, County of New York; And In front of New York State Attorney General, the U.S. Attorney and U.S. Department of Justice et al, I (Yi Sun) promise I have spoken the truth the whole time. Everything that I have true said so far is the truth.

### Petition the Court

      Petitioner (litigant) Yi Sun provides a description of the action:

      First of all, the victim of repeated sexual assault would also like to express my cordial thanks to the State Government or and Honorable Governor Andrew Cuomo, who made and enact the new law(s) on September 18, 2019, which says that in rape case, the limitation of action shall be twenty years in cases concerning the following, the Court in New York may extend the limitation of action as twenty years from five years by the local rule. Today, I would make the lawsuit against these Defendants and hope Yi Sun's grievance will redress by the Court soon.

1

I always believe that "In a just society there must be a system whereby people (innocent victims) can seek redress through the Courts." My cause is just, and it continues. "What I require is, that justice be done." This current stigma despite me doing my best is wrong and must be reversed. Nothing could ever undo the wrong, hurt or cure the pain that these bad persons (the rapists and his/their personal attorneys et al) had inflict on me (the victim SunYi). Our Court mustn't wrong innocent people and palliative enemies.

I believe that the U.S. government takes honesty and trust very seriously. They (U.S. Department of Justice and "United States Senate committee on the Judiciary") have reposed trust in the judicial power, which, in order that it might be trustworthy; they have made as respectable, as disinterested, and as independent as was practicable. In the application of the law all party or and persons are deemed as equals.  No one is above the law.

My heartfelt thanks to the new law(s) all for the great experience and hope. I feel confident that my injustices would be righted. I believe that "Justice will never be absent, it will only be late."
Nothing could ever undo the wrong, hurt or cure the pain that these bad persons had inflict on me (the special victim SunYi).  I think that "It is shameful for the Defendants not to apologize and compensate to the victim for his/her/their delinquent action and crimes."

In the past years, when I felt sad, I wrote. I hope that SunYi's writings is the indirect evidence to show the Jury at the Court soon. It's the "living testament" to the victim of repeated sexual assault (Yi Sun).  I hope that my writings can publish soon and have come to be known worldwide as symbols of hope, strong, optimism, healing and rebirth in rape victims' eyes.
I hope one day in the near future, New York or and Washington D.C. can be another space for me to realize my dream after the court treat my right. I think that it is time for me to step up and be a responsible witness with a brave heart. Now I must stand up for the rights of me and other victims. I must try to uncover these privileged rapists' criminal fact hidden behind his mask of authority. I would become a responsible witness and swear that statement in the Court soon.

## BACKGROUND

1.      I was the special victim in these rape cases in pastQ2, which was the privileged high-ranking official/'Top Attorney' Mr. Hugh H. Mo, Esq abetted his clients Li Da Sun and Tsai Chung Chao, M.D. has reported false cases to and sued me (about "Child Neglect of Abuse or Maltreatment") to New York City Police Department and NYC Administration for Children's Services (ACS) or and "New York State Office of Children and Family Services, the New York State Child Abuse and Maltreatment Register" total over 60 times. During the times of these ACS cases, some bad policemen raped me and extorted sex and money from me in order for me to stay out of jail and keep my child M████S█ when another rapist (Hugh H. Mo, Esq's clients Li Da Sun_or and Tsai Chung Chao, M.D) reported false cases to and sued me to ACS (New York City Administration for Children's Services) and NYPD (New York City Police Department) for more times. Nothing could ever undo the wrong or cure the pain that these bad persons (especially these habitual sex offenders) had inflicted on me.

2.      Between on December of 2004 and on October 3, 2018 or current, I continuously made the criminal complaint against these serial rapists and other related co-conspirators to Police Department, DA office and 'New York City Department of Investigation' et al. However, the victim of repeated sexual assault (Yi Sun, Plaintiff) was bullied, insulted, harassed by these

privileged rapists or and their attorneys/friends under a series of unreasonable punishment after I (the rape victim) tried to file the complaint(s) against them.

3.       On November 26, 2018, I first time came to the Federal Court, and I filed a lawsuit against these Defendants in 'United States District Court, Southern District of New York' (the original case Docket No: 18-cv-11002 and Docket No: 19-cv-00017). But the City Defendants' attorney continuously filed Motion to dismiss my complaint, which seeks an Order, inter alia, to dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The Defendants' attorneys argued that "by the law(s), except as otherwise stipulated by law, the limitation of action regarding applications to the Federal Court for tort under the rape case shall be three years." And "the limitation of action regarding applications to the Supreme Court of the State of New York for tort under the rape case shall be five years." before the State Government (or and Honorable Governor Andrew Cuomo) made and enact the new laws (about the tort under the rape case in the State of New York) on September 18, 2019, which says that in rape case, the limitation of action shall be twenty years in cases concerning the following, the Court in New York may extend the limitation of action as twenty years from five years by the local rule.

4.       Because Mr. Hugh H. Mo, Esq abetted his clients Li Da Sun and Tsai Chung Chao, M.D. has reported false cases to and sued Plaintiff (about "Child Neglect of Abuse or Maltreatment") to New York City Police Department and NYC Administration for Children's Services (ACS) or and "New York State Office of Children and Family Services, the New York State Child Abuse and Maltreatment Register" total over 60 times.

         After "someone" has reported false cases to and sued Plaintiff about "Child Neglect of Abuse or Maltreatment" again on March 7, 2015, The ACS (City Defendant 'New York State Office of Children and Family Services') workers came to visit the family in the case. On March 16, 2015 at morning, Plaintiff came to the ACS office to visit with the case workers. During the meeting, the workers always tell dirty lies, and they forced Plaintiff to agree their untrue statement in the matter. They constantly made derogatory remarks to Plaintiff, or disparaging comments about her. Beside they try to use wheeling and dealing to make Plaintiff to become a mental disease in the counts eyes. Later, they told Plaintiff that they will send the case to the court immediately, and she need go to the Family Court to see Judge at this afternoon. (ACS#: 5284236, Unit#:427-2; Child Protective Specialist: Nichole Richards).

5.       During the last ACS case at Manhattan Family Court, the AFC and the ACS (c/w) made a series of misrepresentation in the hearing on April 25, 2017. Without corroborating proof. But City Defendants forced Plaintiff to agree their untrue statement in the case. Their untrue statements are lies that have been invented for the purpose of creating in Plaintiff a feeling of resignation to the difficulties of her condition. However, it was wrong to frame a case against the innocent person. Amendment to the constitution of the USA, which says that no person can be forced to give evidence which may incriminate himself/herself.

6.       The City Defendants (New York City Police Department, NYC Administration for Children's Services) under the theory of respondent superior, due to its reckless, careless and negligence in the Child Care and Gross violations of human rights include: frame a case against the innocent rape victim; Mental Competency Of An Accused: or and "forced psychiatric treatment" (compulsory mental health treatment) et al. Similarly, Plaintiff has set forth sufficient factual allegations against Defendants 'New York City Police Department' and 'Administration for Children's Services of the City of New York', sounding in Gross violations of human rights and Emotional Distress

3

include: Sexual Assault, Sexual Abuse, Personal insult et al, including claims based upon the
theory of *Respondent Superior*.

7.       While Defendants 'New York City Police Department' purportedly denies any
misconduct (include sexual assault or and sexual abuse) with Plaintiff, questions of fact exist relative to
Defendants' unlawful act, and intentional and negligent infliction of emotional distress, based
upon Plaintiff's pleadings, Affidavit and deposition testimony.

        Additionally, the City Defendants' arguments, which appear to state that Plaintiff
consented, at least to some level, are completely without merit. In fact, as indicated in the Policy
Statement on Public officer (include Physician et al) Sexual Misconduct, "a patient cannot give
meaningful consent to sexual contact due to the position of trust and the disparity of power in the
Police officer-criminal victim relationship" or and physician-patient relationship et al".

8.       During my case at Manhattan Family Court, the AFC and the ACS (c/w) made a series of
misrepresentation in the hearing on April 25, 2017. Without corroborating proof. Their untrue
statements are lies that have been invented for the purpose of creating in me a feeling of
resignation to the difficulties of my condition. However, it was wrong to frame a case against me.

        In fact, I never used bad-mouthing to tell my daughter about I wish M███ S█ had not
been born ("the mother would tell her that she wished she had not been born".) I think that it is a
misrepresentation with moral turpitude. I argue strongly against the ACS worker(s) or and the
attorney's weasel words. This report (Petition report by ACS on the Family Court case on March 16, 2015)
wrests the facts out of the true meaning. AND I think that it's unfair judgment to me (the
Respondent-Appellant Yi Sun). Because my intention of the original words is that "I love my child with
my all heart and feelings. In my heart, my daughter M███ S█ is the unique priceless to me.
Truly priceless treasures are made of love and cannot be purchased with money. As a single
parent, it is my first duty to go all out to raise my daughter and to protect my child from harm,
and this duty is paramount to all the others. I never used bad-mouthing to tell my daughter about
I wish M███ S█ had not been born ("the mother would tell her that she wished she had not been born".)
During my case at Manhattan Family Court, the AFC and the ACS (c/w) made a series of
misrepresentation in the hearing on April 25, 2017. Without corroborating proof. Their untrue
statements are lies that have been invented for the purpose of creating in me a feeling of
resignation to the difficulties of my condition. However, it was wrong to frame a case against me.

9.       During the period of February 4, 2017 through on or about June 27, 2017, my 18 year old
daughter M██ S█ told me that the Law Guardian Ms. Heather J. Saslovsky, Esq and the
ACS worker told her that "If you go to Foster care some weeks, you can get the government
financial assistance to pay your all university tuition fees." M███said that she agreed to go to
"Forestdale Inc", her attorney (Law Guardian Ms. Heather J. Saslovsky), and the ACS worker told her
that "You will free go to the college if you become a foster child."  (Please see the copy of Yi Sun's
Criminal Complaint, Exhibit A)

        My daughter Michelle Sun once many more told the "Law Guardian" (Attorney for child)
that "I wanted to stay with my mom because she's my biological mom." (by October 12, 2016 at 11:30
PM). But the attorney Ms. Heather J. Saslovsky, Esq many more times reply to my daughter
M███ about "You indicated on your FAFSA that you are an orphan, ward of court or have
been in foster care. If at any time since you turned age 13; ----"

4

10.      During the case for four years and six months more, I once many more times asked that this Family Court reverse this case of Neglect found by the Honorable Clark Richardson, J.F.C. (Docket No: NN-36672-15, ACS#: 5284236; opened in Manhattan Family, the last hearing date was May 8, 2017, a few days ago, I knew that the next hearing date is September 12, 2018, at 12:00pm). In the past four years and six months more, during my case, I once kept to request for a 'Due process' (with "procedural due process" and "Substantive due process") and `An unbiased tribunal'. But the Family Court Judge Honorable Clark Richardson, J.F.C. refused to give a change to show my evidence in the Manhattan Family Court.

        This current stigma despite me doing my best is wrong and must be reversed. This is the reason that why Yi Sun provide a description of the action include three questions in the same matter in Appeal, which is an appeal by Petitioner-Appellant Yi Sun, who seeks to reverse the ACS case(s) of Child Neglect of "Abuse or Maltreatment" by the Manhattan Family Court Judge Honorable Clark Richardson, J.F.C., New York City Family Court, New York County (Docket No: NN-36672-15, ACS#: 5284236), and the same case by the Administrative Law Judge Honorable Rantideva Singh , New York State Office of Children and Family Services. (In the Matter of the Petitioner of Yi Sun, Pursuant to § 422 of the Social Services Law SH: 92234). I think that **this report wrests the facts out of the true meaning.**

11.      I believe that I am a good single parent and a rational person, who train my child from a very early age to have good manners, to do household chores and to say the right things to others. I always careful about my daughter's self-esteem, I try not to insult or belittle my child or and other kinds. Whenever and wherever my child participate in any beneficial activities, such as sports or and dance, I am always enthusiastically supportive. I am the mother of M█████ S█ age 20, who I raised as a single parent, and who graduated high school with the highest honors. (Michelle Sun had a grade A average and graduation as **"Valedictorian"** of her 2017 graduating class with a cumulative average of 99.53% and New York City Department of Education GPA Transcript of 4.0; nowadays Michelle is a straight-A student in her sophomore in Hamilton College.)

        M█████ S█ is my only child. I love my daughter with my all feeling and heart, and we have a trusting and loving relationship. In the past 20 years, during my daughter's life, I always want to give everything I have with no regret. I have been focusing on my daughter's education. I often paid the costly schooling for the private conservatory in M█████'s Arts and dance.

### AS AND FOR A FIRST CAUSE OF ACTION

12.      This is a Civil Complaint under the Criminal Complaint file by Yi Sun, who was/is the special victim in the most serious Judicial Fraud with 'frame up' and a misrepresentation of Child Neglect of "Abuse or Maltreatment" in the "making ACS case", which was the privileged Attorney Hugh H. Mo, Esq abetted his criminal clients Li Da Sun and Tsai Chung Chao, M.D has reported false cases to and sued me (about "Child Neglect of Abuse or Maltreatment") to New York City Police Department and NYC Administration for Children's Services (ACS) or and "New York State Office of Children and Family Services, the New York State Child Abuse and Maltreatment Register" total over 60 times.  In fact, I was the victim in the criminal case(s).

        During the times of ACS cases, some bad policemen raped me and extorted sex and money from me in order for me to stay out of jail and keep my child M█████ when another rapist (habitual sex offender Li Da Sun or and Tsai Chung Chao) reported false cases to and sued me to ACS (New York City Administration for Children's Services) and NYPD (New York City Police Department) for more times.

Supreme Court Records OnLine Library - page 6 of 80

13.     Between on March 11, 2015 and on April 8, 2017 or and current, during the times in the last ACS case at Manhattan Family Court, the "Law Guardian" (Attorney for child) Heather J. Saslovsky, Esq always uses her position of power to get personal to the innocent victim, and she always knowingly made continual lies or and "Making false statements" to the Family Court. (Docket#: NN-36672-15).

Beside, the bad attorney always tried to entice the "16 years old girl" away from its home. And she always made bad blood between the girl M███ and M███'s mother, and she often contact with Li Da Sun in confidence. And she often filed a series of false motions about "the "Respondent Mother is mental illness----"(with an unkind and untrue story harmed her client Michelle Sun and Michelle's mother Yi Sun) to the Court. By the situation, I was "forced psychiatric treatment" or and "forced see Psychiatrist" by the Family Court Judge's Order; And because of the reason, the Family Court Judge awarded Forest Care custody of the 17.92328 years "child" from my care on February 3, 2017, which was which was 4 weeks before my daughter M███ S██'s 18 years-old Birthday.

As a result of the foregoing, Plaintiff has been damaged in a sum that exceeds the jurisdictional limits of all lower courts that would otherwise have jurisdiction.

## AS AND FOR A SECOND CAUSE OF ACTION

14.     This is Petition by Yi Sun, who seeks to reverse the ACS case(s) of Child Neglect of "Abuse or Maltreatment" by the Family Court Judge (Hon. Clark Richardson, J.F.C., New York City Family Court, New York County (Docket No: NN-36672-15, ACS#: 5284236), and the same case by the Administrative Law Judge (Hon. Rantideva Singh), New York State Office of Children and Family Services. (In the Matter of the Petitioner of Yi Sun, Pursuant to § 422 of the Social Services Law SH: 92234).

Now I have direct evidences and material facts to believe that this is a misrepresentation of "Abuse or Maltreatment" on my current ACS case in the Manhattan Family Court (Docket No: NN-36672-15). And I think that my opponents asserted that "the Respondent Mother is mental illness---" is a misrepresentation under their moral turpitude or and the opposing party would shuffle out of responsibility in the case; their groundless accusation is made with ulterior motives. This current stigma despite me doing my best is wrong and must be reversed.

15.     I once asked that this Family Court reverse this case of Neglect found by the Honorable Clark Richardson, J.F.C. (Docket No: NN-36672-15, ACS#: 5284236), But the Family Court Judge didn't give me change to show my evidence(s) to the Court, and took my daughter to Forester Care on February 3, 2017, which was 4 weeks before my daughter M███ S██ s 18 years-old Birthday. Later, during the period of February 4, 2017 through on or about June 27, 2017, my 18 year old daughter M███ S██ told me that the Law Guardian Ms. Heather J. Saslovsky, Esq and the ACS worker told her that "If you go to Foster care some weeks, you can get the government financial assistance to pay your all university tuition fees." M███ said that she agreed to go to "Forestdale Inc", her attorney (Law Guardian Ms. Heather J. Saslovsky), and the ACS worker told her that "You will free go to the college if you become a foster child."

16.     Stated March 22, 2015 to May 28, 2019, I continuously contacted with "New York State Children and Family Services", I asked "Statewide Central Register Division of Child Welfare and Community Services, New York State Office of Children and Family Services" to give me a special hearing and review my case. However, in the past four years, from the scheduled hearing on February 8, 2017

6

at 10:00AM to the "last hearing" on December 5, 2018, the Administrative Law Judge Honorable Rantideva Singh didn't give me a complete hearing in the matter. He always canceled my "hearing date" and ordered that the hearing was adjourned for six months when he saw I (Yi Sun pro se) came to the hearing place, located at 163 West 125th Street, 14 Floor, New York, New York. During the four years, because I have not an attorney in the case, he (Honorable Judge Rantideva Singh) do not give me a "full time hearing" under Due process (include "Procedural due process" and "Substantive due process").

At the "last hearing" on December 5, 2018 at 10:00AM, when the ACS attorney again made a misrepresentation about "ACS found the fact in the Family Court" and showed a paper to 'Honorable Rantideva Singh' in the first time, the Administrative Law Judge immediately said that: "In this case, let's closed earlier. We wouldn't need to start the hearing." Then he leaved the "hearing room", later someone came to the room to tell me to go home.

After the "last hearing", from December 6, 2018 to May 28, 2019, I once many more time to contact with the local office at 212-961-4408 about my hearing, but someone always told me about "We will send a mailing to your address soon." until May 28, 2019. I tried to call "518-473-7793" and "1-844-337-6298" to ask for informant about my hearing. On May 28, 2019, "State Central Register" told me about that "my hearing was closed and made a decision by the Administrative Law Judge on May 8, 2019. After that, I immediately called the local office (at 212-961-4408) and asked to come to take a copy of Judgment/Decision today, but the telephone operator refused my twice request and said that they will fast send a mailing with the Decision to my address.

17.    I received the mailing with the copy of Decision from "New York State Children and Family Services, 163 West 125th Street, 14 Floor, New York, NY10027" at the night on May 30, 2019. It was the last week that the State Law had given me (the appellant) 4-month deadline for Appeal. It was a shocking abdication of responsibility.

After I saw the papers and knew that the Decision made by February 7, 2019, I was astonished that I found no fair play. I felt that the Administrative Law Judge didn't treat my right(s) and he don't understand my all situation in the current case(s). The decision sees is a copy Order by the Family Court Judge. I would file an appeal by way of petition against this sentence by the Administrative Law Judge Honorable Rantideva Singh's Order/Judgment.

18.    This current stigma despite me doing my best is wrong and must be reversed. (The first of all laws is to respect the laws. All persons should be treated with justice. Our Court mustn't wrong innocent people and palliutive enemies. ) For the last four years and more, I continuously filed petition(s) to the Court(s) and I would have an Administrative Judge or Appeal Judge(s) for a thorough and comprehensive review of my ACS case, it was my fervent wish. I would simply plead innocent. Yi Sun (me) prove that it is pure that herself is. However, I have no way of handling to do this thing.

Because of the ACS case(s), I took my all money from my bank account, my IRA account and my daughter M███ S██ s College Education Account et al to pay for the legal fees and the attorney(s) services fees. (In the past years in the ACS cases, I continuously paid for the expensive legal fees total $180,000 in my cases.) After that, I faced with capital constraints. Especially current, I am in serious strains. I became a poor person after I had to take these moneys from my IRA account and the College Education account et al to pay for the month rent and other monthly expenses.

1

19.     Because of a misrepresentation of "Abuse or Maltreatment" in the "making ACS case" in the Manhattan Family Court (Docket No: NN-36672-15). And my opponents asserted that "the Respondent Mother is mental illness---". Their untrue statements are lies that have been invented for the purpose of creating in me a feeling of resignation to the difficulties of my condition.

My appeal was decided by the Appeals Court (Appellate Division, First Department) on January 18, 2018 that affirmed the decision of the Family Court (New York County, Hon. Clark Richardson, J.F.C); On April 26, 2018, The Court (Court of Appellate, State of New York) denied my Motion for Permission to appeal. From May 16, 2018 to April 20, 2019, I many more times made the petitions to the highest Court "Supreme Court of the United State", I understand that U.S. Supreme Court is the highest Court to review my final appeal. I request 9 Honorable Associate Justices (Associate Justices of the Supreme Court of the United States) give me a Special Hearing to review my cases of Child Neglect of "Abuse or Maltreatment". (Docket No: NN-36672-15, ACS#: 5284236; opened in Manhattan Family Court; by the Family Court Judge Hon. Clark Richardson, J.F.C.) But, the Clerk Office of Supreme Court of the United State returned my documents and $300 and reply to me about "The Motion to direct the Clerk to file a petition for a writ of certiorari out of time under Rule 14.5 was denied April 15, 2019."

20.     After that, I still would have an Administrative Judge for a thorough and comprehensive review of my ACS case, it was my fervent wish. I would simply plead innocent. Yi Sun (me) prove that it is pure that herself is. My cause is just, and it continues. "What I require is, that justice be done."

I would petition the Court(s) to ask for a trial and Remand in the case, because the Administrative Law Judge of "Statewide Central Register Division" didn't give me a complete hearing in the matter. During the waiting hearing time over four years, because I have not an attorney in the case, the Administrative Law Judge do not give me a "full time hearing" under Due process (include "Procedural due process" and "Substantive due process").

21.     The first of all laws is to respect the laws. All persons should be treated with justice. The constitution is the organic law. These constitutions are paramount. Amendment to the constitution of the USA, which says that no person can be forced to give evidence which may incriminate himself/herself. However, the order by the Family Court and the Administrative Law Judge (Hon.Rantideva Singh, New York State Children and Family Services)'s Decision /Judgment was in disregard of the constitution.

Nothing could ever undo the wrong, hurt or cure the pain that these bad persons had inflict on me (the special victim SunYi). Now I respectfully request that the Supreme Court grant my claim for "Punitive damages" to the Defendant 'Heather J. Saslovsky, Esq, the perjured witness Margaret O' Mara and Zi Wei Ran. I think that The value aim in punitive compensation is to realize social materialism, embody concerns for individuals.

As a result of the foregoing, Plaintiff has been damaged in a sum that exceeds the jurisdictional limits of all lower courts that would otherwise have jurisdiction.

## AS AND FOR A THIRD CAUSE OF ACTION

22.     This is Petition by Yi Sun, who request for a Permanent Injunction or Preliminary injunction against Li Da Sun, who current again contacted my family, friends, colleagues, schoolmates et al in China, and he again went to my city in Hainan to visit with my friends on June this year, and he told everybody about Yi Sun is his ex-wife and Yi Sun is a mental illness---"

8

Beside, I request that the Court order: the victim's demand is $1,000,000 in the claim about the number of personal injury and mental injury compensation payment by the Defendant Li Da Sun, The demand include the medical fees $50,000 in past, and the new medical fees $98, 000 in further.

   **Explain:** On February 25, 2000, Lida Sun came to my home at "6116 3rd Avenue, Brooklyn, NY 11220" and became physically abusive by punching me, kicking me on the ribs (cursing internal bleeding), and by hitting me with a hummer on my face, bruking four teeth.  On March 3, 2000, LiDa Sun verbally abused me by cursing yelling obscenities and making threats at me. He physically abused me by punching me on the face, banging my head against he wall and the door frame. I sustained bruises on my neck and face due to the assault. (Please refer to the attachment)

   Now I need the money to pay for the medical fees of "dental implant", which was my all teeth need second time do oral treatment and dental implant after my original teeth was injured by Li Da Sun in past.)

23.   Li Da Sun was the abuser/perpetrator and bigamist (trigmist) in his a series of criminal case (between 1994 and on 2007).Mr. Hugh H. Mo. Esq was Li Da Sun's personal attorney in the criminal case 20 years ago. Between October 26, 1998 or and November 22, 2003 (OR AND current), Lida Sun asked Mr. Hugh H. Mo. Esq to become his personal attorney and help his a series of criminal case in Queens Criminal Court and Brooklyn  Criminal Court. (Docket No: 98Q054580; Docket No: 2000QN021737; and Docket No: 99K065479; Docket No: 2000KN031338; Docket No: 2000K00074letc).

   I was the victim in the case. From December of 1998, through March of 2005, Lida Sun reported false cases to and sued me to ACS and NYPD for 30 more times. Later, LiDa Sun told me that it's his personal attorney Mr. Hugh H. Mo, Esq abetted him to do so.

Mr. Hugh H. Mo is the arbiter of "New York State Commission on Judicial Conduct", and he is a former Deputy Commissioner of New York Police Department, he is a former District Attorney of New York county too. Current Mr. Hugh H. Mo still is the arbiter of "New York State Commission on Judicial Conduct", and current he still is the member of "Police Training Advisory Board" of New York City Police Department.

24.   Original, I was an orphan in China. It was a good person who fostered me and it was the living milk that raised and gave me a literary talent. In January 7, 1991, I joined the army and served in the Air Force as a military news reporter when I was a 16-year old literature college student. During that time, I wrote 680 articles about news and literature. The Chinese mass media such as People's Daily, CCTV, China Youth Daily and the P.L.A. Daily etc have covered my young living road of frustration on that I pursued difficultly my studies and I kept on my writing in spite of all difficulties. On August of 1993, I published my first autobiographical novel <The Past Even of A Girl> what is written on the bases of my own destiny and which was valued by the literary circles in Beijing. In February 1993, by breaking rule, I was admitted to the literature faculty of the P.L.A. Arts College. Later, I was the only schoolgirl studied in the News Department of the P.L.A. Political Institute, who is reputed by people as the West Point Army Academy in China. Being released from military service in June 1997, I started to work as a journalist and editor of the local paper <Sanya Daily> in Hainan Province.

   About in the spring of 1997, "Peter/Mark" (his real name was/is "Sun, LiDa") knew me through the Central Chinese Television and the People's Daily newspaper. On April 14, 1998, he sent the invitation letter to me about "We are delighted to have your registration for the third annual conference of the Houston, Texas chapter of the Association of Authors and Publishers."

9

Cheated by the bad man Lida Sun, I came to this country as a newspaper reporter with this I-Visa. I never acquainted with the Chinese man 15 years old and bigger than me, but at the time, "Peter/Mark" (Li Da Sun) forced me to marry with him. At the first night after I came to the country, he at once resumed his true shape and ravished me, so that I was shamed into "marring" him, but he don't tell me that he was a married man at that time.

Lida Sun purposely hided the facts to the court, the crime facts of three times bigamous marriage and four times of "false marriages to get green card". I didn't have a legal marriage with him, and I didn't have non-marriage cohabitation with him or another man in this country.

25.    Between June 2, 1998 and or about October 25, 1998, I had to live in "Peter/Mark" (Lida Sun)'s house in Corona of Queens, I didn't want to make a life for him. But he arrested and commanded me, by the magic of a mind long accustomed to awe and to subdue. He always frightened the woman to obey him.  But I objected to have the sex with him, so, he always hurt me------ On July 31, 1998, Lida Sun would himself up into a rage when I had gone some months pregnant, he punched me and pushed me down a flight of steps before leaving the house. I was bleeding vaginally after the fall, and that my female landlord called an ambulance for me and paged "Peter/Mark" (Li Da Sun) so that he would be aware of his fiancée's injuries. I was taken to Elmhurst Hospital. Because Li Da Sun told doctor that my injury were self-inflicted, I was put in the hospital's mental health unit. I also noted that during this visit to the hospital. I became aware of my pregnancy, and that Li Da Sun asked doctor to perform an abortion, but the request was declined because of my health.

26.    On October 25, 1998, Li Da Sun has displayed such behavior on numerous prior occasions, including, striking me, about the abdomen with clenched fists and shoed feet and bodily push me down a flight of stairs while, when I was 6 months and more pregnant with the child Michelle---- After that, police came and arrest him. Started from October 25, 1998 to March 14, 2005, Queens Criminal Court and Brooklyn Criminal Court sent continual order of protection to me.
      But Li Da Sun often came my place and told my landlord, neighbors and colleagues about he is my fiancé or husband, and he used his position as a "family member" to molest me----

On February 25, 2000, Lida Sun came to my home at "6116 3rd Avenue, Brooklyn, NY 11220" and became physically abusive by punching me, kicking me on the ribs (cursing internal bleeding), and by hitting me with a hummer on my face, bruking four teeth.
      On March 3, 2000, Lida Sun verbally abused me by cursing yelling obscenities and making threats at me. He physically abused me by punching me on the face, banging my head against he wall and the door frame. I sustained bruises on my neck and face due to the assault. (Please refer to the attachment)

This year, Li Da Sun has reported false cases to and sued me to NYC Administration for children's Services six times. He also has harmed himself to frame me in police precinct tens of times. Without any choices, my daughter M████ and I have to move time and again.
      **Explain:** Later, I knew that it's Li Da Sun's personal attorney Mr. Hugh H. Mo, Esq abetted him to do so. Because after 2009 year, the Defendant Tsai Chung Chao M.D. reported false cases to and sued me to ACS (New York City Administration for Children's Services) and NYPD (New York Police Department) for more times too. This revolutionary idea was the same as Li Da Sun. Tsai Chung Chao's personal attorney and Li Da Sun's personal attorney was/is same person Hugh H. Mo, Esq. (On or about 2012, I once received an email from Lida Sun, who told me that it's Hugh H. Mo, Esq abetted him to do so and reported false cases to and sued me to ACS and NYPD).

10

27.     On October 4, 2003, Li Da Sun found an excuse to get something from my home at 339 40th Street, Brooklyn, NY 11232. At my home, he injured his head using a hammer. Then he reported to 72nd Precinct. I was arrested. I was released after investigation. (Please refer to the attachment). After this case, I moved again with my daughter Michelle to Flushing of Queens from Brooklyn.

On November 17, 2003, I had moved to Flushing of Queens for one week, Li Da Sun made several false reports to accuse me that I used scissors to kill him on November 22, 2003. I almost was arrested by 109th Precinct. (Please refer to the attachment)

Because of these, I met the supervisor Det. Bryan Trockel at 72 Precnct and Det. Steven Matthews at 109 Precinct, the two detectives raped me and extorted sex and money from me in order for me to stay out of jail and keep my daughter M█████ when Lida Sun reported false cases to and sued me to ACS and NYPD for more times.

28.     From December of 1998, through March of 2005, Li Da Sun reported false cases to and sued me to ACS and NYPD for 30 more times. Later, Li Da Sun told me that it's his personal attorney Mr. Hugh H. Mo, Esq abetted him to do so.

Nothing could ever undo the wrong, hurt or cure the pain that these bad persons had inflict on me (the special victim SunYi).

As a result of the foregoing, Plaintiff, Yi Sun, was rendered sick, sore, lame and disabled; suffered injuries, pain and mental anguish, required medical care, incurred expenses and was permanently injured by this disability.

As a result of the foregoing, Plaintiff Yi Sun, has been damaged in a sum that exceeds the jurisdictional limits of all lower courts that would otherwise have jurisdiction

### AS AND FOR A FOURTH CAUSE OF ACTION

29.     This is Petition by Yi Sun, who request for a Permanent Injunction or Preliminary injunction against Tsai Chung Chao, M.D. This is a Criminal complaint too. I request that New York State Attorney General or and U.S. Attorney General et al to charge the Defendants especially the syndicate with these rapist as a habitual criminal. And I request that Honorable judge threw these perpetrators at the serial rapist. If a crime is constituted, the Defendant (Dr. Chao or and his attorneys)'s criminal responsibility shall be investigated. I believe that the U.S. Government takes honesty and trust very seriously. In the application of the law all party or and persons are deemed as equals. All persons should be treated with justice. No one is above the law.

The medical specialist Dr. Tsai Chung Chao is/was a repeat offender or and habitual criminal, who more times injected his female patient with what is believed to be a narcotic and sexually assaulted the victim Yi Sun. His major offense or and unconstitutional judicial frauds include: rape; sexual abuse; sexual assault; Frame up; Fraud & Scheme to defraud; Aggravated Perjury; Suborn perjury; Tampering with evidence; Making false statements; misrepresentation; twist the facts; Falsification of evidence & falsification of documents; Conspiracy to obstruct justice; Retaliation; liber; Official Misconduct; Criminal solicitation of official misconduct; Hindering prosecution; Conspiracy to perform official misconduct; Jury tempering; Contempt of court; Contempt of Constitutional; trump up an excuse, frame a series of ACS case against the innocent victim; et al;

11

From October of 2009 to April 23, 2018 or and current, Mr. Hugh H. Mo is/was the Defendant Dr. Tsai Chung Chao's personal attorney in a series of cases. I was the special victim in the cases. (Index No: 108013/2010).

30.    I am a former report and a jewelry designer.  I was injury on my work place twice on October 14, 2002 and June 28, 2008. I was a patient of Dr. Tsai Chung Chao and "NATURO-Medical Health Care, P.C" from March 22, 2003 through on or about August 26, 2009. (Dr. Chao is the Founder of Naturo-medical Health Care, P.C of New York. He is/was the clinical associate professor and attending physician, Department of Orthopedics and Rehabilitation Medicine; director, rehabilitation Medicine Certificate Program; Director, Physicians' Medical Acupuncture Certificate Program at SUNY downstate Medical Center. )

Started on December 23, 2007, Dr. Chao called me to go to his place to get a cough medicine. He kept calling me and I was supposed to pick up the medicine on January 3, 2008 but I didn't do it. I asked him why he wanted me to do this. He said this is medicine which should be kept secretive. I went to his office on January 3, 2008 in Flushing. He told me my insurance was not good, my medicine was not good and I should use his own medicine.

31.    On or about January 13, 2008, during 2:00pm to 5:20 pm at Dr. Chao's personal office, while in Dr. Chao's personal office, located within his apartment, located at "330 East 38th Street, Apt#37N, New York, NY10017", Dr. Chao injected patient Yi Sun (Plaintiff, me) with what is believed to be a narcotic and sexually assaulted Yi Sun.

Later, Dr. Chao often undertook a pattern of harassment of the patient, by continually telephoning Yi Sun, and professing his love and affection to the patient. During the period of January 13, 2008 through on or about August 20, 2009, the medical specialist Dr. Tsai Chung Chao M.D. more times injected his female patient Yi Sun (me) with what is believed to be a narcotic and sexually assaulted the victim, beside, the bad doctor forced the victim to engage in sexual activity in exchange for medication and medical treatment, while at his clinics, office, apartment, or and the victim's apartment.

32.    There are two main reasons that why I didn't report to the police immediately. Someone bade me hold my peace. He threatened me about my child. (I believe that it was no idle warning but a stern threat. I know that Dr. Chao or and his friend/attorneys would stop at nothing to achieve his/their ends.) I think I shall have not justice if I go to the police. Because Dr. Chao once told me that he have many more good friends are high-ranking officials in NYPD or and Manhattan District Attorney Office. In fact, his friend/attorney Mr. Hugh H. Mo and other officers was/am defending him. (Mr. Hugh H. Mo, Esq is the arbiter of "New York State Commission on Judicial Conduct", and he is a former Deputy Commissioner of New York Police Department, he is a former District Attorney of New York county too----)

33.    On June 17, 2010, I am filing a law suit against Dr. Tsai Chung Chao, M.D about his sexual assault & aggravated harassment, and I send the complaint to "Supreme Court of the State of New York; Beside, I send a complaint to "New York State Department of Health, Office of Professional Medical Conduct" (OPMC NY-09-10-6712A). I made the complaint about "On or about January 13, 2008, while in Dr. Chao's personal office, Dr. Chao injected plaintiff (Yi Sun, me) what is believed to be a narcotic and sexually assaulted plaintiff". But for the last 8 years, Dr. Chao and his attorneys used a series of tricks to stop or dismiss the trial jury in the case. (Index No: 108013/2010).

During the period of August 27, 2009 through on or about March of 2015, Dr. Chao (or and his personal attorneys Mr. Christopher W. Chan, Esq & Mr. Hugh H. Mo, Esq---) has reported false cases to and sued me (about "Child Neglect of Abuse or Maltreatment") to NYC police Department (at 109th Precinct, 13th

12

Precinct, 5th Precinct, 1st Precinct or and NYS University Police etc) and NYC Administration for Children's Services (ACS) or and "New York State Office of Children and Family Services, the New York State Child Abuse and Maltreatment Register" over 30 times. As a result of the false reports made by Dr. Chao or and his attorneys, I was taken into custody and detained without cause at the 13th Precinct twice on or about August 26, 2009 and June 12, 2010, at the same time, my daughter Michelle was taken away from my care for ACS----

34.      Beside, Dr. Chao has also filed charges of aggravated harassment against "Plaintiff Yi Sun" with the police, has called the Department of Social Services complaining about "Plaintiff Yi Sun" and the care she (Yi Sun) has gave to her M███████ S████ has called Yi Sun's landlord and interfered with Plaintiff's ability to get her lease renewed, and have otherwise taken some other steps, directly, and through his representatives, including attorneys, to harm "Plaintiff Yi Sun", socially, emotionally and financially and has so harmed her (Yi Sun, me).

From May of 2010, through January of 2016, Dr. Chao or and his attorneys used online name-calling and slander (or and defamation, malicious falsehood etc) to hit "Plaintiff Yi Sun" (me). Dr. Chao often insult "Yi Sun" as a "psychopath" (with schizophrenia, Delusional Disorder, Obsessive-compulsive Disorder etc), "bitch", "bastard" , "Paramour" in public place-----Dr. Chao used bad language to calumniate and cheapen "Plaintiff Yi Sun" (me) , the online comments hit me like a ton of bricks. For the last some years until current, I feel sad and down nearly all of the time.

As a result of the foregoing, Plaintiff, Yi Sun, was rendered sick, sore, lame and disabled; suffered injuries, pain and mental anguish, required medical care, incurred expenses and was permanently injured by this disability.
As a result of the foregoing, Plaintiff Yi Sun, has been damaged in a sum that exceeds the jurisdictional limits of all lower courts that would otherwise have jurisdiction

35.      During the period of August 26, 2009 through on or about March 11, 2015 or and March 11, 2019, the Defendant Dr. Chao has also filed charges of aggravated harassment against "Plaintiff Yi Sun" with the police, has called the Department of Social Services complaining about "Plaintiff Yi Sun" and the care she (Yi Sun) has gave to her M███████ S████ has called Yi Sun's landlord and interfered with Plaintiff's ability to get her lease renewed, and have otherwise taken some other steps, directly, and through his representatives, including attorneys, to harm "Plaintiff Yi Sun", socially, emotionally and financially and has so harmed her (Yi Sun, me).

During the period of August 26, 2009 through on or about March 11, 2015, the Defendant Tsai Chung Chao (or and his personal attorneys) has reported false cases to and sued the Plaintiff about her "Child Neglect of Abuse or Maltreatment" to New York City Police Department and 'Administration for Children's Services of New York City' (ACS) over 30 times.

36.      On or about August 26, 2009, Defendant Tsai Chung Chao. M.D. made false statements against Plaintiff and had her taken into custody by officers of the 109th Precinct of the New York City Police Department, after Plaintiff Yi Sun went to "NATURO-Medical Health Care, P.C" in Flushing, New York, to consult Defendant Tsai Chung Chao M.D. concerning Plaintiff's WCB hearing. The officers of the 109th Precinct subsequently released Plaintiff, and the officers advised Yi Sun to go to the 110th Precinct, to make a report relating to the egregious of Defendant Tsai Chung Chao. M.D.

On or about May 31, 2010, upon information and belief, Defendant Tsai Chung Chao. M.D. telephoned the New York City Police Department and made false reports and claims about

13

Plaintiff. As a result of the false reports made by the Defendant Tsai Chung Chao, the Plaintiff was taken into custody and detained without cause at the 13th Precinct.

On or about June 12, 2010, upon information and belief, Defendant Tsai Chung Chao. M.D. again telephoned the New York City Police Department and made false reports and claims about Plaintiff. As a result of the false reports made by the Defendant (Tsai Chung Chao). The Plaintiff was taken into custody and detained without cause at the 13th Precinct. At the same time, her daughter M███ S██ almost was taken away from her mother's care for ACS---- (ACS#: 5284236)

37.    During the time for nine years in the original case (Index No: 108013/2010), the Defendant Dr. Tsai Chung Chao or and his personal attorneys (Mr. Christopher W. Chan, Esq & Mr. Hugh H. Mo, Esq---) has reported false cases to and sued the Plaintiff Yi Sun (about "Child Neglect of Abuse or Maltreatment") to New York City Police Department (at 109th Precinct, 13th Precinct, 5th Precinct, 1st Precinct or and NYS University Police etc) and NYC Administration for Children's Services (ACS) or and "New York State Office of Children and Family Services, the New York State Child Abuse and Maltreatment Register" over 30 times and more.

As a result of the negligent, careless and reckless actions of Defendant, Dr. CHAO, Plaintiff Yi Sun, was on two (2) occasions falsely arrested and detained by the New York City Police Department, once by officers of the 109th Precinct and once by officers of the 13th Precinct, and Plaintiff did suffer mental anguish, distress and embarrassment, and has been rendered sick, sore, lame and disabled and caused substantial and unnecessary pain and suffering.

As a result of the foregoing, Plaintiff Yi Sun, has been damaged in a sum that exceeds the jurisdictional limits of all lower courts that would otherwise have jurisdiction.

38.    On May 7, 2018, I finally went to the Precinct and made the report to police. I request for a Special Investigation to review the most serious rapes, it happened around 10 year ago. However, the Manhattan Special Victim Squad refused to take my complaint. Because Tsai Chung Chao's personal attorney is Hugh H. Mo, who is a former Deputy Commissioner of New York Police Department and is a former District Attorney of New York county too. (Current Mr. Hugh H. Mo still is the arbiter of "New York State Commission on Judicial Conduct", and current he still is the member of "Police Training Advisory Board" of New York City Police Department.)

It is common for police officers to shield each other from punishment, but the phenomenon reaches an extreme in New York Police Department, especially Manhattan Special Victim Squad.

39.    Hugh H. Mo have many more good friends or and former colleague are/is the Judge in New York Supreme Court (Include "New York Supreme Court, Appellate Division--First Department" etc) or and the Federal Court (include 'United States District Court, Southern District of New York' and 'United States Court of Appeals for the Second Circuit'). The Law Guardian (Heather Saslovsky, Esq) and the Family Court Judge is Hugh H. Mo's friend too. (Please see the copy of letter from the "Law Guardian" Heather Saslovsky, Esq)

Current I have direct evidences and material facts or and reasonable doubts to believe that Hugh H. Mo or and his clients Li Da Sun and Tsai Chung Chao is a major beneficiary or and co-conspirator in the collusion and the ACS case.

14

WHEREFORE, Plaintiff demands judgment against defendants in an amount which exceeds the jurisdiction of all lower courts as set forth in the body of this complaint and appeal.

## AS AND FOR A FIFTH CAUSE OF ACTION

40.    This is Petition by Yi Sun, who request for a Permanent Injunction or Preliminary injunction against six policemen of New York City Police Department in the rape cases in past.

Plaintiff Yi Sun testify under affirmation:

I (Plaintiff Yi Sun) feared to touch on distressing memories. In the past years, during the times of ACS cases, some bad policemen raped me and extorted sex and money from me in order for me to stay out of jail and keep my child M████ when another rapist reported false cases to and sued me to ACS (New York City Administration for Children's Services) and NYPD (New York City Police Department) for more times. After that, for the last oven ten years, I am currently still suffering from physical pain, difficult in sleep, having flash-backs, intrusive thoughts etc. These symptoms are consistent with Post Traumatic Stress Disorders (PTSD) and let me sad and I feel that my day-in and day-out misery comes from these bad men and I feel the loss of enjoyment of life. (See, affidavit of Plaintiff, a copy of which is annexed hereto as **Exhibit "A")**.

**Petition the Court:** the information will be kept confidential by law, no disclosure without the Judge's Order or the Plaintiff's consent.
Please find enclosed. See, affidavit of Plaintiff, which is annexed hereto as **Exhibit "A")**.

41.    At the time, tears streamed down my checks as I recounted my unhappy experience again. I have problems controlling my sad and anger. Nobody understand that the victim Yi Sun's difficult situation under a fearful life after the victim of repeated sexual assault was beaten and tortured in mind by these rapists. I was a holy woman, innocent and chaste, but after I was got sexual assault and sexual abuse by these bad men (include the Defendant Tsai Chung Chao, M.D and six NYPD policemen). The scandal distressed me under a long-term 'rape trauma syndrome'. For the last oven ten years, I am currently still suffering from physical pain, difficult in sleep, having flash-backs, intrusive thoughts etc. These symptoms are consistent with Post Traumatic Stress Disorders (PTSD) and let me sad and I feel that my day-in and day-out misery comes from these bad men and I feel the loss of enjoyment of life. I feared to touch on distressing memories.

42.    From December of 2004 or and January 13, 2008 to current, I often had/have been battling "PTSD" (Post Traumatic Stress Disorders) under a helpless and very difficult situation. My broken heart with one regret: that these privileged rapists who inflicted so much psychological and physical abuse on me never get life in prison, and these rapists even never take into custody under an abominable crime by Police at these times. So far the Police or and DA never decide to charge these habitual sex offender(s) as a habitual criminal or serial rapist. Conversely, the victim of repeated sexual assault (Yi Sun, Plaintiff) was bullied, insulted, harassed by these privileged rapists or and their attorneys & friends under a series of unreasonable punishment after the rape victim tried to file a complaint against them.

It is common for police officers to shield each other from punishment, but the phenomenon reaches an extreme in New York Police Department, especially Manhattan Special Victim Squad.

43.    Police is a respectable and elevated profession, a barrister owes the duty should to his/her every resident.  As a police officer or detective, especially police detective of special victim

15

squad, it is your duty to protect your resident and innocent victim from harm, and this duty is paramount to all the others. Cops should be committed not only every resident, but also to judicial system and justice. But by behaving like a babbling, bumbling band of baboons. During a series of my cases in past, I feel that some bad cops displayed the most unbridled license; It is common for police officers to shield each other from punishment, but the phenomenon reaches an extreme in New York Police Department, especially Manhattan Special Victim Squad.

44.     In my cases, these bad cops' abominable crime(s) should be has aroused public concern and affected the city police department (New York City Police Department)'s integrity and reputation. I am really concerned and feel great sorrow when I was astonished that I found no fair play. As a government agency or and legal department, the City of New York or and the office of 'Attorney General of New York State' shall/should be make every effort to help people having emotional troubles especially the rape victim(s). However, NYC Law Department try the best to cover and defend these  privileged rapists and their abominable crimes in the cases.

As a Law Department of City of New York, it is their duty to stop these bad cops' wrongdoings and won't stand any nonsense from the government employee(s) or public servant(s) in the City of New York. Attorney especially the law department of the City of New York (Assistant Corporation Counsel of the Law Department of New York City) should be committed not only every client, but also to judicial system and justice.

In my many rape cases in past years. If "All corruptionists and privileged rapists must be thoroughly investigated and punished without leniency" by the Police and legal department, the kind of sexual assault & abusive conduct could be prevented; If NYPD really castigate the first cop-rapist when I called Police to report the rape case in the past, I believe that  the kind of sexual assault & abusive conduct could be prevented in second time and third time, fourth time, fifth time; sixth time---by these bad men to me.

45.     For the last twenty years, I have had a long streak of bad luck after I got sexual assault multiple times in the past. I feared to touch on distressing memories. From November 22, 2003, through September of 2013, I got sexual assault & sexual abuse by and six bad policemen ( Det. Steven Matthews; Det. Bryan Trockel; Det. Bruno Vidal; Det. A. S; the assistance of Commanding Officer Sam Tsang; Lieutenant Timothy Cai) and another bad men (Lida Sun; Dr. Tsai Chung Chao, M.D; Scott Richman) . These bad detectives raped me and extorted sex and money from me in order for me to stay out of jail and keep my daughter M█████ when another rapist (Lida Sun or and Tsai chung Chao M.D) or and their same personal attorney reported false cases to and sued me to ACS (New York City Administration for Children's Services) and NYPD (New York Police Department) for many more times.

I always immediately reported to the local Precinct after I got sexual assault in the times. But these rapes cases always closed or and dismissed by New York police department or and NYPD Internal Affairs Bureau, because these rapists are police detectives, police lieutenant or and the friend-client of the top NYPD officer Hugh H. Mo. It is common for police officers to shield each other from punishment, but the phenomenon reaches an extreme in New York Police Department, especially Manhattan Special Victim Squad of NYPD and the NYPD Internal Affairs, who bade me (the special victim Yi Sun) hold my peace and they threatened me, and forced me to contacted me asking me to sign a form to withdraw my IAB complaint(s) in the every case in past.

After that, I feel heartbroken.  I don't believe any policemen again.

16

46.     After I got sexual assault multiple times in the past, I was/am under a great pressure in life. I feel sad and down nearly all of the time. My future seems hopeless. I am currently still suffering from difficulty in sleep, having flash-backs and intense psychological distress at exposure to male figures what resemble me perpetrators from the past. These symptoms are consistent with Post Traumatic Stress Disorders (PTSD) and let me sad and I feel that my day-in and day-out misery comes from these bad men and I feel the loss of enjoyment of life. I feared to touch on distressing memories.

      As a result of the foregoing, Plaintiff, Yi Sun, was rendered sick, sore, lame and disabled; suffered injuries, pain and mental anguish, required medical care, incurred expenses and was permanently injured by this disability.

      As a result of the foregoing, Plaintiff Yi Sun, has been damaged in a sum that exceeds the jurisdictional limits of all lower courts that would otherwise have jurisdiction

### AS AND FOR A SIXTH CAUSE OF ACTION

47.     This is Petition by Yi Sun, who request for a Permanent Injunction or Preliminary injunction against the Defendants:

 1) Heather J. Saslovsky, Esq &

    Manhattan Juvenile Rights Office of 'The Legal Aid Society'
    (include the related persons:The perjured witness Margaret O' Mara; )

 2) Manhattan Family Court & Mr. Clark Richardson
    (include the related persons: Mr.Philip Schiffe, Esq; Ziwei Ran; Joann Stroman & FORESTDALE)

 3) New York City Administration for Children's Services
    (include the related persons: Ms. Nichole Richards, Ms. Katrina Guerrero, Ms. Kira Lecznar, Esq; Mrs. Foster;
     Mr. Jesse Almonte; Ms. Zulma Montanez et al)

 4) New York State Central Register of Child Abuse and Maltreatment
    & Mr. Rantideva Singh

 5) Ms. Marybeth S. Richroath or and Queens Family Court
    (include the related persons: Ms. Joann Stroman & FORESTDALE)

 10) Hamilton College

      Current I have direct evidences and material facts to believe that this is a Chandler and Frame up against the innocent victim in the last ACS case, which was my opponents (the Defendants or and his/their personal attorneys) sets up the Plaintiff-complaint and again has reported false cases to and sued the innocent victim Yi Sun (about "Child Neglect of Abuse or Maltreatment") to New York City Police Department or and 'New York City Administration for Children's Services (ACS) or and "New York State Office of Children and Family Services, the New York State Child Abuse and Maltreatment Register" et al. AFC and the ACS (c/w) and the Law Guardian (Ms. Heather Saslovsky, Esq, attorney for the child) has an ace up her/their sleeve and has bribed a witness to give false testimony, or something like that: the woman/women is known for her/their pettifoggery et al. I think that my opponents asserted that "the litigant is mental illness----" is a misrepresentation under their moral turpitude or, and the opposing party would shuffle out of responsibility in the case; their groundless accusation is made with ulterior motives.

48.     Now I have direct evidences and material facts or and reasonable doubts to believe that the other party (perpetrators Li Da Sun) tried to bribe to the Judge though the Law Guardian (Heather Saslovsky, Esq); who is the attorney (the Law Guardian) for the Child in the ACS case. She is the first ringleader in the serious judicial fraud in the matter. AND I have direct evidences and material

17

facts or and reasonable doubts to believe that the Family Court Judge (Honorable Clark Richardson, J.F.C.) always stands up other party especially the Law Guardian (Heather Saslovsky, Esq) et al and punishes the helpless "Respondent mother Yi Sun" under an unreasonable punishment. I even was declared "legal insane" in rigged trial ("Fact-finding hearing"/"Dispositional Hearing" on May 7, 2017) and I was "forced psychiatric treatment" or and "forced see Psychiatrist" by the Family Court Judge's Order; And because of the reason, the Judge awarded Forest Care custody of the 17.92328 years "child" from my care on February 3, 2017, which was which was 4 weeks before my daughter M███ S██'s 18 years-old Birthday.

49.     A superficial glance at the table shows a strong correlation between these interested party/shareholders (include 'immediate parties' and 'remote parties') in the syndicate.

a).     Hugh H. Mo is the Principal at the Law Firm of Hugh H. Mo, P.C., located at 225 Broadway, Suite 2702, New York, NY 10007.
        Mr. Hugh H. Mo, Esq is/was Li Da Sun's personal Attorney in the closed criminal cases in the State of New York. Between October 26, 1998 or and November 22, 2003 or and 2007, Lida Sun asked Mr. Hugh H. Mo. Esq to become his personal attorney and help his a series of criminal case in Queens Criminal Court and Brooklyn Criminal Court. (Docket No: 98Q054580; Docket No: 2000QN021737; and Docket No: 99K065479; Docket No: 2000KN031338; Docket No: 2000K000741etc). I was the victim in the criminal cases.
b).     From October of 2009 to April 23, 2018 or and current, Mr. Hugh H. Mo is/was the Defendant Dr. Tsai Chung Chao's personal attorney in a series of cases. I was the special victim in the cases. (Index No: 108013/2010)

c).     Mr. Hugh H. Mo, Esq is the arbiter of "New York State Commission on Judicial Conduct", and he is a former Deputy Commissioner of New York Police Department, he is a former District Attorney of New York county too. Current Mr. Hugh h. Mo still is the arbiter of "New York State Commission on Judicial Conduct", and he is the member of "Police Training Advisory Board" of New York City Police Department now.
        Hugh Mo have many more good friends or and former colleague are/is the Judge in New York Supreme Court (include "New York Supreme Court, Appellate Division–First Department" etc) or and the Federal Court (include 'United States District Court, Southern District of New York' and 'United States Court of Appeals for the Second Circuit'). The trial judge Carmen Victoria St-George, the family Court Judge Hon. Clark V. Richardson and Hon. Marybeth S. Richroath; the Administrative Law Judge (Honorable Rantideva Singh) et al is/are his friends or and former colleague. He is an influence in politics and judicial community. Somewhere between business, politics and Judicial community Mr.Mo had once made a fortune in the State of New York.
        The Law Guardian (Heather Saslovsky, Esq) and the Family Court Judge is Hugh H. Mo's friend too.  (Please see the copy of letter from the "Law Guardian" Heather Saslovsky, Esq)

d).     Ms.Heather Saslovsky, Esq is the attorney (the Law Guardian) for the "Child" M███ S██ in the ACS case at Manhattan Family Court. She is very friendly with the other party Li Da Sun and Li Yao Sun; she is very friendly with the Family Court Judges; she is very friendly with her feiends Ms. Joann Stroman, Li Wei Ran and Ms. Margaret O' Mara, who is/was the perjured witness in the last ACS case.

50. State whether any other party has a beneficial interest in the recover sought in this action:

18

Yi Sun, the Petitioner-Appellant, being duly sworn, deposes and says:

In the most serious Judicial Fraud, these other Partys' major offense and unconstitutional judicial frauds include: chandler; Frame up; Fraud & Scheme to defraud; set up a pitfall for betraying; false charge or frame-up; case of retaliation and frame-ups; **AND Aggravated Perjury**; Suborn perjury; Tampering with evidence; destroy the material evidence; Making false statements; twist the facts; Falsification of evidence & falsification of documents; Conspiracy to obstruct justice; Retaliation; liber; Official Misconduct; Criminal solicitation of official misconduct; Hindering prosecution; Conspiracy to perform official misconduct; Jury tempering; Contempt of court; Contempt of Constitutional; **AND** "sale of a child"; and endangering the welfare of a child; Bigamy; Forced the innocent person to "self incrimination" in a case; frame a case against the innocent rape victim; and accuses an innocent person for a crime the litigant didn't commit; forced the innocent special victim for "forced psychiatric treatment" or and "forced see Psychiatrist"; solicitation; et al

The member of syndicate is: Heather Saslovsky, Esq; Mr. Hugh H. Mo; Esq; Tsai Chung Chao; Li Da Sun & Li Yao Sun; Ms. Joann Stroman; Ms. Margaret O' Mara; Ms. Zi Wei Ran; Ms. Nichole Richards, Ms. Katrina Guerrero, et al;

(1).     In the most serious judicial fraud, Mr. **Hugh H. Mo**, Esq and his two clients **Li Da Sun** and **Tsai Chung Chao, M.D** have been the beneficiaries. And Li Da Sun and his brother Li Yao Sun is the major beneficiary in the collusion;

Current I have direct evidences and material facts or and reasonable doubts to believe that Hugh H. Mo or and his clients Li Da Sun and Tsai Chung Chao is a major beneficiary or and co-conspirator in the collusion and the ACS case.

I have direct evidences and material facts or and reasonable doubts to believe that the other party (perpetrators Li Da Sun) tried to bribe to the Family Court Judge though the Law Guardian (Heather Saslovsky, Esq); who is the attorney (the Law Guardian) for the Child in the ACS case. She is the first ringleader in the serious judicial fraud in the matter.

(2)     **Heather Saslovsky, Esq** is the attorney (the Law Guardian) for the Child in the ACS case. She is the first ringleader in the serious judicial fraud in the matter. She is a major beneficiary in the collusion, too.

I have direct evidences and material facts to believe that the bad attorney got money and reward from Li Da Sun and Li Yao Sun, who is the Legal Father and Uncle from "the Child M████ S██"; she can get another reward from Tsai Chung Chao, M.D, who is Mr. Hugh H. Mo, Esq's client in the another Appeal case (Original case from New York Supreme Court Index No: 108013/2010), which is the Related cases with the ACS case.

(3)     The Forest Mother Ms. Joann Stroman has been the beneficiaries, she or and her family can get/got money and reward from Li Da Sun & Li Yao Sun, and she can get/got another reward from Tsai Chung Chao though her friend Heather Saslovsky, Es; beside, the Foster Mother can receive a series of services fees from "Forestdale Inc";

(4).     The perjured witness Ms. Margaret O' Mara has been the beneficiaries in the collusion, she can get/got reward from Li Da Sun & Li Yao Sun and Tsai Chung Chao though her friend Heather Saslovsky, Esq or and Hugh H. Mo;

(5)     The perjurer Ms. Zi Wei Ran had the most to gain from the collusion. I have direct evidences and material facts or and reasonable doubts to believe that the international student/trainee (from "Court Appointed Special Advocates Case Inc") would check out all right and was

19

taken on as a graduate trainee, she obey the Court Attorney **Heather Saslovsky, Esq** and play an important role (perjured witness, the proselytizer for "the Child M███ S██") in the collusion of the ACS case. Two years ago the foreign student Zi Wei Ran was taken on as graduate trainee in NYU (McSilver Institue for Poverty Policy and Research at NYU). I believe that it was a special reward from Heather Saslovsky, Esq or and Hugh H. Mo, Esq or and Tsai Chung Chao, M.D.

The foreign student Zi Wei Ran's father is Mr. 'Ran Wan Xiang', who was/is the Secretary-General or and the head of "United Front Work Department of the CPC"/Central Committee on March of 2018. I have reasonable doubts to believe Hugu H. Mo and Tsai Chung Chao knew Mr. Ran or and his daughter. Because Hugh H. Mo is a long-term special legal adviser for "Consulate General of the People's Republic of China in New York", and his client/friend Tsai Chung Chao, M.D. is a long-term special adviser for "Consulate General of the People's Republic of China in New York".

Between on June 1, 2016 and at the early morning on February 3, 2017, my daughter M███ S██ often talked to me about the wealthy old sister "Zi Wei" and her gracious living include a prestige car, high feeding, luxurious & designer clothing or and her luxurious dwelling in downtown Manhattan. Sometime I shot an admonitory glance at my daughter; sometime I said accusingly that: "M███, you must study hard if you would have a beautiful future." or and "You must study hard for the benefit of your own." But the 17 year old senior (12th Grade student) always told me that: "Don't worry about me, mommy. I and my lawyer already have a plan. I am quite clear about it. It's none of your business."

At the end of eleventh grade, I was very much exercised about the education of my daughter. But M███ often went to outside and visit with "Zi Wei" in Saturday. My daughter told me that she waited in reliance on her lawyer and Zi Wei's promise in the tuition of College.

(6).    I think that "the child M███ S██" (In the Matter of M███ S██ A Child Under Eighteen Years of Age Alleged to be Neglected by the Respondent mother Yi Sun) had the most to gain from the ACS case. She has been the beneficiaries.

On July 21, 2019, after I found the direct evidences, I sent this message to M███ S██ that "I have many evidences about the fact that the bad woman made bad blood between you and your mother and tried to support the perpetrators, but you believe them and obey to their actions. Do you know that they sets up the innocent mother in the ACS case? You are the one of those in the matter. You hurt your mother so deep." (at 3:43pm)

M███ S██ sent a reply to me (at 11:23pm) in message: "I am so sorry mommy. I do not want to hurt you even more and I never meant to hurt you. I was doing what was best for my own sanity and happiness." which was/is her last message to me until today.

My only daughter M███ S██ for her own personal interest, she ratted on her mother.

(7).    Mr. Clark Richardson, J.F.C is a major beneficiary or and co-conspirator in the collusion, His wrongdoings and major offense is "Abuse power/office; Prejudice to the case (in the ACS case at Manhattan Family Court); dismiss with prejudice; Acceptance of bribes (from other party); Contempt of court; Contempt of law and Constitutional right; injustice; Criminal solicitation of official misconduct; suppress evidence against the innocent person; Other conducts involving Attempted Coercion; abusing authority, dereliction of duty and playing favoritism and committing irregularities.

Current I have direct evidences and material facts or and reasonable doubts to believe that the Family Court Judge (Honorable Clark Richardson, J.F.C.) always stands up other party especially the Law Guardian (Heather Saslovsky, Esq) et al and punishes the helpless "Respondent mother Yi Sun"

*20*

under an unreasonable punishment. The other party (the perpetrators Li Da Sun or and his brother Li Yao Sun) tried to bribe to the Judge though the Law Guardian (Heather Saslovsky, Esq); and he can get another reward from his friend Hugh H. Mo, Esq or and Mr. Mo's richer client Tsai Chung Chao, M.D, who is the Defendant in the current cases in the Court. (Original case from New York Supreme Court Index No: 108013/2010), which is the Related cases with the ACS case.

51.     For the last four years and five months, I continuously filed petition(s) to the higher Court(s) even the highest Court and I would have an Administrative Judge or Appeal Judge(s) for a thorough and comprehensive review of my ACS case, it was my fervent wish. I would simply plead innocent. Yi Sun (me) prove that it is pure that herself is. However, I have no way of handling to do this thing_____

On June 28, 2019 and July 26, 2019, I returned to the Manhattan Family Court and filed a Note of Appeal et al, I *pro se* respectfully request for prays that the Family Court grant my petition and the Emergency Motion with "Affidavit of Request for poor person Order" to request for a Special Hearing to review my cases of Child Neglect of "Abuse or Maltreatment by another unprejudiced Judge. Or And I prays that the Court grant my petition with Notice of Appeal to the Appeal Court. I would file an appeal to the higher court again after my last Petition was denied by the Family Court Judge Honorable Clark Richardson, J.F.C on June 28, 2019. The right of individuals to appeal to a higher court is provided for in the constitution. However, my request again refused by the same Family Court Judge (Hon. Clark Richardson, J.F.C) on June 28, 2019 and July 26, 2019.

For the last four years and half, during the last ACS case, I continuously filed petition(s) to the Court(s) and I would have an Administrative Judge or Appeal Judge(s) for a thorough and comprehensive review of my ACS case, it was my fervent wish. I would simply plead innocent. Yi Sun (me) prove that it is pure that herself is. However, I have no way of handling to do this thing until I found the direct evidences last on June this year.

52.     I was wrongly accused. I would request for a special hearing to show the direct evidences to the Court by an Administrative Judge or Appeal Judge(s) about the chandler or and Frame up in the ACS case, which was the AFC and the ACS (c/w) and the Law Guardian (Ms. Heather Saslovsky, Esq. attorney for the child) has an ace up her/their sleeve and has bribed a witness to give false testimony, or something like that: the woman/women is known for her/their pettifoggery et al. I think that my opponents asserted that "the litigant is mental illness----" is a misrepresentation under their moral turpitude or, and the opposing party would shuffle out of responsibility in the case; their groundless accusation is made with ulterior motives.

As a result of the foregoing, Plaintiff Yi Sun, has been damaged in a sum that exceeds the jurisdictional limits of all lower courts that would otherwise have jurisdiction

### AS AND FOR A SEVENTH CAUSE OF ACTION

53.     I am the mother of M█████S█ age 20, who I raised as a single parent, and who graduated high school with the highest honors. (M█████S█ had a grade A average and graduation as "**Valedictorian**" of her 2017 graduating class with a **cumulative average of 99.53%** and New York City Department of Education **GPA Transcript of 4.0**; now M█████ is in top position in Hamilton college, she is a **straight-A student,**

2|

with a love for math, science, biological and arts, and we have a trusting and loving relationship.) I was proud of my daughter.



M█████ S██ is my only child. I love my daughter with my all feeling and heart. In the past 20 years, during my daughter's life, I always want to give everything I have with no regret. I have been focusing on my daughter M█████ S██ education. I often paid the costly schooling for the private conservatory in M████████ Arts and dance.

During my case at Manhattan Family Court, the AFC and the ACS (c/w) made a series of misrepresentation in the hearing on April 25, 2017. Without corroborating proof. Their untrue statements are lies that have been invented for the purpose of creating in me a feeling of resignation to the difficulties of my condition. However, it was wrong to frame a case against me.

I once tried to contact with the Hamilton College and would know my daughter M█████ S██'s situation in school. This little impulse was a reasonable one. But my only request was refused by someone of the college. At the last time on July 29, 2019, I would talk with the office of the school, but the lady told me about they refused to talk with me M█████ S██ any information because now M██████don't live with me. And the lady told me about I need ask for a lawyer to talk with the school-----

54.    I think that "21 century education aims great alternation, the education is not only confined to imparter information, but is fostering person." The objective of the higher education is to cultivate the new generation with ability and moral through comprehensive personal improvement and development.

Hamilton College is a respectable institutions of higher learning with a long history in switzerland. Hamilton College has advanced and excelled over the last twenty decades.

However, for the last two years and more, the college made my daughter M█████ S█ because a selfish student, who for her own personal interest, she ratted on her mother and hurt her mother's feeling. Even they suggest/abetted the junior student to ignore her biological mother, who was an extreme illness bothered the poor single woman after she always want to give everything to the only child she has with no regret.

55.    Although filial loyalty in the county (the United State) is not as strong as it is in Asian. But everyone should be filial to their parents. As a school which practices with imparting knowledge and educating people as the purpose, First it teaches every young student how to be dutiful to our parents, and to be respectful and loving to our siblings. And not only must we be filial towards our own parents but be filial to all the elderly people in the world.

If thou hadst a 'step-mother or foster mother' and a biological mother at the same time, thou wouldst be dutiful to thy 'step-mother or foster mother', but still thou wouldst constantly return to thy biological mother.

I feel sad that my only child ignored the basic respect for her mother. The United States is/are supposed to be the most civilized nation on earth, and we must observe the limits of common propriety.

Hamilton College's wrongdoing hurt the junior student M█████ S██ feeling with her mother (Plaintiff Yi Sun). It is inhuman to strike at helpless people. The matter let me sad and I feel loss of enjoyment of life and loss of hope of life.

As a result of the foregoing, Plaintiff Yi Sun, has been damaged in a sum that exceeds the jurisdictional limits of all lower courts that would otherwise have jurisdiction

*22*

## AS AND FOR AN EIGHTH CAUSE OF ACTION

56.      The first of all laws is to respect the laws. All persons should be treated with justice. By the law, a judge should avoid prejudice, misuse of his/her function and neglect of law in performing his/her duties. A judge must be sharp-eyed, clear-hearted and just. A judge should never wink at any law-breaking. The powers of a judge are defined by law; to solicit a judge means to offer her/him bribes. Venal judges are a disgrace to a country.

         During the all times in the ACS case(s) at the Family Court or and New York State Office of Children and Family Services, I was astonished that I found no fair play.

57.              **About the old ACS case**
                 Docket No: NN-12177-07; ACS#: 5284236

a)      I was a domestic violence victimized woman who had experienced a long term physical and emotional abuse by Li Da Sun. Started from October 25, 1998 to March 14, 2005, Queens Criminal Court and Brooklyn Criminal Court sent continual order of protection to me. But the man often went to my place and told my landlord, neighbors and colleagues about he is my fiancé, and he used his position as a "family member" to molest me. I don't want him pestering me in the street anymore, but the man kept to make trouble to me.  The fixed period of the "order of protection" was on March 14, 2004. Li Da Sun tried to come my place and contacted my neighbors, landlord, colleagues, schoolmates etc to vilify me and called me all the times. Beside, he often stalked and stopped me and my daughter M███████ on street he said a lot of filthy words---I had to go to the local station (109th Precinct) to ask for help. The police told me that I need go to the Family Court to request a new Order of Protection.

b)      On or about September 22, 2005, I first time went to Queens Family Court, I request for an Order of Protection against Lida Sun (Docket#: O-17146-05). However, during the case, the female judge ~~Hon.~~ Marybeth S. Richroath objected my request and she never give me or and my daughter an "Order of Protection", conversely, she agree Lida Sun, who is the father of birth certificate to visit with the child M█████ at the times by law. (Docket#: V-08645-06) But at the legal visitation on May 13, 2007 at 10:30am, the legal father Lida Sun was arrested by police for his abuse act! ~~(Please refer to the attachment)~~

c)      At the 20th hearing of this very case (O-17146-05; V-08645-06) on June 21, 2007, I request for an attorney to help me on the case for the next hearing, but my request was object by the Judge (Hon. Marybeth S. Richroath).  I wanted to show these police reports to the Judge, so she can understand why I requested the "Supervise Visitation" for my daughter M█████. However, the same Judge rejected my request once again, and she would order to change the visitation place for Lida Sun's convenience to visit the child at weekends----Then I couldn't help but implored the judge that "Please help me to protect my daughter". And I had to drop to my knees on the ground. (Now I knew that I shouldn't use keeling action in the country, although this is the superlative courtesy of a petitioner in China.) But one hour later (at 12:30pm on June 21, 2007), I was arrested and sent to Elmhurst Hospital Center to see psychiatrist, and my child M█████ S████ was taken away from my care for ACS---- At the time, the ACS workers made an unfaithful (or and bentrovato) "ACS case report" to the Court. (ACS#: 5284236; Docket#: NN-12177-07).

d)      Because of the ACS case, my only child M█████ was taken away from my care for ACS some years. I love my daughter M█████. I missed her, I always went to the Forestdale to visit with her. I hope my child M███ S███ can fast come back to me. After I took my all saving to pay for expensive legal fees over $110,000 (During the case, I did this job as best I could, I tried to work full

*23*

time and 2 part time to save these money for the lawyer fees), my attorneys help me take back my child to me on or about January 2, 2010.

However, some years later, someone told me that my attorneys once made a "plea bargaining" by the Judge (Hon. Marybeth S. Richroath)'s mandate, so that the case can fast closed in the court, and she agree that my daughter M▮▮▮ return back to me from the foster family care. The knowledge of sin is the beginning of salvation. In this case, my attorneys do not to do the "plea of not guilty" in the case. They entrapped me into an admission of guilt, and said: "If you refuse to sign the paper, the Judge will order to place your daughter in the foster home until her 18 years-old of age." For the reason, I was shocked into a confession of guilt. But at the times, I didn't understand that it's a "plea bargaining" of "Child Neglect of Abuse or Maltreatment".

**58.** After that case, for the last oven ten years, I would have an Associate Justices for a thorough and comprehensive review of my all ACS cases. I hope that the A Judge give me a late Justice in my ACS cases. I (and many more lawyer/attorneys) think that it's an unfair decision by the Queens Family Judge (Ms. Marybeth Richoath)'s order on the closed old case (Docket No: NN-12177-07).

Because of the unfair decision, for the last over ten years and more, I was blacklisted in "Child Neglect" of "Abuse or Maltreatment" by ACS (NYC Administration for Children's Services), I can not to do a Chinese teacher or and other job in the school. Yi Sun (me) must prove that it is pure that herself is.

Beside, because of this Queens Family Court Judge (Hon. Marybeth Richoath)'s decision about my "Child Neglect", after that, I always have been abused and mistreated so I was/am deeply unhappy and hurting. Especially, I was blacklisted by NYC Administration for Children's Services, and some prejudiced ACS worker often uses her/his position of power to get personal with the Chinese single mother in the past years.

59. All persons should be treated with justice. Both state and federal laws safeguard the Plaintiff/Defendant/litigant's rights under the Fourth, Fifth, Sixth, Seventh, Eighth and Fourteenth Amendments to the United States Constitution. Especially 'Fourteenth Amendment to the United States Constitution' says that no person can be forced to denial of justice et al. I am the Plaintiff pro se in the current case at the Court. I should be present the evidences and Requirement that the tribunal prepare a record of the evidence presented. **And** I should be to request for a 'Due process' (with "procedural due process" and "Substantive due process") and 'An unbiased tribunal'. The rights by law include: 1, an unbiased tribunal; 2, Notice of the proposed action and the grounds asserted for it; 3, Opportunity to present reasons why the proposed action should not be taken; 4, the right to present evidence, including the right to call witnesses; 5, the right to know opposing evidence; 6, the right to cross-examine adverse witnesses; 7, A decision based exclusively on the evidence presented; 8, Opportunity to be represented by counsel; 9, Requirement that the tribunal prepare a record of the evidence presented. 10, Requirement that the tribunal prepare written findings of fact and reasons for its decision.

However, During my case at Manhattan Family Court, the AFC and the ACS (c/w) made a series of misrepresentation in the hearing on April 25, 2017. Without corroborating proof. Their untrue statements are lies that have been invented for the purpose of creating in me a feeling of resignation to the difficulties of my condition. But it was wrong to frame a case against me.

I once asked that this Family Court reverse this case of Neglect found by the Honorable Clark Richardson, J.F.C. (Docket No: NN-36672-15, ACS#: 5284236), But the Family Court Judge don't give me change to show my evidence(s) to the Court, and took my daughter M▮▮▮ S▮▮s 18 years-old Birthday.

Later, during the period of February 4, 2017 through on or about June 27, 2017, my 18 year old daughter M████ S█ told me that the Law Guardian Ms. Heather J. Saslovsky, Esq and the ACS worker told her that "If you go to Foster care some weeks, you can get the government financial assistance to pay your all university tuition fees." M████ said that she agreed to go to "Forestdale Inc", her attorney (Law Guardian Ms. Heather J. Saslovsky), and the ACS worker told her that "You will free go to the college if you become a foster child."

60.    At my "last hearing" on April 25, 2017, the bad attorney and her friend first time report to the court about the unspeakable abuse by me---I don't believe that the bad woman made a perjury or and "Making false statement" to the court. I angrily asserted that I had been set up, but the judge (Hon. Clark V. Richardson) refused me to speak anything in the court.

I was/am so sad because of an unkind and untrue story harmed my reputation. The bad attorney (The Law Guardian Ms. Heather J. Saslovsky, Esq), or and her friend's untrue statements are lies that have been invented for the purpose of creating in me a feeling of resignation to the evils of my condition. However, it is guilty to frame a case against someone. I think that the bad woman is of a character so infamous that she will stick at no falsehood, or hesitate at no crime, to attain her ends. But the Family court Judge (Hon. Clark V. Richardson) trust her and her perjury, and he refused me to speak with anything in the court.

It was a shocking abdication of responsible.

**61.    By the law, a judge should avoid prejudice, misuse of his/her function and neglect of law in performing his duties. A judge should be disinterested toward his/her every client when making a decision. Controversial things should be thought over before a decision is made. One face may not be enough to prove something.**

However, the Judge (Hon. Clark V. Richardson) always used his power to seek personal gains and showing no remorse.

Between March 7, 2015 and on or about February 2, 2017, During the case two years and two months, my daughter M████ lived with me at the 2 bedroom apartment, located at 10 East 116th Street, Apt#3A, New York, NY10029. However, after the female attorney (the Law Guardian Ms. Heather J. Saslovsky) filed a Motion on or about February 2, 2017, and he knew my complaint about him, the same judge immediately ordered an unjustifiable decision about "Arrange the girl to be taken care of by foster family." On the same day, by the ACS worker place my 17.92328 years old daughter Michelle Sun in a forest family in secret.

I don't understand why the Judge used "under-the-table" to send my daughter M████ to the foster family in secret?

On February 3, 2017 at evening, Friday, I tried to call my daughter M███'s phone more times and again, I didn't know where was my daughter at the time. Later, I tried to ACS workers, but nobody tell me anything.

At 11:10a.m on February 4, 2017, Saturday, my daughter M████ called me back and said, the Law Guardian and the ACS worker cheat her into the belief that "If you go to the Foster care some weeks, you can get the government financial assistance to pay your all university tuition fees." M████ said that she agreed to go to "Forestdale Inc" (67-35 112th Street, Forest Hills, NY 11374) on February 3, 2017, because her attorney (Law Guardian Ms. Heather J. Saslovsky) and the ACS worker deluded her with empty promises. They told my daughter that "You will free go to the college if you become a foster child (institution-reared child)."

25

62    "Forced psychiatric treatment" or and "Compulsory mental health treatment" is/was
an unconstitutional vindictive punishment after Yi Sun made a complaint against the Family
Court Judge's wrongdoings to State of New York Commission on Judicial Conduct

By the law, all persons should be treated with justice. To shield the unlawful act of the
parties concerned or absolve them from criminal liability. To intervence in court proceedings,
shield your unlawful act, absolve you from sentences beyond the laws and regulations of the
receiving state. However, the judge (Hon. Clark V. Richardson) always stand up for the female
attorney (Ms. Heather J. Saslovsky), the judge was defending her wrongdoings even serious crimes
with **"Making false statement, Perjury, Frame up---"** et al:
the more serious crimes (felony) is: Serious Judicial Fraud, collusion, frame up, fabrication,
misrepresentation, twist; suborn perjury, tampering with evidence; fabricate an evidence; trump
up an excuse, trump up charges; frame a case against the innocent rape victim; and accuses an
innocent person for a crime the litigant didn't commit; Forced the innocent person to "self
incrimination" in a case; "sale of a child"; Abuse office; Acceptance of bribes etc.)

As a Judge of the Family Court, a certain kind of scientific candour is a very important
quality. However, after the female attorney (The Law Guardian Ms. Heather J. Saslovsky, Esq) filed a
Motion and asserted that "the Respondent-Mother is mental illness----", I obey the judge's Order to
see a psychiatric at "Medical Specialty-Psychiatry" office in Chinatown (located at 17 Elizabeth Street,
Suite 502, New York, NY 10013).

At the times, Dr. Andrew Chan has been charged with giving me (Yi Sun) a psychiatric
evaluation. Later, Dr. Andrew Chan wrote the Psychological assessment to the local ACS office
for the court (Manhattan Family Court).

Date: 5-23-2015        Ref: Ms. Yi Sun

To Whom It May Concern:    ·

Ms. Yi Sun was evaluated periodically (by ACS case since 10-15-2009). Ms. Sun has no significant
depressive, hypomanic nor manic symptoms. She has no perceptual disorder such as auditory hallucination. She
has no delusional thinking. Her association of thought is logical and well organized. She has good insight and
sound judgment. She is oriented to time, place and person. Her memory and concentration are normal. She has
good impulse control and she is not a danger to self and others.

Ms. Sun currently has many stressful issues to deal with. She can organize herself and deal with stressful
issues rationally. She is now living with her daughter. They have a trusting and loving relationship. I believe Ms.
Sun is a good mother, caring, loving and responsible.

Yours Sincerely,

Andrew Chan M.D.<br>Psychiatrist<br>Reg. # 178285

The Psychiatrist Dr. Chan believe me (Yi Sun) is a good mother, caring, loving and
responsible, but the female attorney (The Law Guardian Ms. Heather J. Saslovsky, Esq) told the Judge
about "the mother Yi Sun have a full mental health evaluation----"

Beside the bad attorney keep to send many more emails to my daughter M▉▉▉ and wrote:
"I portray your mom hurts you in some ways. ----I fought for her to have a full mental health
evaluation which she did not want. -----I portray your mom hurts you in some ways. ----"

**(Please find enclosed)**

Because of the Law Guardian (Ms. Heather J. Saslovsky, Esq)'s Motion with an untrue
statements under her/their sleeve and has bribed a witness to give false testimony (It is a

26

misrepresentation under their moral turpitude or, and the opposing party would shuffle out of responsibility in the case; their groundless accusation is made with ulterior motives.) I was "forced psychiatric treatment" (compulsory mental health treatment) by the Family Court Judge (Hon. Clark V. Richardson)'s Order on or about January 18, 2017 at the scheduled 13th hearing date.

63.    **"Trial by Default" in the last two years in the ACS case**
By the law, A Plaintiff or Defendant should be have "Due Process", I have the right to present evidence, including the right to call witnesses; I have the right to request for requirement that the tribunal prepare a record of the evidence presented. However, during the ACS case in the Manhattan Family Court for the last 4 years and more, I was astonished that I found no fair play.

Especially, between April 9, 2017 to current, in the last two 27 months, I do/did not know any informant about my case, which is "N or X" times of "trial of hearing(s) by default" at the Family Court in the same ACS case.

After I was "forced psychiatric treatment" (compulsory mental health treatment) by the Family Court Judge (Hon. Clark V. Richardson)'s Order at the scheduled 13th hearing date on January 18, 2017. I would petition the court in Appeal.  But, the Judge's Order and the other Party attorneys' untrue statements are lies that have been invented for the purpose of creating in me a feeling of resignation to the difficulties of my condition.

In my eyes, mental illness is by its nature very complex; memory is often faulty among the mentally ill, they are the poor forlorn and vulnerable group at the bottom. The loopholes in the country's current system of compulsory mental health treatment are at risk of forcing healthy people into psychiatric hospitals.  If someone (tax-grinderaxe-grinder) would use the loopholes of law in the case, it is a punishment and personal abuse of the worst kind. It's an abominable crime.

Between April 8, 2017 and on June 28, 2019, I do/did not know any informant about my case, which is "N or X" times of "trial of hearing(s) by default" at the Family Court in the same ACS case, until I returned to the 'Clerk of the Court' on June 28, 2019 and the last time on July 26, 2019.

64.    I believe that "forced psychiatric treatment" & "compulsory mental health treatment" which is an unconstitutional vindictive punishment by the Family Court Judge's Order after Yi Sun made a complaint against the Family Court Judge's wrongdoings to 'State of New York Commission on Judicial Conduct' on or about May 3, 2017.
Nowadays, my daughter M█████ S███s an 20 years old junior in Hamilton College, but she still is a "foster child" (institution-reared child) by the same Family Court Judge Honorable Clark Richardson, J.F.C.'s Order in the ACS case (Docket No: NN-36672-15, ACS#: 5284236).

Between April 9, 2017 to current, in the last 29 months, I do/did not know any informant (from the Court, ACS, "Forestdale Inc" or and the attorney by the Family Court Judge) about my case, which is "N or X" times of "trial of hearing(s) by default" at the Family Court in the same ACS case. Nobody tell me any information about the case, until I would file a Petition to the Family Court on June 28, 2019 and the last time on July 26, 2019.

65.    Stated March 22, 2015 to May 28, 2019, I continuously contacted with "New York State Children and Family Services", I asked "Statewide Central Register Division of Child Welfare and Community Services, New York State Office of Children and Family Services" to give me a special hearing and review my case. However, in the past four years, from the scheduled hearing on February 8, 2017 at 10:00AM to the "last hearing" on December 5, 2018, the Administrative Law Judge Honorable Rantideva Singh didn't give me a complete hearing in the matter. He always canceled my

*27*

"hearing date" and ordered that the hearing was adjourned for six months when he saw I (Yi Sun pro se) came to the hearing place, located at 163 West 125ᵗʰ Street, 14 Floor, New York, New York. During the four years, because I have not an attorney in the case, he (Honorable Judge Rantideva Singh) do not give me a "full time hearing" under Due process (include "Procedural due process" and "Substantive due process").

At the "last hearing" on December 5, 2018 at 10:00AM, when the ACS attorney again made a misrepresentation about "ACS found the fact in the Family Court" and showed a paper to 'Honorable Rantideva Singh' in the first time, the Administrative Law Judge immediately said that: "In this case, let's closed earlier. We wouldn't need to start the hearing." Then he leaved the "hearing room", later someone came to the room to tell me to go home.

After the "last hearing", from December 6, 2018 to May 28, 2019, I once many more time to contact with the local office at 212-961-4408 about my hearing, but someone always told me about "We will send a mailing to your address soon." until May 28, 2019. I tried to call "518-473-7793" and "1-844-337-6298" to ask for informant about my hearing. On May 28, 2019, "State Central Register" told me about that "my hearing was closed and made a decision by the Administrative Law Judge on May 8, 2019. After that, I immediately called the local office (at 212-961-4408) and asked to come to take a copy of Judgment/Decision today, but the telephone operator refused my twice request and said that they will fast send a mailing with the Decision to my address.

66.   I received the mailing with the copy of Decision from "New York State Children and Family Services, 163 West 125ᵗʰ Street, 14 Floor, New York, NY10027" at the night on May 30, 2019. It was the last week that the State Law had given me (the appellant) 4-month deadline for Appeal. It was a shocking abdication of responsibility.

After I saw the papers and knew that the Decision made by February 7, 2019, I was astonished that I found no fair play. I felt that the Administrative Law Judge didn't treat my right(s) and he don't understand my all situation in the current case(s). The decision sees is a copy Order by the Family Court Judge. I would file an appeal by way of petition against this sentence by the Administrative Law Judge Honorable Rantideva Singh's Order/Judgment.

67.   Your Honor, I want to bring to your attention how unfair it is for the innocent single mother Yi Sun to be accused of "abuser". This current stigma despite me doing my best is wrong and must be reversed. (The first of all laws is to respect the laws. All persons should be treated with justice. Our Court mustn't wrong innocent people and palliative enemies. ) For the last four years and more, I continuously filed petition(s) to the Court(s) and I would have an Administrative Judge or Appeal Judge(s) for a thorough and comprehensive review of my ACS case, it was my fervent wish. I would simply plead innocent. Yi Sun (me) prove that it is pure that herself is. However, I have no way of handling to do this thing.

As a result of the foregoing, Plaintiff, Yi Sun, was rendered sick, sore, lame and disabled; suffered injuries, pain and mental anguish, required medical care, incurred expenses and was permanently injured by this disability.

As a result of the foregoing, Plaintiff Yi Sun, has been damaged in a sum that exceeds the jurisdictional limits of all lower courts that would otherwise have jurisdiction.

28

68.    I believe that I am a good mother, caring, loving and responsible. My over 18-year old daughter M███████S███now is a junior student in Hamilton College, and we once had a trusting and loving relationship before May of this year.

Yi Sun is a responsible parent and she has been focusing on M███████s education. I have been worried about the health of my daughter M███████ ever since her birth. I swear that I never spank my child. And I think that "Good parents or and teachers should not give his/her children or students corporal punishment." Though some parents (many more Chinese parents) of past generations believed that using physical punishment against their children was an effective way of disciplining them. But I oppose corporal punishment because I think that violence breeds violence. And I think that the causes of corporal punishment and child abuse are the problems in parenting method and parent stress. (I often told myself about "Do you want to instruct your child without nagging and spanking?" There is only one answer to that "Love and believe your children in all times.")

69.    For the last 20 years, I had to work full time and part time to raise my child; taking care the daughter. I have been focusing on my daughter M███████S███, education. I even paid the costly schooling for the private conservatory in M███████'s Arts and dance. During the times of M███████s Kindergarten, Primary School and Junior Middle School, I always went to library with my child M███████together at weekend. I feel that the library is the "public university", which plays an important role in children and adult education. A library is a center for lifelong learning, and also is the glue that holds together our community with their diverse interests. I realize that the definitive answer to almost any question can be found within the four walls of the library. I think a good library is a palace where the lofty spirits of all nations and generations meet. Not only can reading comfort our spirits, but enrich and broaden our horizons. I always told and encourage my child to read books, because books are the soul of the human body powering civilization and touching the lives and spirits of all people.

70.    I planned and hoped and advocated for M███████S███to go to a first-class university when she received her high school diploma on the summer of 2017 Year. From M███████s childhood, I often save money in the educational funds. On the summer of 2015, I paid over $2000 tuition for M███████'s SAT Testing training in the Leap Education Services at Chinatown. On the summer of 2016, I twice paid $700 tuition for M███████s new SAT Testing training in "Greater Chinatown Community Association", located at 105 Mosco Street, New York, NY 10013. (I saw newspapers and knew that "First there is the official from to fill in from the universities and college admissions service, then come the personal statement a recent example of school work the university's own history aptitude test and predicted a-level grades.")

Because of 3 times training, M███████S███got first-class results in her SAT Testing. She was offered a place at a series of universities/college on her a level results. (M███████S███was an outstanding student of 12 Grade in the Manhattan high school. Her GPA was 4.0; M███████was/is great in her learning and dance & gymnasium as well. She was always the first one in the class or and the grade, and she always was the valedictorian in the high school. Her Cumulative Average was 99.53% by New York City Department of Education Student Permanent Record on January 30 and June 27, 2017. M███████'s English subject area average: 100.99%; Social Studies subject area average: 102.04%; Mathematics subject area average: 103.14%; Sciences subject area average: 95.79%; Foreign Language subject area average: 99.00%;

From December 24, 2016 to March 14, 2017, M███████S███was admitted into 15 colleges, they are 4 SUNY and 6 CUNY and 5 private University.

29

(These college/universities include: Binghamton University, State University of New York; Stony Brook University, State University of New York; New Paltz, State University of New York; Geneseo, State University of New York; The City College of New York, CUNY; Hunter College, CUNY; Baruch College, CUNY; Queens College of CUNY; Brooklyn College of CUNY; Lehman College of CUNY; Hamilton College; Ithaca College; Adelphi University; Almhurst College; American University.)

On March 24, 2017, M███ S█ was admitted into Hamilton College, as she had expected. Hamilton College committed to provide full scholarship for her in 4 years school.

71.    During the period of February 4, 2017 through on or about June 27, 2017, my 18 year old daughter M███ S█ told me that the Law Guardian Ms. Heather J. Saslovsky, Esq and the ACS worker told her that "If you go to Foster care some weeks, you can get the government financial assistance to pay your all university tuition fees." M███ said that she agreed to go to "Forestdale Inc", her attorney (Law Guardian Ms. Heather J. Saslovsky), and the ACS worker told her that "You will free go to the college if you become a foster child.

Current I have direct evidences and material facts to believe that this is a Chandler and Frame up against the innocent victim in the last ACS case, which was my opponents (the Defendants or and his/their personal attorneys) sets up the Plaintiff-complaint and again has reported false cases to and sued the innocent victim Yi Sun (about **"Child Neglect of Abuse or Maltreatment"**) to New York City Police Department or and 'New York City Administration for Children's Services (ACS) or and "New York State Office of Children and Family Services, the New York State Child Abuse and Maltreatment Register" et al.

Now I have direct evidences and material facts or and reasonable doubts to believe that the other party (perpetrators Li Da Sun) tried to bribe to the Judge though the Law Guardian (Heather Saslovsky, Esq); who is the attorney (the Law Guardian) for the Child in the ACS case. She is the first ringleader in the serious judicial fraud in the matter. AND I have direct evidences and material facts or and reasonable doubts to believe that the Family Court Judge (Hon. Clark Richardson, J.F.C.) always stands up other party especially the Law Guardian (Heather Saslovsky, Esq) et al and punishes the helpless "Respondent mother Yi Sun" under an unreasonable punishment. I even was declared "legal insane" in rigged trial ("Fact-finding hearing"/"Dispositional Hearing" on May 7, 2017) and I was "forced psychiatric treatment" or and "forced see Psychiatrist" by the Family Court Judge's Order; And because of the reason, the Judge awarded Forest Care custody of the 17.92328 years "child" from my care on February 3, 2017, which was which was 4 weeks before my daughter M███ █s 18 years-old Birthday.

It's a making "abuser" in the "Child Neglect of Abuse or Maltreatment" case.

## CONCLUSION

72.    Yi Sun, the Plaintiff, who was/am a special victim in a series of sexual assault cases in New York. But these cases always closed or and dismissed by New York police department, because these rapists are police detectives, police lieutenant or and the friend-client of the top officer in NYPD or and District Attorney of New York county. It is common for police officers to shield each other from punishment, but the phenomenon reaches an extreme in New York Police Department, especially Manhattan.

For the last ten years and more, I have had a long streak of bad luck, especially I got sexual assault multiple times in the past, I (the Petitioner-Plaintiff Yi Sun) was/am under a great pressure in life. I feel sad and down nearly all of the time. My future seems hopeless. I am currently still suffering from difficulty in sleep, having flash-backs and intense psychological distress at

*30*

exposure to male figures what resemble me perpetrators from the past. These symptoms are consistent with Post Traumatic Stress Disorders (PTSD) and let me sad and I feel that my day-in and day-out misery comes from these bad men and I feel the loss of enjoyment of life. I feared to touch on distressing memories.

     Police is a respectable and elevated profession, a barrister owes the duty should to his/her every resident.  As a police officer, especially police detective or Lieutenant, it is your duty to protect your resident and people from harm, and this duty is paramount to all the others. Cops should be committed not only every resident, but also to judicial system and justice. However, these bad cops always uses his/her position of power to get personal to the Chinese woman Yi Sun in her cases. Nothing can extenuate his/her base conduct. His/her/their behavior profaned the holy place.

     I feared to touch on distressing memories. From November 22, 2003, through September of 2013, these bad Policemen raped me and extorted sex and money from me in order for me to stay out of jail and keep my daughter M████ when another rapist reported false cases to and sued me to ACS (New York City Administration for Children's Services) and NYPD (New York Police Department) for more times. After that, for the last oven ten years, I am currently still suffering from physical pain, difficult in sleep, having flash-backs, intrusive thoughts etc. these symptoms are consistent with Post Traumatic Stress Disorders (PTSD).

     Nothing could ever undo the wrong, hurt or cure the pain that these bad cops had inflict on me (the special victim SunYi).  I think that "It is shameful for a police detective not to apologize and compensate to the victim for his/their delinquent action and crimes."

73.                        **Injuries:**

     I, Yi Sun, the Petitioner-Plaintiff, being duly sworn, deposes and states under penalty of perjury as follows:

     Nothing could ever undo the wrong, hurt or cure the pain that these Defendants had inflict on me (the Plaintiff, Yi Sun).   These injuries sustained by Plaintiff (Yi Sun) include:

1) Sexual assault;
2) Sexual abuse;
3) Sexual exploitation;
4) Sexual molestation;
5) Unspeakable abuse;
6) Emotional distress and stress;
7) Sleeplessness;
8) Depression;
9) Anxiety;
10) Broken heart syndrome & Excessive sad;
11) Post Traumatic Stress Disorder;
12) Loss of enjoyment of life;
13) Severe pain and suffering, et al

     Since I got sexual assault multiple times in the past, I (the Plaintiff Yi Sun) was/am under a great pressure in life. I feel sad and down nearly all of the time. My future seems hopeless. I am currently still suffering from difficulty in sleep, having flash-backs and intense psychological distress at exposure to male figures what resemble me perpetrators from the past. These symptoms are consistent with Post Traumatic Stress Disorders (PTSD) and let me sad and I feel that my day-in and day-out misery comes from these bad men and I feel the loss of enjoyment of life. I feared to touch on distressing memories.

31

However, I am longing to end the nightmare and have a bright future. I hope I can finish my Master of Arts in the country. I hope one day, New York can be another space for me to realize my dream. I need U.S. Department of Justice or and the Federal Court to help me (the helpless special victim) to get out this dilemma and give me the justice in these cases. Even though "Justice delayed is justice denied", but I am long for the justice to me.

74.    Now it is time for me to step up and be a responsible witness with a brave heart. I must stand up for the rights of me and other victims. I must try to uncover these bad policemen and the bad top medical specialist/daze rapist etc criminal fact hidden behind his/their mask of authority.

I would make a complaint against these bad persons to U.S. Department of Justice about their wrongdoings include "Violation of human rights; Sexual assault; Sexual abuse; Unspeakable abuse; Assault in the second degree; Abuse of power; extortion under color of official right; Aggravated harassment; Outraging pubic decency; Perjury; Makin false statements; Official Misconduct, Conspiracy, Obstruction, Crime of concealing the criminal, Conspiracy to perform official misconduct, Hindering prosecution, Conspiracy to obstruct justice, Bribery, Violate human rights under color of official right, Criminal solicitation of official misconduct. Other conducts involving Attempted Coercion; abusing authority, dereliction of duty and playing favoritism and committing irregularities." I request that U.S. Department of Justice can investigate these bad cops especially Hugh H. Mo and his clients Li Da Sun and Tsai Chung Chao's wrongdoings in past.

75.    By the law. "Compensation for spiritual drainage means a civil legal system that a person suffers mental scar or spiritual damages after his personal right or some particular possession right get illegal aggression, and therefore calls for relief and protection by demanding the infringer's compensation".

Nothing could ever undo the wrong, hurt or cure the pain that these Defendant had inflict on me (the special victim SunYi). It is shameful for these Defendants not to apologize and compensate to the victim for his/their delinquent action and crimes.

The Plaintiff Yi Sun request that these Defendants make apologize and compensate to the victim for his/their delinquent action and crimes at the case in further.

**WHEREFORE,** the Plaintiff Yi Sun prays that the Court grant my complaint in the case. I hope that Honorable Justices will give me (Yi Sun) to the best of your ability, the assistance I am seeking____ Justice for Yi Sun. AND Plaintiff respectfully request that the Court understand my all true situations and this request be granted, and that I have such other and further relief as may be just and proper. (**Explain:** I shall be file an "Amended Verified Complaint" to the Court in further.)

Respectfully submitted,

Dated: New York, New York
       September 26, 2018

                          YI SUN  Yi 孙刀
                          Petitioner/Appellant for self
                          10 East 116th Street. Apt# 3A
                          New York. New York 10029
                          Phone: 212-810-0556

*Exhibit 'A'*

## STATEMENT OF THE CASE(s)

**One:**   Re: Request for a Special Investigation by FBI to review my two cases of Child Neglect of "Abuse or Maltreatment", which was/is a misrepresentation or and trumped up charge by these Defendants

Request ID: 29387070 (by Statewide Central Register, Division of Child Welfare and Community Services)

Case ID: 26061107

Intake Stage ID: 30076248

**Docket No: NN-36672-15** (Has been opened in Manhattan Family Court)

**Docket No: NN-12177-07** (Closed by Queens Family Court on 2010)

I, Yi Sun, the Petitioner being duly sworn, deposes and says:

1).     Believe you me, I (Sun, Yi) am a nice and honest person. I am honest with people, dedicated to my job and loyal to my friends. Beside I am a good mother, caring, loving and responsible. Current my 20 years old daughter M███ S█ is a junior in Hamilton College, and we have a trusting and loving relationship. (Michelle was her grade A average and graduation as "Valedictorian" of her 2017 graduating class with a cumulative average of 99.53% and New York City Department of Education GPA Transcript of 4.0) However, currently my 20 years old daughter M███ S█ (BOD: █████) still is an "institution-reared child" by the Family Court Judge (Mr. Clark Richardson, J.F.C)'s Order at Manhattan Family Court on February 3, 2017.

**Explain:** On February 3, 2017 at evening, Friday, I tried to call my daughter M███'s phone more times and again after she didn't go home. When I would go to the local police station to ask for help, my daughter M███ called me back at 11:10a.m on February 4, 2017, Saturday, she told me that the Law Guardian Ms. Heather J. Saslovsky, Esq and the ACS worker cheat her into the belief that "If you go to the Foster care some weeks, you can get the government financial assistance to pay your all university tuition fees." M███ said that she agreed to go to "Forestdale Inc" (67-35 112th Street, Forest Hills, NY 11374) on February 3, 2017, because her attorney (Law Guardian Ms. Heather J. Saslovsky) and the ACS worker deluded her with empty promises. They told my daughter that "You will free go to the college if you become a foster child (institution-reared child)."

2).     This is a misrepresentation of "Abuse or Maltreatment" on my current ACS case in the Manhattan Family Court (Docket No: NN-36672-15). And I think that my opponents asserted that "the Respondent Mother is mental illness----" is a misrepresentation under their moral turpitude or and the opposing party would shuffle out of responsibility in the case; their groundless accusation is made with ulterior motives. This current stigma despite me doing my best is wrong and must be reversed. (The first of all laws is to respect the laws. All persons should be treated with justice. Our Court mustn't wrong innocent people and palliative enemies. ) For the last four years and more, During the last ACS case, I continuously filed petition(s) to the Court(s) and I would have an Administrative Judge or Appeal Judge(s) for a thorough and comprehensive review of my ACS case, it was my fervent wish. I would simply plead innocent. Yi Sun (me) prove that it is pure that herself is. However, I have no way of handling to do this thing until I found the direct evidences last month on June. I was wrongly accused.  I request for an Emergency special hearing to show the direct evidences to the Court by an Administrative Judge about the chandler or and Frame up in the case.

Now I have direct evidences and material facts to believe that the Petition was made by **Heather Saslovsky, Esq,** who is the attorney (the Law Guardian) for the Child in the ACS case. She is the first ringleader in the serious judicial fraud in the matter of ACS case. She is a major beneficiary in the collusion, too.

*33*

I have direct evidences and material facts to believe that the bad attorney got money and reward from Li Da Sun and Li Yao Sun, who is the Legal Father and Uncle from "the Child M███ S██"; she can get another reward from Tsai Chung Chao, M.D, who is Mr. Hugh H. Mo, Esq's client in the another Appeal case (Original case from New York State Supreme Court Index No: 108013/2010), which is the Related cases with the ACS case. (Please refer to the attachment)

3).    During the last ACS case over four years, I many more times petition the Family Court and asked that this Court reverse this case of Neglect found by the Honorable Clark Richardson, J.F.C. (Docket No: NN-36672-15, ACS#: 5284236; opened in Manhattan Family). In the past three years, during my current case, I kept to request for a 'Due process' (with "procedural due process" and "Substantive due process") and 'An unbiased tribunal'. But the Honorable Clark Richardson, J.F.C. didn't give a change to show my evidence in Manhattan Family Court. Beside the same judge don't provide the right by law (1, an unbiased tribunal; 2, Notice of the proposed action and the grounds asserted for it; 3, Opportunity to present reasons why the proposed action should not be taken; 4, the right to present evidence, including the right to call witnesses; 5, the right to know opposing evidence; 6, the right to cross-examine adverse witnesses; 7, A decision based exclusively on the evidence presented; 7, Opportunity to be represented by counsel; Requirement that the tribunal prepare a record of the evidence presented.)

At the last time on June 28, 2019, I again returned to the Family Court and would file the Petition/Request/Motion to ask that this Court reverse this case of Neglect found by another Judge (Docket No: NN-36672-15, ACS#: 5284236); which is/was a Decision from the "Final Order of Disposition and Finding of Neglect" of the Family Court, New York County, Hon. Clark V. Richardson, J.F.C., entered January 19, 2017, that found that "emotional and excessive corporal punishment" and by failing to address her "mental health" concerns after granting the AFC's post-evidence request without notice t Appellant to conform the pleadings to the proof resulted in an adjudication of Neglect.But my Petition still was denied and objected by the same judge Hon. Clark V. Richardson, J.F.C. at the same afternoon.
-------------------------------------------------------------------------------------------------

### Background & the face of rape cases
4)  Cheated by the bigamous bad man Lida Sun, I came to this country from my motherland.

Believe you me, I (Sun, Yi) am honest person. I have a clear conscience in my life. Original, I had been abandoned when I was a baby in China. It was a good person who fostered me and it was the living milk that raised and gave me a literary talent. During me age of 11 to 13, I was went and fostered by a nunnery in consequence of the poor life. I was innocent and hard working. I studied hard so that I beforehand finished the high-education through part work and part study. In January 7, 1991, I joined the army and served in the production base of the Air Force as a military news reporter when I was a 16-year old literature college student. The truth, goodness and beauty of the literature are the purpose that I pursues. During that time, I wrote 680 articles about news and literature. The Chinese mass media such as People's Daily, CCTV, China Youth Daily and the P.L.A Daily etc have covered my young living road of frustration on that I pursued difficultly my studies and I kept on my writing in spite of all difficulties. On August of 1993, I published my first autobiographical novel <The Past Even of A Girl> what is written on the bases of my own destiny and which was valued by the literary circles in Beijing. Then, I had composed the novel <The Rebel> and the poetry <An Unfinished Story> that could prove my young literary talent. In February 1993, by breaking rule, I was admitted to the literature faculty of the P.L.A. Arts College. Later, I was the only schoolgirl studied in the News Department of the P.L.A. Political Institute, who is reputed by people as the West Point Army Academy in China. Being released from military service in June 1997, I started to work as a journalist and editor of the local paper <Sanya Daily> in Hainan Province.

34

About in the spring of 1997, "Peter/Mark" (his real name was/is "Sun, LiDa") knew me through the Central Chinese Television and the People's Daily newspaper. On April 14, 1998, he sent the invitation letter to me about "We are delighted to have your registration for the third annual conference of the Houston, Texas chapter of the Association of Authors and Publishers."

Cheated by the bad man Lida Sun, I came to this country as a newspaper reporter with this I-Visa. I never acquainted with the Chinese man 15 years old and bigger than me, but at the time, "Peter/Mark" (Li Da Sun) forced me to marry with him. At the first night after I came to the country, he at once resumed his true shape and ravished me, so that I was shamed into "marring" him, but he don't tell me that he was a married man at that time.

5). **Lida Sun's personal attorney** (Hugh H. Mo, Esq) **abetted him to report false cases to and sued me to NYPD or and ACS many more times**

Lida Sun purposely hided the facts to the court, the crime facts of three times bigamous marriage and four times of "false marriages to get green card". I didn't have a legal marriage with him, and I didn't have non-marriage cohabitation with him or another man in this country.

Between June 2, 1998 and or about October 25, 1998, I had to live in "Peter/Mark" (Lida Sun)'s house in Corona of Queens, I didn't want to make a life for him. But he arrested and commanded me, by the magic of a mind long accustomed to awe and to subdue. He always frightened the woman to obey him. But I objected to have the sex with him, so, he always hurt me-------

**E.g (1)** On July 31, 1998, Lida Sun would himself up into a rage when I had gone some months pregnant, he punched me and pushed me down a flight of steps before leaving the house. I was bleeding vaginally after the fall, and that my female landlord called an ambulance for me and paged "Peter/Mark" (Lida Sun) so that he would be aware of his fiancée's injuries. I was taken to Elmhurst Hospital. Because "Peter/Mark" (Lida Sun) told doctor that my injury were self-inflicted, I was put in the hospital's mental health unit. I also noted that during this visit to the hospital, I became aware of my pregnancy, and that "Peter/Mark" (Lida Sun) asked doctor to perform an abortion, but the request was declined because of my health.

**E.g (2)** On October 25, 1998, Lida Sun has displayed such behavior on numerous prior occasions, including, striking me, about the abdomen with clenched fists and shoed feet and bodily push me down a flight of stairs while, when I was 6 months and more pregnant with the child M[redacted]--- After that, police came and arrest him. Started from October 25, 1998 to March 14, 2005, Queens Criminal Court and Brooklyn Criminal Court sent continual order of protection to me.

6). I was a domestic violence victimized woman who had experienced a long term physical and emotional abuse by the "fiancé" Lida Sun (he always used this name "Peter/Mark"). Started from October 25, 1998 to March 14, 2005, Queens Criminal Court and Brooklyn Criminal Court sent continual order of protection to me. But the man (Lida Sun) often came my place and told my landlord、neighbors and colleagues about he is my fiancé, and he used his position as a "family member" to molest me----

**E.g (3)** On February 25, 2000, Lida Sun (he always used this name "Peter/Mark") came to my home at "6116 3rd Avenue, Brooklyn, NY 11220" and became physically abusive by punching me, kicking me on the ribs (cursing internal bleeding), and by hitting me with a hummer on my face, bruking four teeth. (Please refer to the attachment)

*35*

**E.g (4)**   On March 3, 2000, Lida Sun (he always used this name "Peter/Mark") verbally abused me by cursing yelling obscenities and making threats at me. He physically abused me by punching me on the face, banging my head against he wall and the door frame. I sustained bruises on my neck and face due to the assault. (Please refer to the attachment)

This year, Lida Sun has reported false cases to and sued me to NYC Administration for children's Services six times. He also has harmed himself to frame me in police precinct tens of times. Without any choices, my daughter M████ and I have to move time and again. I was heartsick that I did not see his poor behavior before I came to this country.

**Explain:** Later, I knew that it's Lida Sun's personal attorney Mr. Hugh H. Mo, Esq abetted him to do so. Because after 2009 year, another Chinese man Dr. Tsai Chung Chao M.D. reported false cases to and sued me to ACS (New York City Administration for Children's Services) and NYPD (New York Police Department) for more times too. This revolutionary idea was the same as Lida Sun. Tsai Chung Chao's personal attorney and Lida Sun's personal attorney was/is same person Hugh H. Mo, Esq. (On or about 2012, I once received an email from Lida Sun, who told me that it's Hugh H. Mo, Esq abetted him to do so and reported false cases to and sued me to ACS and NYPD).

7).   During in these cases, these bad NYPD detectives raped me and extorted sex and money from me in order for me to stay out of jail and keep my child M████ when another rapist reported false cases to and sued me to ACS (New York City Administration for Children's Services) and NYPD (New York City Police Department) for more times. (Please refer to the attachment)

8).   I don't want Lida Sun (he always used this name "Peter/Mark") pestering me in the street anymore, but the man kept to make trouble to me.  From December of 1998, through March of 2005, "Peter/Mark" (Lida Sun) reported false cases to and sued me to ACS and NYPD for 30 more times. I had to move house bring the child more times and again at during the several years of "legal separation".

**E.g (5)**   On October 4, 2003, separated Lida Sun (he was always called "Peter/Mark") found an excuse to get something from my home at 339 40th Street, Brooklyn, NY 11232. At my home, he injured his head using a hammer. Then he reported to 72nd Precinct. I was arrested. I was released after investigation. (Please refer to the attachment). After this case, I moved again with my daughter M████ o Flushing of Queens from Brooklyn.

**E.g (6)**   On November 17, 2003, I had moved to Flushing of Queens for one week, Lida Sun made several false reports to accuse me that I used scissors to kill him on November 22, 2003. I almost was arrested by 109th Precinct. (Please refer to the attachment)

9).   Because the case, I met the supervisor Det. Bryan Trockel at 72 Precnct and Det. Steven Matthews at 109 Precinct, the two detectives raped me and extorted sex and money from me in order for me to stay out of jail and keep my daughter M████ when Lida Sun reported false cases to and sued me to ACS and NYPD for more times.

**The first policeman Det. Steven Matthews**, who drove me to his home from 109th Precinct and raped me_____

a)   On December 12, 2003, I (Plaintiff, Yi Sun) went to 109th Precinct a second time for further assistance with the complaint. Det. Steven Matthews drove me to his home and raped me. Det. Matthews gave me wine to drink, but I never had alcohol before, I passed out, when I woke up, I was naked on his bed.

36

b)      On December 25, 2003, Det. Steven Matthews called me and said that he need talk with me about the "criminal case", then he picked me up and drove me (Plaintiff, Yi Sun) to a hotel, where he gave me more wine and had intercourse with me. I entreated him piteously to let me go. But clearly he wasn't ready to let me off.

c)      After I (Yi Sun) got the sexual assault by Det. Matthews on December 12, 2003 and December 25, 2003, I became pregnant with Det. Matthews' child and aborted it on February 14, 2004.

        Det. Steven Matthews called me many more times and forced me to abort it. On or about February 14, 2004, Saturday, Det. Steven Matthews asked his girlfriend "Jenny" to pick me up and drove me to a private gynecological clinic for abortion in Chinatown. I once took a lot of flak for my stand against abortion. But I had to obey the detective after he faced me. At the time, someone told me that if I filed a complaint against the police, I may no longer able to see my daughter M███████ whom I lost custody of after attempting suicide.

d)      On October 14, 2005, I (Yi Sun) filed this complaint as a walk-in at the CCRB (Civilian Complaint Review Board) after I made some complaint in phone. (CCRB Case No: 200512325).

        But later, the IAB cops (NYPD Internal Affairs) bade me hold my peace, then they threatened me. When I asked the two IAB cops to bring me to see the District Attorney, they tried to send me to the emergency department of Elmhurst Hospital Center and want me in the Psychiatry. But the Psychiatrist believed me and objected the two IAB cops' request in the time.

10).    **The second policeman** Det. Bryan Trockel, who drove me (Plaintiff, Yi Sun) to a parking from 72nd Precinct and raped me in his car on New Year of 2005

a).     Between the period of January 2002 and January 2004, I (Plaintiff, Yi Sun) encountered the detective supervisor at the 72nd Precinct by the name of Bryan Trockel three times. During this period, Lida Sun made numerous false allegations of assault against me with the 72nd Precinct. I was arrested but was cleared each time.
 (On or about October 4, 2005, Lida Sun found an excuse to get something from my home at 339 40th Street, Brooklyn, NY 11232. At my home, he injured his head using a hammer. Then he reported to 72nd Precinct. I was arrested. I was released after investigation. After this case, I moved again with my daughter Michelle. )

b).     On or about October 4, 2005, Det. Bryan Trockel gave me a business card and wrote that "If there is a complaint filed against this woman, please beep me. Thanks. Det. Trockel" in the card's back. (Please refer to the attachment)

c)      On January 1, 2004, I brought a cake to the 72nd Precinct to show my appreciation for the supervisor Det. Trokel and other officers who had helped clear my arrest. Det. Trockel lead me out of the Precinct and into a patrol car. Det. Trockel and me drove to and parked under a highway overpass between 3rd and 4th avenue. I believed him and would talk with him about the new case by Det. Steven Matthews at 109th Precinct. But Det. Trockel took off my trousers and raped me in his car.

        I was crying with sad after the incident was over, Det. Trockel told me that he had loved me for two years and that he did not have a wife.

d)      Between January 1, 2004 and May of 2004, Det. Trockel asked me to become involved with him and he promised that he will marry with me soon.

        During the times, I was not interested in him "that way" anymore. But Det. Trockel often forced me to sex with him in his car because of his out-of-control sexual behaviors. Det. Trockel often called me and said that: "Yi, Are you hungry? My banana is waiting for you." In the every visit time, he just wanted to make love with me in his work time. Sometimes Det. Trockel was

37

like a rabbit hopping on and hopping off. He asked another detective to keep a watch for him during their love-making. I once had a severe vaginal bleeding after Det. Trockel forced me to sex with him. He refused me to go to hospital, so that he can protect his private matter which he will never tell anyone.

e).     On December of 2004, I second time report to police department about the two bad wrongdoings. But 'NYPD Internal Affairs' always stand up their colleagues (Det. Det. Bryan Trockel and Det. Steven Matthews.), the police inspector of IAB Queens office even tried to send me to mental hospital after they came to my place in Flushing, but the psychiatrists of Elmhurst Medical Centre believed my statement and refused their request to let me to stay in the psychiatry.

f).     On February 15, 2005, I filed a complaint with the CCRB (Civilian Complaint Review Board) about Det. Bryan Trickel's wrongdoing. (CCRB Case No: 200501666) (Please refer to the attachment)

11).   **The third policeman Det. Bruno Vidal**, who came to my home from 90th Precinct and raped me twice in the same early morning.  Please refer to the attachment)

        Because of the ACS case, I need moved to another living place from the old address (located at 143-30 Cherry Avenue, Flushing, NY11355) which was a kindergarten.

a)      On or about August 15, 2008, I was moving my residence from 286 Broadway in Brooklyn, to 1060 64th Street in Brooklyn. I found four boxes of new clothes etc was stolen by the moving company. I went to report the crime at the 68th precinct where I was told that my report should be filed at the 90th Precinct. On august 26, 2008, I went to the 90th Precinct to file my report. As I was leaving the Precinct house, I encountered the police detective DTS Bruno Vidal, who advised me about acquiring information about the moving company to pursue my case. DTS Vidal also provided me with his card.

b)      On August 27, 2008, on a subsequent visit to the 90th Precinct, I encountered DTS Vidal once more, who again offered to help me. DTS Vidal called me on my cell phone later that day to ask if he could come to my home to conduct an investigation. I believed that DTS Vidal was conducting official business and agreed. DTS Vidal arrived at my home in the early morning hours of August 28, 2008. DTS Vidal began to act amorously towards Yi Sun (me). At one point, DTS Vidal embraced Yi Sun (me) and inserted his tongue into my mouth. I told DTS Vidal that his behavior was unacceptable and asked him to leave. But DTS Vidal left the premise.
I was thrown roughly to the ground, and DTS Vidal bathed in high feeling, flushed and menacing, with doubled fist. He raped me at my apartment.
        Then DTS Vidal used the lavatory. After he returned back, he hung me and second time raped me at the apartment in the same day on August 28, 2008, in the early morning. I couldn't hold back my tears. DTS Vidal wrote an apology note to me. Then he went away. Later on, DTS Vidal called me to apologize, while still continuing to express amorous intentions in his contacts as well as other "disgusting words". I also found an unused condom in my apartment, which I believe was dropped by DTS Bruno Vidal.

c). DTS Vidal continued to correspond with me up to September 4, 2008. During the time, I tried to contact with a female police officer in Chinatown, I wanted to ask for her help, but they stared at me in complete disbelief. On that day I went to the 90th Precinct to report DTS Vidal to his supervisors, where I was told to contact IAB of NYPD (New York City Police Department Internal Affairs Bureau). Later that day, I was interview by IAB in Brooklyn. Later that night, between ten to twenty police officers arrived at my residence to take DNA and photos of the scene and conduct

3 8

an investigation. I was interviewed again by IAB on September 13, 2008, where I expressed a desire for the situation to be investigated.

d).   IAB Sergeant Thomas Spitzfaden, contacted Yi Sun (Plaintiff, me) asking me to sign a form to withdraw my IAB complain. Sgt. Spitzfaden informed me that he believed DTS Bruno Vidal and Yi Sun (Plaintiff, me) were friend ad what transpired between them is their business. But I denied that I (Plaintiff, Yi Sun) and Det. Bruno Vidal were friends because I had met the detective at the 90th Precinct and I believed that DTS Vidal was acting on official police business.

      Then, IAB Sergeant Zichao Chen also contacted Yi Sun (Plaintiff, me), speak in Mandarin, to as me to withdraw my complaint. I refused to sign, wishing to protect my rights and intends to seek legal counsel. I believe that I was being pressured to withdraw my complaint because police officers "cover for each other."

e).   After I got a sexual assault by the third police detective DTS Bruno Vidal in the early morning hours of August 27, 2008, I became pregnant with his child and aborted it on or about October 13, 2008. I had to go to the Emergency room of Maimonides Medical Centre. The NYPD Internal Affairs (IB Sgt. Thomas Spitzfaden and Sgt. Zichao Chen etc) contacted me asking me to sign a form to withdraw my IAB complaint. And they bade me hold my peace, they threatened me.

      At the time, nobody help me in difficult situation. My heart was so sad and I was in so much pain that I had to cry. I don't want police officers coming to my home and disrupting my life. Also I was embarrassed by the attention I was getting from my female neighbors. I feel I am getting a bad reputation and I believe that IAB is biased in their investigation.

f).   On September 26, 2008, I filed a complaint with the CCRB (Civilian Complaint Review Board) about Det. Vidal and NYPD IAB's wrongdoing. (CCRB Case No: 200814014).
(Explain: on July 13, 2018, I went to CCRB to ask for a copy of records in all complaints in past.  However, after 40 days, I received a mailing with 7 pages and 1 DVD from "Records Access Officer" of CCRB on August 22, 2018, but these papers' many more important information were either left blank or hidden by someone. The copy and the DVD picture are not very sharp. Beside, at the complaint about Det. Bruno Vidal, I find that CCRB never write my statement about I got twice sexual assault by Det. Vidal in the same night on 8/27/2008, and CCRB never write the important fact that I became pregnant with Det. Bruno Vidal's child etc in the complaint report.)

12).   **The fourth "policeman" Sam Tsang, who came to my home from 61[th] Precinct and raped me---**
a)   "Sam Tsang" was/is the assistance of Commanding Officer in 61 Precinct. Stated on November of 2008, Sam Tsang initiatively contact with me after he listened to my case about I got a sexual assault by the detective from 90th Precinct. At the time, he once picked me up and drove me to see some New York City Councilman/councilmen in Brooklyn. "Sam" told me that he is a good person and he would try the best to help me. I believed the Chinese policeman (who was/is the assistance of Commanding Officer in the 61 Precinct), so I greed him came to my apartment to talk about the housing case.  (Explain: Since IAB officers first time came to my apartment on September 4, 2008, between ten to twenty police officers arrived at my residence to take DNA and photos of the scene and conduct an investigation at the dead of night, my landlord asked me to move to another place from the apartment, located at "1060 64[th] Street, Apt#2R, Brooklyn, NY")

b)   "Sam Tsang" called me and said that he will pick me up and drive me to the Councilman's office.  On or about November 30, 2008 or and December 27, 2008, I got a sexual assault by the fourth man "Sam Tsang" after he entered the apartment.  At my living room, he shoved me to the ground, then he at once resumed his true shape and ravished the woman (Plaintiff, Yi Sun, me), so

Supreme Court Records OnLine Library - page 40 of 80

that she was shamed into obey him. Later, I had to contact with his wife, and told her about this matter. But I got the hurling insults and treats by "Sam Tsang" or and his family, which broke my heart.

c)        On March 2, 2009 at night, I tried to call the Chinese female Police Det. Suk H. Too and asked her to help me to report to Police Department. Later, some police from IAB came to my place to take the toilet paper with Sam Tsang's semen, but later the officers of NYPD Internal Affairs in Brooklyn bade me hold my peace, they threatened me again.

**13)**      In the same time, I once got deep hurt and sexual assault by **the fifth policeman**, who was/is the detective or supervisor in 72 Precinct. I believed the African American detective is the supervisor in 72 Detective Squad.  He knew Det. Bryan Trockel's matter in past.  Stated on or about September of 2008, he tried to call me after he listened to my matter about I got a sexual assault by the detective from 90th Precinct. But that time I refused to report to police until current. The detective once said that he will scare me out of telling the police.

There are two main reasons that why I don't report to the police until today. a) Someone bade me hold my peace. He threatened me about my child. I believe that it was no idle warning but a stern threat. b), I think I shall have not justice if I go to the police.

14).      On August 5, 2013, I got a sexual assault by **the sixth policeman** Lt. Timothy Cai, who was/is the lieutenant in 108th Precinct.

a)        Please see the CCRB complaint report. (Please refer to the attachment)

b)        On August 5, 2013, I accepted Lt. Cai's invitation to meet. We met in Chinatown near the Grand Street playground. Lt. Cai and I conversed inside of his personal grey car. I trusted Lt. Cai, so when he removed his clothes and exposed his genitals, I objected his action at the time. But Lt. Cai left the premise, and he forced me to go along with the sexual relations. Lt. Cai continued to contact me via phone, requesting to meet. I wanted to end the "relationship" because I was emotionally uncomfortable.  I agreed to talk with him one time on September.

c)        On or about September 15, 2013, Sunday, We met in City Hall near the Park. Lt. Cai and I conversed inside of his personal grey car. Lt. Cai again removed his clothes and exposed his genitals, I was forced to perform oral sex on him after he pushed down my head. I was nauseous and vomiting.
        After that, I and Lt. Cai continued to correspond by text and phone calls.  I informed him that I was going to complaint about his actions if he refused to make a sincere apology to me. Lt. Cai told me that I could not claim that he used force towards me. I replied that I was going to contact his boss.

d)        After I was forced to perform oral sex on Lt. Cai on September 15, 2013, I was sick and had a Nervous Vomiting every day for some months. On September 24, 2013, I called 311 to make a complaint report about the sexual abuse matter.
        After I had contacted IAB in regards, I met with three female officers from IAB, whom she identified by name and rank as Det. "Matanas", Sgt. Pan and Sgt. Schwogel, near Queens Plaza and 29-76 Northern Boulevard to discuss the incident and view a phone array. I primarily interacted with the officers in English, and occasionally in Chinese with Sgt. Pan.

e)        The three IAB officers (Sgt. Marni Schwager, Sgt. Jessie Pan and Sgt. Stephanie artinez) tried to make excuses for Lt. Cai. They tried to have Yi Sun (I, Plaintiff) sign paperwork admitting that I enjoyed and was happy giving blowjobs. The officers threatened to close my case if I refused to sign. I

*40*

objected to sign the papers. But the IAB officers still closed my case. Beside, they bade me hold my peace, they threatened me too.

f).    On October 7, 2013, I filed a complaint with the CCRB (Civilian Complaint Review Board) about Lt. Timothy Cai and the IAB officers' wrongdoings. (CCRB Case No: 201309355).

g)    After I tried to contact with the office of the 'First Deputy Commissioner of NYPD' and I asked for the First Deputy Commissioner Mr. Rafael Pineiro's help. At 6pm on December 23, 2013, the IAB top officer D. I. Sylrester Ge (Deputy Inspector Sylrester Ge) called me and said that IAB officers will come to my home to investigate the matter.
     At 8pm on the same night, a White female lieutenant and two police inspectors came to my apartment from the office of 'NYPD Internal Affairs' in Queens. During the talking time, they intentionally tripped the victim (Yi Sun, me) by artful questions. What they said infuriated me. The hard sob of anger barred my voice. Beside, they insulted her (Yi Sun). I was bullied, insulted, harassed and my body was shaking with insult and rage. It made me boil with rage and I could scarcely keep in my indignation.

h)    At the next day, when I tried to contact with their boss Deputy Inspector Sylrester Ge, someone bade me hold my peace, he threatened me.
     Later, I knew that the IAB top officer D. I. Sylrester Ge (Deputy Inspector Sylrester Ge) and Mr. Hugh H. Mo tried to help their friend Lt. Timothy Cai, who moved to 72nd Precinct in Brooklyn from 108th Precinct in Long Island City.

     It is common for police officers to shield each other from punishment, but the phenomenon reaches an extreme in New York Police Department, especially the office of NYPD Internal Affairs Bureau in Brooklyn & Queens, and the Special Victim Unit of NYPD.

15).    On July 26, 2011, I once got a sexual assault by the boss Scott Richman in the Manhattan design company "Threadtex Inc", (located at 641 Lexington Avenue, 6th Floor, New York, NY 10022) on July 26, 2011, after the boss knew my matters about I got a series of sexual abuse by these policemen. I went to 17th Precinct to report to police in the first time, and sent to the hospital to take DNA immediately.
     But later, my case no reason dismissed and closed by the Detective Michael Rama in Manhattan Special Victims Squad of NYPD. The police detective Det. Rama and someone bade me hold my peace, they threatened me in the time. There I suffered many humiliations by the police detective and another policeman.
     After that, I feel heartbroken. I don't believe any policemen again.
----------------------------------------------------------------------------------------------------
16)    I was/am a special victim in a series of sexual assault cases in New York. But these cases always closed or and dismissed by New York police department, because these rapists are police detectives, police lieutenant or and the friend-client of the top officer in NYPD or and District Attorney of New York county. It is common for police officers to shield each other from punishment, but the phenomenon reaches an extreme in New York Police Department, especially NYPD Internal Affairs Bureau or and the Special Victim Unit of NYPD.

     For the last ten years and more, I have had a long streak of bad luck, especially I got sexual assault multiple times in the past. I was/am under a great pressure in life. I feel sad and down nearly all of the time. My future seems hopeless. I am currently still suffering from difficulty in sleep, having flash-backs and intense psychological distress at exposure to male figures what

41

resemble me perpetrators from the past. These symptoms are consistent with Post Traumatic Stress Disorders (PTSD) and let me sad and I feel that my day-in and day-out misery comes from these bad men and I feel the loss of enjoyment of life. I feared to touch on distressing memories. However, I am longing to end the nightmare and have a bright future. I hope I can finish my Master of Arts in the country. I hope one day, New York can be another space for me to realize my dream.  I need the government and legal Department to help me (the helpless special victim) to get out this dilemma in these cases.

The last straw came when the female detective Det. Maddy Acevedo (from Manhattan Special Victims Squad of NYPD) refused to take my important material evidence to police when I returned back to report another sexual assault by my former WCB doctor Tsai Chung Chao, M.D.

At the time, I got an insult by the female detective at 'Manhattan Special Victims Squad of NYPD', and they refused to take my important material evidence to police. I got an insult by the female detective at the office. I vowed to file a law suit against these dirty bad cops to the Federal Court in future.

---------------------------------------------------------------------------------------------------

**TWO**     **My child** (M█████S█ **was taken away from my care for ACS oven twice after someone** (Lida Sun & Tsai Chung Chao or and their same attorney Hugh H. Mo, Esq) **has reported false cases to and sued me to ACS** (New York City Administration for children Services) **or and NYPD** (New York City Police Department) **many more times.**

**Explain:** From December of 1998, through March of 2005, Lida Sun reported false cases to and sued me to ACS and NYPD for 30 more times. I had to move house bring the child more times and again. On or about 2012, I once received an email from Lida Sun, who told me that it's his personal attorney Hugh H. Mo, Esq abetted him to do so and reported false cases to and sued me about "Child Neglect of Abuse or Maltreatment" to ACS and NYPD.

During the period of August 27, 2009 through on or about March of 2015, the bad attorney Hugh H. Mo, Esq's another client Dr. Tsai Chung Chao, M.D. has reported false cases to and sued me to NYPD or and ACS over 30 times, too. I believe that their same personal attorney (Hugh H. Mo, Esq) abetted him/them to report many many more false cases to and sued me (Plaintiff, Yi Sun) to NYPD or and AS, so that made troubles to the same woman Yi Sun (Plaintiff).

17)          **About the old ACS case**
             Docket No: NN-12177-07; ACS#: 5284236
             **(Closed by Queens Family Court on 2010)**

a)     I was a domestic violence victimized woman who had experienced a long term physical and emotional abuse by the "fiancé" Lida Sun. Started from October 25, 1998 to March 14, 2005, Queens Criminal Court and Brooklyn Criminal Court sent continual order of protection to me. But the man often went to my place and told my landlord、neighbors and colleagues about he is my fiancé, and he used his position as a "family member" to molest me. I don't want him pestering me in the street anymore, but the man kept to make trouble to me.  The fixed period of the "order of protection" was on March 14, 2004. Lida Sun tried to come my place and contacted my neighbors, landlord, colleagues, schoolmates etc to vilify me and called me all the times. Beside, he often stalked and stopped me and my daughter M█████ on street he said a lot of filthy words----I had to go to the local station (109ᵗʰ Precinct) to ask for help. The police told me that I need go to the Family Court to request a new Order of Protection.

b)     On or about September 22, 2005, I first time went to Queens Family Court, I request for an Order of Protection against Lida Sun (Docket#: O-17146-05). However, during the case, the female

*42*

judge ~~Hon.~~ Marybeth S. Richroath objected my request and she never give me or and my daughter an "Order of Protection", conversely, she agree Lida Sun, who is the father of birth certificate to visit with the child M█████ at the times by law. (Docket#: V-08645-06) But at the legal visitation on May 13, 2007 at 10:30am, the legal father Lida Sun was arrested by police for his abuse act! (Please refer to the attachment)

    At the 20th hearing of this very case (O-17146-05; V-08645-06) on June 21, 2007, I request for an attorney to help me on the case for the next hearing, but my request was object by the Judge (Hon. Marybeth S. Richroath). I wanted to show these police reports to the Judge, so she can understand why I requested the "Supervise Visitation" for my daughter M████ However, the same Judge rejected my request once again, and she would order to change the visitation place for Lida Sun's convenience to visit the child at weekends----Then I couldn't help but implored the judge that "Please help me to protect my daughter". And I had to drop to my knees on the ground. (Now I knew that I shouldn't use keeling action in the country, although this is the superlative courtesy of a petitioner in China.) But one hour later (at 12:30pm on June 21, 2007), I was arrested and sent to Elmhurst Hospital Center to see psychiatrist, and my child M████ S█ was taken away from my care for ACS---- At the time, the ACS workers made an unfaithful (or and bentrovato) "ACS case report" to the Court. (ACS#: 5284236; Docket#: NN-12177-07).

c)    Because of the ACS case, my only child M████ was taken away from my care for ACS some years. I love my daughter M████ I missed her, I always went to the Forestdale to visit with her. I hope my child M████ S█ can fast come back to me. After I took my all saving to pay for expensive legal fees over $110,000 (During the case, I did this job as best I could, I tried to work full time and 2 part time to save these money for the lawyer fees), my attorneys help me take back my child to me on or about January 2, 2010.

    However, some years later, someone told me that my attorneys once made a "plea bargaining" by the Judge (Hon. Marybeth S. Richroath)'s mandate, so that the case can fast closed in the court, and she agree that my daughter M████ return back to me from the foster family care. The knowledge of sin is the beginning of salvation. In this case, my attorneys do not to do the "plea of not guilty" in the case. They entrapped me into an admission of guilt, and said: "If you refuse to sign the paper, the Judge will order to place your daughter in the foster home until her 18 years-old of age." For the reason, I was shocked into a confession of guilt. But at the times, I didn't understand that it's a "plea bargaining' of "Child Neglect of Abuse or Maltreatment".

18).    After that case, for the last oven ten years, I would have an Associate Justices for a thorough and comprehensive review of my all ACS cases. I hope that the Hon. Associate Justices give me a late Justice in my ACS cases. I (and many more lawyer/attorneys) think that it's an unfair decision by the Queens Family Judge (Ms. Marybeth Richoath)'s order on the closed old case (Docket No: NN-12177-07).

    Because of the unfair decision, for the last over ten years and more, I was blacklisted in "Child Neglect" of "Abuse or Maltreatment" by ACS (NYC Administration for Children's Services), I can not to do a Chinese teacher or and other job in the school. Yi Sun (me) must prove that it is pure that herself is.

    Beside, because of this Queens Family Court Judge (Hon. Marybeth Richoath)'s decision about my "Child Neglect", after that, I always have been abused and mistreated so I was/am deeply unhappy and hurting. Especially, I was blacklisted by NYC Administration for Children's Services, and some prejudiced ACS worker often uses her/his position of power to get personal with the Chinese single mother in the past years.

43

These bad ACS workers were/are:  a) Ms. Nichole Richards, a Child Protective Specialist Division of Child Protection, who worked at the ACS office in Harlem of Manhattan on March 13, 2015, until current;

b) Mr. Jesse Almonte, a supervisor of the ACS office in Harlem of Manhattan on March 13, 2015, until current;

c) "Jane Doe", a White female ACS worker (Child Protective Specialist Division of Child Protection), who worked at the ACS office in Harlem of Manhattan on March 13, 2015;

d) "John Doe & Jane Doe", four ACS workers, who worked at 11:00 am at the ACS office in Harlem of Manhattan on March 16, 2015;

e) Ms. Katrina Guerrero, a female ACS worker (Child Protective Specialist Division of Child Protection), who worked at the ACS office in Harlem of Manhattan on August of 2015, until current;

f) Ms. Kira Lecznar, Esq, the attorney for ACS, who worked at the ACS office in Harlem of Manhattan on March 16, 2015, until current;

g) Mrs. Foster, a female ACS worker (Child Protective Specialist Division of Child Protection), who worked at the ACS office in Harlem of Manhattan on July 6, 2016;

h) "John Doe & Jane Doe", the ACS workers or and the attorney who worked at 11:am at the ACS office in Queens on June 21, 2007;

i) AND the bad attorney Ms. Heather J. Saslovsky, Esq, who is a "Law Guardian"/attorney for child; and she is a cooperation partner of ACS and worked at March 16, 2015, until current, in the ACS case;

-------------------------------------------------------------------------------------------------

**THREE**     **About the virtual complaint of "Abuse or Maltreatment" on my current case**
Docket No: NN-36672-15; ACS#: 5284236
**(Has been opened in Manhattan Family Court)**

**19)   Background** of the last ACS case

(a)      I am a former report and a jewelry designer. I was injury on my work place twice on October 14, 2002 and June 28, 2008. I was a patient of Dr. Tsai Chung Chao and "NATURO-Medical Health Care, P.C" from March 22, 2003 through on or about August 26, 2009. (Dr. Chao is the Founder of Naturo-medical Health Care, P.C of New York. He is/was the clinical associate professor and attending physician, Department of Orthopedics and Rehabilitation Medicine; director, rehabilitation Medicine Certificate Program; Director, Physicians' Medical Acupuncture Certificate Program at SUNY downstate Medical Center. )

Started on December 23, 2007, Dr. Chao called me to go to his place to get a cough medicine. He kept calling me and I was supposed to pick up the medicine on January 3, 2008 but I didn't do it. I asked him why he wanted me to do this. He said this is medicine which should be kept secretive.

I went to his office on January 3, 2008 in Flushing. He told me my insurance was not good, my medicine was not good and I should use his own medicine.

(b)      On or about January 13, 2008, during 2:00pm to 5:20 pm at Dr. Chao's personal office, while in Dr. Chao's personal office, located within his apartment, located at "330 East 38th Street, Apt#37N, New York, NY10017", Dr. Chao injected patient Yi Sun (me) with what is believed to be a narcotic and sexually assaulted Yi Sun.

Later, Dr. Chao often undertook a pattern of harassment of the patient, by continually telephoning Yi Sun, and professing his love and affection to the patient. During the period of January 13, 2008 through on or about August 20, 2009, the medical specialist Dr. Tsai Chung Chao M.D. more times injected his female patient Yi Sun (me) with what is believed to be a narcotic and sexually assaulted the victim, beside, the bad doctor forced the victim to engage in

44

sexual activity in exchange for medication and medical treatment, while at his clinics, office, apartment, or and the victim's apartment.

(c)     Explain: There are two main reasons that why I didn't report to the police immediately. Someone bade me hold my peace. He threatened me about my child. (I believe that it was no idle warning but a stern threat. I know that Dr. Chao or and his friend/attorneys would stop at nothing to achieve his/their ends.) I think I shall have not justice if I go to the police. Because Dr. Chao once told me that he have many more good friends are high-ranking officials in NYPD or and Manhattan District Attorney Office. In fact, his friend/attorney Mr. Hugh H. Mo and other officers was/am defending him. (Mr. Hugh H. Mo, Esq is the arbiter of "New York State Commission on Judicial Conduct", and he is a former Deputy Commissioner of New York Police Department, he is a former District Attorney of New York county too----)

(d)     On June 17, 2010, I am filing a law suit against Dr. Tsai Chung Chao, M.D about his sexual assault & aggravated harassment, and I send the complaint to "Supreme Court of the State of New York".(Index No: 108013/2010); Beside, I send a complaint to "New York State Department of Health, Office of Professional Medical Conduct" (OPMC NY-09-10-6712A), I made the complaint about "On or about January 13, 2008, while in Dr. Chao's personal office, Dr. Chao injected plaintiff (Yi Sun, me) what is believed to be a narcotic and sexually assaulted plaintiff". But for the last 8 years, Dr. Chao and his attorneys used a series of tricks to stop or dismiss the trial jury in the case. (Index No: 108013/2010).

During the period of August 27, 2009 through on or about March of 2015, Dr. Chao (or and his personal attorneys Mr. Christopher W. Chan, Esq & Mr. Hugh H. Mo, Esq---) **has reported false cases to and sued me** (about "Child Neglect of Abuse or Maltreatment") **to NYC police Department** (at 109th Precinct, 13th Precinct, 5th Precinct, 1st Precinct or and NYS University Police etc) and NYC Administration for Children's Services **(ACS)** or and "New York State Office of Children and Family Services, the New York State Child Abuse and Maltreatment Register" **over 30 times.** As a result of the false reports made by Dr. Chao or and his attorneys, I was taken into custody and detained without cause at the 13th Precinct twice on or about August 26, 2009 and June 12, 2010, at the same time, my daughter Michelle was taken away from my care for ACS----

(e)     Beside, Dr. Chao has also filed charges of aggravated harassment against "Plaintiff Yi Sun" with the police, has called the Department of Social Services complaining about "Plaintiff Yi Sun" and the care she (Yi Sun) has gave to her M███ S██ has called Yi Sun's landlord and interfered with Plaintiff's ability to get her lease renewed, and have otherwise taken some other steps, directly, and through his representatives, including attorneys, to harm "Plaintiff Yi Sun", socially, emotionally and financially and has so harmed her (Yi Sun, me). From January 12, 2013 to November 15, 2013, I had to bring my daughter M███ to live in a shelter in Brooklyn for 10 months.

From May of 2010, through January of 2016, Dr. Chao or and his attorneys used online name-calling and slander (or and defamation, malicious falsehood etc) to hit "Plaintiff Yi Sun" (me). Dr. Chao often insult "Yi Sun" as a "psychopath" (with schizophrenia, Delusional Disorder, Obsessive-compulsive Disorder etc), "bitch", "bastard" . "Paramour" in public place-----Dr. Chao used bad language to calumniate and cheapen "Plaintiff Yi Sun" (me) , the online comments hit me like a ton of bricks.

45

**Explain:** Please see the copy of Yi Sun's 44 pages of Criminal Complaint, which was filed by Yi Sun to the Appeal Court for U.S. Department of Justice on June 26, 2019. (Please refer to the attachment)

---------------------------------------------------------------

**20)** Now I had dwelt upon the Defendants' all wrongdoings from first to last in the ACS case, (Docket No: NN-36672-15; ACS#: 5284236; Has been opened in Manhattan Family Court)

(1)    On or about at 2:00a.m.on March 6, 2015, Friday, the ACS officer wanted to contact with me and came to my apartment after "someone" reported a new cases to ACS (NYC Administration for Children's Services or New York State Office of Children and Family Services, the new York State Child Abuse and Maltreatment Register) about me. But I didn't know the things at the time.

On March 11, 2015 at 11:00a.m, I responded to the ACS caseworker Ms. Nichole Richards after I receive her message. At 5:40p.m on the same day, I fast went to the ACS office, located at 55 West 125th Street, 12th Floor, New York, NY10027; I talked with the supervisor Mr. Jesse Almonte and asked for the investigation on the matter.

(2)    At 3:30p.m on March 13, 2015, Friday, Ms. Nichole Richards (a Child Protective Specialist Division of Child Protection) came to my home and talk with me about my family situation over one hour. After my daughter M███ S█ went home, the ACS worker asked us to the ACS office to see the supervisor with her.

During the talking time at the ACS office, I repeated my protestation of innocence. But the supervisor Mr. Jesse Almonte saw the classic done in my right hand and think it is an evidence about the Domestic Violence. I explain to him about the red spot on the back of my right hand is a sting. However, Mr. Jesse Almonte still thought that the red spot is a wound or injury by my daughter Michelle. For the reason, he told me that M███ can't live in my home with me together, and they want to send the girl to the foster family or to my friend's home in the weekend.

(3)    By the situation, I tried to call my some friends, later, Mr. David Zhang and his wife agree and welcome M███ go to their home to sleep with their daughter Emily Zhang in Elmhurst in the weekend for the three night. And he spoke with the ACS workers about they must sent M███ to his CPA office (located at 70 Bowery Street, Room508, New York, NY 10013) before 10:00p.m.

Or and 7:00p.m, the ACS workers took some paper to me and asked me put my signature here. Mr. Zhang called me and said that I need refuse any signature if I didn't understand the English, he suggest me to call police to ask for help if the ACS workers force me to put my signature here. So, I tried to call 311 or and 911 to ask for help when the ACS workers wanted to take my daughter leave my care in the time. During the waiting time, my daughter told me that she is hungry and need eat food. I talked with the ACS worker. But Ms. Richards said that they didn't have food for M███ at the time.

(4)    Or and 9:52p.m on the same day, Mr. Zhang told me that he would call police to come here for help me in the matter.

On or about 10:25p.m, two cops (P.O. Colon and F.P.O. Hankerson) came to here from 28th Precinct. Facing the police interrogation, the two female ACS workers made derogatory remarks to me, or and disparaging comments about me, and they told cops about I am a crazy woman. Then, they (some ACS workers) forced my daughter to go with them to the foster family, and refused my request to take my daughter's clothing and schoolbag in home. And the two ACS workers told me that they will take my daughter's case in the family court.

(5)    On March 16, 2015 at morning, I came to the ACS office to join the meeting. During the meeting, the workers always tell dirty lies, and they forced me to agree their untrue statement in the matter. They constantly made derogatory remarks to me, or disparaging comments about me. Beside

46

they try to use wheeling and dealing to make me to become a mental disease in the counts eyes. Later, they told me that they will send the case to the court immediately, and I need go to the court to see Judge at this afternoon. (ACS#: 5284236, Unit#:427-2; Child Protective Specialist: Nichole Richards)

(6)     On March 16, 2015 in afternoon, the case opened in the Family Court of the County of New York by Judge: Hon. Richardson, C (Docket No: NN-36672-15/In the Matter of Michelle Sun; A Child Under Eighteen years of Age Alleged to be Neglected by Yi Sun, Respondent) At the first court date, ACS workers requested the Personal Protection Order for 16-years old M███ S██ by the court, but after 30 minutes (at the same time on 3/16/2015), they told Hon. Judge to cancel this request, and would return my daughter M███ S██ to me the next day.

On March 17, 2017 at night, the ACS worker returned my daughter M███ S██ to me. My daughter told me that ACS forced her to talk about my family situation all evening (March 11, 2015, between 6:30p.m to 8:00p.m, and March, 11, 2015, at approximately 11:00p.m to 6:00 a. m of next morning). M███ promised that she didn't make the complaint about her mother.

(7)     I think that I got a series of cruel insult, unfair, prejudice and outrageous false accusation by the irresponsible worker with his/her conscience-shocking. The female worker trumped up various baseless charges against me. So, I request that the Government departments of New York City can investigate the some ACS workers' wrongdoings in the matter. On March 30, 2015, I went to "Letitia James, The Public Advocate for the City of New York" office and made the complaint to Ms. Letitia James, I request that the legal department to find out the truth in the matter. I think that the some ACS workers use their position of power to get personal with the Chinese family. (I believe that the ACS worker was ethically and morally delinquent in her handling of my case. She constantly makes derogatory remarks to me, or disparaging comments about me. And she seems to feel that my pain is her gain. I think that the incompetent worker always uses her position of power to get personal with me, and she often tries to use a face-saving device to protect herself. Beside she is always bad mouthing me or insult to me in public, I cannot bear the thought of it.)

But the office of "The Public Advocate for the City of New York" told me that "all respecting the laws, they have no right to get on my case in the Family Court. They told me to listen or and obey the order, because the local ACS office sent this case to "Family Court of the State of New York, City of New York, County of New York."

(8)     After I made the complaint against the ACS worker Ms. Nichole Richards about her wrongdoings, the "Child Protective Specialist" Ms. Nichole Richards appears to be both vindictive and extortionate. She was always bad-mouthing me to the court, I cannot bear the thought of it. Beside the Child Protective Specialist often look with a resentful eye on me, and she make continual lies to the Family Court Judge.

Ms. Nichole Richards always force me to obey her every order. And she don't believe what Yi Sun (me) has said._____ My daughter Michelle need go to Borough of Manhattan Community college after high school from Monday to Thursday, 2:00pm to 7:00pm, and she always need join "Big brother big sister" in Thursday. But Ms. Richards didn't believe my explanation and she often like come to my home to visit with my daughter on Thursday or and her work time.

On or about May 22, 2015, Thursday, between 7:35PM and 7:55PM, Ms. Nichole Richards and another female worker came to my home, and she told me to see CPC Asian Family Services, located at 165 Eldridge Street, New York, NY 10002 at this Friday afternoon on May 29, 2015. At my home, I showed them the doctor's note about "Michelle Sun has a dental appointment at 3:00PM (for metal braces from 3:00PM to 6:30PM) in Jane Yang Dental P.C.". I took the receipt and explain with them about my daughter have to wear a brace on her teeth, and I would to pay the medical fees.

47

(9)   On or about May 27, 2015, Wednesday afternoon, Ms. Nichole Richards called me and said that she need visit my daughter M████ S██ this Thursday. After her order, I made the message to her at 212-423-0721 about "M████ will return to home from "Big brother big sister" after 7:00PM. But, Ms. Richards didn't believe me and she continue to bother me in these times.

On May 28, 2015, I called 311 to ask for help, and made a new complaint against the ACS case worker about her wrongdoings. I request that her supervisor can help me and the tables have been turned on this difficult situation.

However, after that, the "Child Protective Specialist" or and the local ACS office misunderstood me and think that that "It is an unkind and untrue story harmed the ACS worker's reputation". Someone resolved to avenge the insult on the complainant.

At 7:05p.m on May 28, 2015, Thursday, I returned to the building, located at 10 East 116th Street, New York, NY 10029. The same ACS case worker Ms. Nichole Richards appear to be both anger and vindictive, and she swaggered forward, towering over me, and shouted____ "What is wrong with you acting like that---You are a crazy. I know you like to make a complaint to everybody. Why did you find fault so much? You made trouble for yourself." She said: "Don't stir up a hornet's nest; it's better to let sleeping dogs lie."

Then Ms. Richards took her mobile to call 911, and she reported false cases to and sued me to NYC police department, and said "I am a child protective specialist division of ACS, here have a crazy woman------"(What she said really got under my skin.)

At the time, Ms. Richards created a circus, a humiliation and the embarrassment of all time. She is extremely narcissistic and passively aggressive and controlling as well as abusive. Judging from her behavior, she seems to be the wicked witch of the west_____ I have been at a loss to understand what Ms. Richards intended to do.

(10)   Because Ms. Nichole Richards (Child Protective Specialist) reported a "Child Neglect of Abuse or Maltreatment" emergency case and sued me (Yi Sun) to NYPD. On same day (5/28/2015) at 8:00p.m, two police officers came to my apartment (10 East 116th Street, Apt #3A, New York, NY 10029) from 25th Precinct. Ms. Richards told dirty lies with exaggerated reports to the cops about my "bizarre behavior" and "paranoid schizophrenia" in this time. And she used her position of power to call 911 and ambulance to send Yi Sun to the mental hospital.

At my living-room, the two cops looked round the room a good deal, and at the objects it contained, as well as the Chinese woman, whom, however, they also contemplated freely. They don't believe that "Yi Sun" is an insane person.

The ACS worker (Child Protective Specialist) Ms. Richards trumped up various baseless charges against me (Yi Sun). But the police believe that I am innocent. They told me that I can return to the court to ask for help next day. (I understand it all now: she wanted to have her revenge because I made a complaint against the ACS worker about her wrongdoings. It is guilty to frame a case against someone. As a Child Protective Specialist, Ms. Richards always uses her position of power to get personal with the Chinese single mother, and she make continual lies to the court or and the police. What a poison personality!)

(11)   From March 16, 2015, through August 17, 2016, during the case, I have to obey the local ACS office's every order and did whatever they commanded. I again finished the following total of 21 hours of ten sessions Parenting Workshops provided from April 4, 2015 to June 6, 2015 at CPC's Multi-Social Services Center, local at 165 Eldridge Street, New York, NY 10002; beside I followed the instructions faithfully and often go to many more lectures (Whether I wanted it or not, I had to attend a series of lectures about "Parenting Workshops" or and the knowledge/information of "Child Neglect of Abuse or Maltreatment" etc.)

48

The ACS workers always force me to obey her any order and did whatever she commanded. At 1:55p.m. on April 15, 2015, Wednesday, I came to the local ACS office (located at 55 West 125ᵗʰ Street, 12ᵗʰ Floor, New York, NY) after Ms. Nichole Richards's calling. At the meeting, Ms. Richards told me that I need immediately go to the "Parenting Workshops" classroom by the Judge's order. I saw the "NYC Children's Services Conference attendance sheet", and said that "My daughter M█████ S██ is over 16 years old, Can I didn't go to the lecture about 'Stages of Child Development (0-6 years)/How to Help Children Build Self-esteem' and 'Stages of Child Development (7-12 years)/How to Help Children Build Self-esteem' ?".Ms. Richards refused to listen to my explanation. Later, she reported an untruthful description to the Court.

(12)    At the second times hearing on April 16, 2015 (at 2:30p.m.), Ms. Richards made a statement she knows to be false or does not believe to be true.
For example:  **"According to the subject child, the respondent mother has told the subject child that the respondent mother wished that the subject child was dead, wished that the subject child was never born, and has stated to the subject child, why don't you sell yourself. Furthermore, the subject child stated that the respondent mother tried to burn the subject child's hair after the subject child to cut her hair short because the respondent mother asked the subject child to cut her hair. While the subject child was talking about the incident regarding her fair, the subject child was crying. The subject child also stated that the respondent mother is always hitting the child. According to the subject child, she did not want to attend the conference on or about March 16, 2015, because she did not want to speak about the allegations in front of her mother. Furthermore, the subject child stated that if she were to go home after the conference on or about March 16, 2015, she knew that she was going to be hit again."**------
(I think that the report of "PETITION NEGLECT CASE" was fabricated and completely untrue. The incompetent ACS worker/ Child Protective Specialist Ms. Nichole Richards made a statement she knows to be false or does not believe to be true. A "misrepresentation" is a statement of fact that is untrue. It is guilty to frame a case against someone. )

(13)    After the Child Protective Specialist Ms. Nichole Richards made the misrepresentation (false representation) to the Court on 4/16/2015 at afternoon.  For safety reasons, the Family Court Judge Hon. Richardson is all in favor of the ACS worker's suggestion and ordered that I need see a psychiatrist immediately. The local ACS office has offered to run me (Yi Sun) through my psychiatric evaluation start from April 20, 2015; beside she/he has offered to order me (Yi Sun) to leave the country within the time limit.
        By the order, I immediately went to the "Medical Specialty-Psychiatry" office to see Andrew Chan, M.D. (located at 17 Elizabeth Street, Suite 502, New York, NY 10013). At the times, Dr. Chan has been charged with giving me (Yi Sun) a psychiatric evaluation. Later, Dr. Chan wrote the Psychological assessment to the ACS for the Court.

                                                                Date: 5-23-2015

Ref: Ms. Yi Sun
To Whom It May Concern:
    Ms. Yi Sun was evaluated periodically (by ACS case since 10-15-2009). Ms. Sun has no significant depressive, hypomanic nor manic symptoms. She has no perceptual disorder such as auditory hallucination. She has no delusional thinking. Her association of thought is logical and well organized. She has good insight and sound judgment. She is oriented to time, place and person. Her memory and concentration are normal. She has good impulse control and she is not a danger to self and others.
     Ms. Sun currently has many stressful issues to deal with. She can organize herself and deal with stressful issues rationally. She is now living with her daughter. They have a trusting and loving relationship. I believe Ms. Sun is a good mother, caring, loving and responsible.
                        Yours Sincerely,

                                Andrew Chan M.D.
                                Psychiatrist; Reg. # 178285

The "Medical Specialty-Psychiatry" Dr. Chan believes that I (Yi Sun) am a healthy person and a good mother, caring, loving and responsible. But the ACS workers always forced me to see another psychiatrist, and she/he keep to talk with the psychiatrist and request that the Psychiatrist can give "the respondent mother who has problems with her mental health" medicine for depression. (I have never really understood what makes the ACS worker's tick. To the present day I can't make out what she wants.)

(14)    From October 9, 2015, through August 17, 2016, Mr. Philip Schiffe Esq became my attorney in the case by the court (Docket No: NN-36672-15), but he seem like a very busy lawyer, and he didn't even have 10 minutes to talk with me in the time outside the hearing.

At the 8th hearing on 4/20/2016 at afternoon, the local ACS case worker (Child Protective Specialist) Ms. Nichole Richards went to the witness stand, between 3:30p.m.and 4:10p.m.Ms. Nichole Richards always saw and read the court papers or and the indictment at the hearing. On March 16, 2015, the ACS case worker handed up the indictment to the Family Court, and her indictment against me (the Respondent mother Yi Sun) about the child abuse. However, she testified that she had not seen any action of the indictment.

During the hearing, when my attorney Mr. Schiffe asked pointed questions concerning the truthfulness of this indictment, the ACS caseworker was fairly at a loss for a reply, and often said that she forgot these things, it won't come back to her.

(15)    At the scheduled 11th hearing date (last trial/Fact-finding Hearing or and Dispositional Hearing) on August 17, 2016, Wednesday, between 2:40 p.m. and 3:34p.m. The Law Guardian Ms. Heather J. Saslovsky, Esq still rake up old matters of the old case (Docket No: NN-12177-07; closed by Queens Family Court on 2010).The Law Guardian repeated the old fiction and she wanted to rake over old ashes that I had the "Child Neglect of 'Abuse or Maltreatment' case on 2007.

During the Fact-finding Hearing or and Dispositional Hearing, the attorney (the Law Guardian Ms. Heather J. Saslovsky, Esq) uses her position of power to get personal with me with her outrageous insult to me (the respondent mother). She always used a series of caricature and sensational questions to show Judge a fact that my statement is tantamount to a confession of guilt.
(However, from March 13, 2015, through August 17, 2016, during the current case, the local ACS office didn't have any evidence about my "Child Neglect" of "Abuse or Maltreatment", but they concocted false testimony against me, and try to accuse me for a crime I didn't commit—— )

(16)    The last straw came when the ACS case worker (Child Protective Specialist Division of Child Protection. NYC Administration for Children's Services) and the attorney spoke to the Family Court Judge Mr. Richardson with exaggerated story, I almost lost my cool and sad when she uses her position of power to get personal with me by her conscience-shocking, and she insult me as a bad mother and a crazy woman in public. Her wrongdoings curled my hair. (A good and qualified lawyer should not be considered loose cannon, but the Law Guardian try to make the innocent mother as the target of ridicule in public.) I swear I want to uncover her despicable action & the intentions hidden her mask of "mover and shaker" of the child's case Law Guardian. So, I went to "Supreme Court, Appellate Division; First Judicial Department; Departmental Disciplinary Committee" and made a complaint against the bad attorney Ms. Heather J. Saslovsky, Esq's wrongdoings.

(17)    At the scheduled "final hearing" date on November 16, 2016 at 2:00pm, the Manhattan Family Court Judge (Mr. Clark V. Richardson) listen to the Law Guardian (Ms. Heather J. Saslovsky, Esq)'s suggest and want to start "renew the case" again. He told everybody to return the court on January 18, 2017 at 2:00pm.

5 D

(18)    On February 3, 2017, the Law Guardian (Ms. Heather J. Saslovsky, Esq) sent a new motion to the court, and she filed a misrepresentation about "M▮▮▮ would like leave from her mother". Then, the judge (Hon. Clark V. Richardson) made a new order/decision, the 17.92328 years girl M▮▮▮ S▮ was taken away from my care for forest family in his order on the same day.

During the time, nobody tell me anything in the matter. I don't understand why the judge Hon. Clark V. Richardson used "under-the-table" to send my daughter M▮▮▮ to the foster family in secret until after two years and more I found the direct evidences and material facts, which was the Law Guardian (Ms. Heather J. Saslovsky, Esq) always tried to entice the girl M▮▮▮ S▮ away from its home and the attorney always told my daughter a misrepresentation about "I fought for your mother to have a full mental health evaluation ---she would hit you" and "Do you want out of there? If so just give me permission to share this and I can get you out today."(by June 29, 2015 at 10:07am) and the attorbney always teach my daughter to stay in foster care, so that "get a college program if you become a foster child." See the note below. (xplanation 6)

My daughter many more told her attorney about "I wanted to stay with my mom because she's my biological mom." (by October 12, 2016 at 11:30 PM). But Ms. Saslovsky, Esq reply to my daughter about "You indicated on your FAFSA that you are an orphan, ward of court or have been in foster care. If at any time since you turned age 13;----".

(19)    On February 3, 2017 at evening, Friday, I tried to call my daughter M▮▮▮'s phone more times and again, I didn't know where M▮▮▮ at the time. Later, I tried to contact with ACS workers, but nobody tell me anything.

At 11:10a.m on February 4, 2017, Saturday, my daughter M▮▮▮ called me back and said, the Law Guardian and the ACS worker cheat her into the belief that "If you go to the Foster care some weeks, you can get the government financial assistance to pay your all university tuition fees." M▮▮▮ said that she agreed to go to "Forestdale Inc" (67-35 112ᵗʰ Street, Forest Hills, NY 11374) on February 3, 2017, because her attorney (Law Guardian Ms. Heather J. Saslovsky) and the ACS worker deluded her with empty promises. They told my daughter that "You will free go to the college if you become a foster child (institution-reared child)."

During the current case, from June 29, 2015 at 10:07am to April 25, 2017, the bad attorney sent many more e-mail (about 259 times E-mail) to my daughter. The Shyster attorney (Law Guardian Ms. Heather J. Saslovsky) always made bad blood between my daughter M▮▮▮ and me. See the note below. I xplanation 7)

AND the attorney always tried to entice the girl M▮▮▮ S▮ away from her mother and live with Li Da Sun or and his young brother Li Yao Sun, Ms. Saslovsky told my daughter about "Mr. Sun came in to meet with me. He (Li Da Sun) was calm, respectful, logical and appropriate."

(20).   Now I have direct evidences and material facts to believe that this is a Chandler and Frame up against the innocent victim in the ACS case, which was the AFC and the ACS (c/w) and the Law Guardian (Ms. Heather Saslovsky, Esq, attorney for the child) has an ace up her/their sleeve and has bribed a witness to give false testimony, or something like that: the woman/women is known for her/their pettifoggery et al. I think that my opponents asserted that "the litigant is mental illness----" is a misrepresentation under their moral turpitude or, and the opposing party would shuffle out of responsibility in the case; their groundless accusation is made with ulterior motives.

I stoutly denied that Yi Sun is suffering from severe mental disorder, e. g Schizophrenia or and other psychotic disorders. During the ACS cases over ten years, the three Psychiatrists (Medical Specialty-Psychiatry) believe that I (Yi Sun) am a healthy person and a good mother,

5 |

caring, loving and responsible (Ms. Sun has no significant depressive, hypomanic nor manic symptoms. She has
no perceptual disorder such as auditory hallucination. She has no delusional thinking. Her association of thought is
logical and well organized. She has good insight and sound judgment. She is oriented to time, place and person. Her
memory and concentration are normal. She has good impulse control and she is not a danger to self and others.)
Although I am suffering from 'Post Traumatic Stress Disorders' after I got multiple rape cases in
past, and current I often had/have been battling "PTSD" (Post Traumatic Stress Disorders) under a
helpless and very difficult situation. But I believe that Yi Sun was/is a very manly woman of
strong mind and great resolution, she is a determined woman, once she determines to do
something, she will do it well.
        Please see the Psychiatric evaluations & Forensic mental accreditation', which was by the
Medical Specialty-Psychiatry on August 4, 2019.  (Please refer to the attachment)


**FOUR     Request for A 'Due process'** (with "procedural due process" and "Substantive due process") **and
'An unbiased tribunal' in the case in further**

**21)**    It is common for police officers to shield each other from punishment, but the phenomenon
reaches an extreme in New York Police Department, especially Manhattan Special Victim Squad.
I would you know that the way of Seeking Justice is how difficult to the helpless victim.
And I felt that this time the lawsuit would be long and hard and unrelenting . My courage was
severely tried by my ordeal.

(1)      I feared to touch on distressing memories. In the past years, during the times of ACS cases,
some bad policemen raped me and extorted sex and money from me in order for me to stay out of
jail and keep my child M█████ when another rapist reported false cases to and sued me to ACS
(New York City Administration for Children's Services) and NYPD (New York City Police Department) for more
times. After that, for the last oven ten years, I am currently still suffering from physical pain,
difficult in sleep, having flash-backs, intrusive thoughts etc. These symptoms are consistent with
Post Traumatic Stress Disorders (**PTSD**) and let me sad and I feel that my day-in and day-out
misery comes from these bad men and I feel the loss of enjoyment of life. Nothing could ever
undo the wrong or cure the pain that these bad persons (especially these habitual sex offenders) had
inflicted on me.

        At the time, tears streamed down my checks as I recounted my unhappy experience again.
I have problems controlling my sad and anger. Nobody understand that the victim Yi Sun's
difficult situation under a fearful life after the victim of repeated sexual assault was beaten and
tortured in mind by these rapists. I was a holy woman, innocent and chaste, but after I was got
sexual assault and sexual abuse by these bad men (include the Defendant Tsai Chung Chao, M.D and six
NYPD policemen). The scandal distressed me under a long-term 'rape trauma syndrome'.
        My broken heart with one regret: that these privileged rapists who inflicted so much
psychological and physical abuse on me never get life in prison, and these rapists even never take
into custody under an abominable crime by Police at these times. So far the Police or and DA
never decide to charge these habitual sex offender(s) as a habitual criminal or serial rapist.
Conversely, the victim of repeated sexual assault (Yi Sun, Plaintiff) was bullied, insulted, harassed
by these privileged rapists or and their attorneys & friends under a series of unreasonable
punishment after the rape victim tried to file a complaint against them.

(2)      On April of 2018, I would make a police complaint again after I knew "Me Too" and
"The Call Is Yours" through the media. I think that it is time for me to step up and be a

52

responsible witness with a brave heart. I must stand up for the rights of me and other victims. I must try to uncover these bad policemen and the bad top medical specialist/daze rapist etc criminal fact hidden behind his/their mask of authority.

At 6 pm on May 7, 2018, I went to 44 Precinct in Bronx to make a complaint report. But 44th Precinct drove me to 'Manhattan Special Victim Squad' to see Det. Maddy Acevedo in the same night. Immediately, my case again was canceled or and closed by the female police detective at the Special Victim Squad in Manhattan. Det.Maddy Acevedo or and the Detective squad refused to take the most important material evidence from me to the 'District Attorney's Office.

On or about June 4, 2018, Monday, I went to "1 Police Place" to get a copy of complaint report, then I saw that the NYPD complaint report had many inaccurate information in my case made by Det. Maddy Acevedo at "Manhattan Special Victim Squad". What is/was surprising is that the complaint report never write the suspect-habitual sex offender (Tsai Chung Chao)'s misconduct include sexual assault & sexual abuse, etc. I marvelled how such scenes could have been, because I once gave her 5 pages of "My sworn testimony" on May 8, 2018, and I sent/Fax 4 pages of my testimony to "Manhattan Special Victim Squad" for Det. Acevedo on May 14, 2018.

But later I understand that Det. Maddy Acevedo <u>knowingly wrote the misrepresentation</u> in the report!She don't want to arrest the raper.
(I believe that Det. Acevedo of "Special Victims Squad Manhattan" always used her position of power to protective the bad medical specialist/daze rapist Dr. Tsai Chung Chao, because Dr. Tsai Chung Chao M.D's personal attorney Mr. Hugh H. Mo, Esq is a senior government official.)

(3)     On October 3, 2018 at morning, I tried to contact with New York City Department of Investigation, and request for a Special Investigation to review these bad cops' wrongdoings include "Violation of human rights; Sexual assault; Sexual abuse etc" in my cases.
However, when I went home at 7:15pm on October 3, 2018, the lieutenant Mr. Morang from 'Manhattan Special Victim Squad' called me and reprimanded me severely. He asked me to told him that why I filed a complaint against Det. Acevedo? In the phone, Lt. Morang strongly denounced my action when I told him about I would make a complaint against these bad cops to NYC Department of Investigation, New York State Attorney General or and U.S. Department of Justice about these bad cops' wrongdoings include "Violation of human rights; Sexual assault; Sexual abuse; Makin false statements; Official Misconduct, Conspiracy, Obstruction, Crime of concealing the criminal, Conspiracy to perform official misconduct, Hindering prosecution, Conspiracy to obstruct justice, Bribery etc.

After the police lieutenant used his position of power to get personal to me on 10/3/2018, I vowed to file a law suit against these dirty bad cops to the Federal Court soon. Nothing could ever undo the wrong, hurt or cure the pain that these bad cops had inflict on me.
On November 26, 2018, I first time filed a lawsuit against New York City Police Department et al in 'United States District Court, Southern District of New York'.
(see attachments: Yi Sun v. New York City Police department;   Civil Action No: 18CV11002)

## 22)   A soul seared by injustice in the Court
(1)     All persons should be treated with justice. Both state and federal laws safeguard the Plaintiff/Defendant/litigant's rights under the Fourth, Fifth, Sixth, Seventh, Eighth and Fourteenth Amendments to the United States Constitution. Especially 'Fourteenth Amendment to the United States Constitution' says that no person can be forced to denial of justice et al. I am the Plaintiff pro se in the current case at the Court. I should be present the evidences and Requirement that the tribunal prepare a record of the evidence presented. **And I should be to request for a 'Due process'**

5 3

(with "procedural due process" and "Substantive due process") and 'An unbiased tribunal'. The rights by law include: 1, an unbiased tribunal; 2, Notice of the proposed action and the grounds asserted for it; 3, Opportunity to present reasons why the proposed action should not be taken; 4, the right to present evidence, including the right to call witnesses; 5, the right to know opposing evidence; 6, the right to cross-examine adverse witnesses; 7, A decision based exclusively on the evidence presented; 8, Opportunity to be represented by counsel; 9. Requirement that the tribunal prepare a record of the evidence presented. 10, Requirement that the tribunal prepare written findings of fact and reasons for its decision.

(2)     I would get the Justice through the lawsuit in the Federal Court or the Supreme Court of the State of New York.
        Now I request for Justice in the New York Supreme Court.

        I stoutly denied that I am suffering from severe mental disorder, e. g Schizophrenia or and other psychotic disorders. And I believe that Yi Sun was/is a determined woman, once she determines to do something, she will do it well. I think that my opponents asserted that "the litigant is mental illness----" is a misrepresentation under their moral turpitude or, and the opposing party would shuffle out of responsibility in the case; their groundless accusation is made with ulterior motives.

        In the ACS cases, the three Psychiatrists (Medical Specialty-Psychiatry) believe that I (Yi Sun) am a healthy person and a good mother, caring, loving and responsible (Ms. Sun has no significant depressive, hypomanic nor manic symptoms. She has no perceptual disorder such as auditory hallucination. She has no delusional thinking. Her association of thought is logical and well organized. She has good insight and sound judgment. She is oriented to time, place and person. Her memory and concentration are normal. She has good impulse control and she is not a danger to self and others.).

## FIVE     Yi Sun Request for JUSTICE and help in the case

23)     I believe that the U.S. government takes honesty and trust very seriously. They (U.S. Department of Justice and "United States Senate committee on the Judiciary"et al) have reposed trust in the judicial power, which, in order that it might be trustworthy; they have made as respectable, as disinterested, and as independent as was practicable. In the application of the law all party or and persons are deemed as equals.  No one is above the law.
        I believe that "In a just society there must be a system whereby people (innocent victims) can seek redress through the Courts". My cause is just, and it continues. "What I require is, that justice be done."

        This current stigma despite me doing my best is wrong and must be reversed.  Nothing could ever undo the wrong, hurt or cure the pain that these bad persons  had inflict on me (the victim SunYi). I respectfully request that Honorable  Judge(s) or and U.S Department of Justice et al can watch on all this and  justice for the innocent victim and help Yi Sun to get out this dilemma in the cases.
        Our Court mustn't wrong innocent people.

        **SIX     Set forth sufficient facts so that the merits of my contention can be ascertained, and why I believe I have a good chance of success on appeal:**

        Yi Sun, the Petitioner-Appellant, being duly sworn, deposes and says:

54

(1)     I firmly believe that the U.S. government takes honesty and trust very seriously. No one is above the law. Laws suppose to protect every innocent persons, not sacrifice us. All corruptionists must be thoroughly investigated and punished without leniency.

Never in my life have I heard such sheer legal cynicism, such a cold-blooded and calculated attempt to bedevil and evade the law in my life. In the case(s), those shysters who knowingly tried to do 'a series of crime-ridden pettifoggery and shuffle out responsibility' should be punished severely. Misrepresentation should be punished severely by the law. If thou injurest conscience, it will have its revenge on thee.

All persons should be treated with justice. I am determined that the innocent helpless woman shall have a fair hearing in these cases.

(2)     **Amendment to the constitution of the USA, which says that no person can be forced to give evidence which may incriminate himself/herself. However, ACS forced me to agree their untrue statement in the case.**

Your Honor, I want to bring to your attention how unfair it is for the innocent single mother Yi Sun to be accused of abuser. I am the mother of M███████S██ age 20, who I raised as a single parent, and who graduated high school with the highest honors. (Michelle Sun had a grade A average and graduation as **"Valedictorian"** of her 2017 graduating class with a cumulative average of 99.53% and New York City Department of Education **GPA Transcript of 4.0**; now M██████is a sophomore and a straight-A student in Hamilton College.) M█████S██s my only child. I love my daughter with my all feeling and heart, and we have a trusting and loving relationship. Because someone again called 'New York State Central Register of Child Abuse and Maltreatment' and has reported false cases to and sued me on or about March of 2015, ACS forced me to admit the misrepresentation then sent me to see the Family Court Judge in the same day on March 16, 2015.

During my case at Manhattan Family Court, the AFC and the ACS (c/w) made a series of misrepresentation in the hearing on April 25, 2017. Without corroborating proof. Their untrue statements are lies that have been invented for the purpose of creating in me a feeling of resignation to the difficulties of my condition. However, it was wrong to frame a case against me.

**E.g. 1,** Because of a complaint about me, on March 16, 2015 at morning, I came to the ACS office to visit with the case workers. During the meeting, the workers always tell dirty lies, and they forced me to agree their untrue statement in the matter. They constantly made derogatory remarks to me, or disparaging comments about me. Beside they try to use wheeling and dealing to make me to become a mental disease in the counts eyes. Later, they told me that they will send the case to the court immediately, and I need go to the court to see Judge at this afternoon. (ACS#: 5284236, Unit#:427-2; Child Protective Specialist: Nichole Richards).

**E.g. 2,** At the second time hearing at Manhattan Family Court on April 16, 2015 at 2:30p.m, the child protective specialist Ms. Nichole Richards made a statement she knows to be false or does not believe to be true. A "misrepresentation" is a statement of fact that is untrue. It is guilty to frame a case against someone.

Their untrue statements are lies that have been invented for the purpose of creating in me a feeling of resignation to the difficulties of my condition. However, it was wrong to frame a case against me.

**E.g. 3,** During the case over four years and four months, especially from March 13, 2015, through February 2, 2017, the Law Guardian (Ms. Heather J. Saslovsky, Esq) always tried to entice the child away from its home by her mother's care; beside the bad attorney always sets up the

"Respondent-Mother Yi Sun" in the last ACS case of "Child Neglect" of "Abuse or Maltreatment". They (Ms. Heather J. Saslovsky, Esq & Ms. Nichole Richards, Ms. Katrina Guerrero) made a statement she knows to be false or does not believe to be true.

**For example:** "According to the subject child, the respondent mother has told the subject child that the respondent mother wished that the subject child was dead, wished that the subject child was never born, and has stated to the subject child, why don't you sell yourself. Furthermore, the subject child stated that the respondent mother tried to burn the subject child's hair after the subject child to cut her hair short because the respondent mother asked the subject child to cut her hair. While the subject child was talking about the incident regarding her hair, the subject child was crying. The subject child also stated that the respondent mother is always hitting the child. According to the subject child, she did not want to attend the conference on or about March 16, 2015, because she did not want to speak about the allegations in front of her mother. Furthermore, the subject child stated that if she were to go home after the conference on or about March 16, 2015, she knew that she was going to be hit again."-------

(I think that the report of "PETITION NEGLECT CASE" was fabricated and completely untrue. The incompetent ACS worker/Child Protective Specialist Ms. Nichole Richards made a statement she knows to be false or does not believe to be true. A "misrepresentation" is a statement of fact that is untrue. It is guilty to frame a case against someone.)

### (3)   By the law, it is guilty to frame a case against someone. All persons should be treated with justice

Venal judges are a disgrace to a country. All persons should be treated with justice. A judge must be sharp-eyed, clear-hearted and just. A judge should never wink at any law-breaking. The powers of a judge are defined by law; to solicit a judge means to offer her/him bribes. Now I have direct evidences and material facts or and reasonable doubts to believe that the Family Court Judge (Honorable Clark Richardson, J.F.C.) always stands up other party especially the Law Guardian (Heather Saslovsky, Esq) et al and punishes the helpless "Respondent mother Yi Sun" under an unreasonable punishment. The other party (perpetrators Li Da Sun) tried to bribe to the Judge though the Law Guardian (Heather Saslovsky, Esq):

Heather Saslovsky, Esq is the attorney (the Law Guardian) for the Child in the ACS case. She is the first ringleader in the serious judicial fraud in the matter.

As a pragmatist, any lawyer (attorney or and justice) does everything in a mater-of-fact manner. A person with good character will by no means tell lies. A competent lawyer should never deliver a slap in the fact. Unfortunately, the "Law Guardian" (Ms. Heather J. Saslovsky, Esq) always makes continual lies and caricature to the court (Manhattan Family Court). Beside, she filed a series of false motions (with an unkind and untrue story harmed her client Michelle Sun and Michelle's mother Yi Sun) to the judge (Hon. Clark V. Richardson). It is guilty to frame a case against someone. **(Please find enclosed)**

During my case at Manhattan Family Court, the AFC and the ACS (c/w) made a series of misrepresentation in the hearing on April 25, 2017. Without corroborating proof. Their untrue statements are lies that have been invented for the purpose of creating in me a feeling of resignation to the difficulties of my condition. However, it was wrong to frame a case against me. This current stigma despite me doing my best is wrong and must be reversed. Our Court mustn't wrong innocent people and palliative enemies.

I once asked that this Family Court reverse this case of Neglect found by the Honorable Clark Richardson, J.F.C. (Docket No: NN-36672-15, ACS#: 5284236), But the Family Court Judge didn't give me change to show my evidence(s) to the Court, and took my daughter to Forester Care on February 3, 2017, which was 4 weeks before my daughter M███ S██ s 18 years-old Birthday.

56

Later, during the period of February 4, 2017 through on or about June 27, 2017, my 18 year old daughter M███ S█ told me that the Law Guardian Ms. Heather J. Saslovsky, Esq and the ACS worker told her that "If you go to Foster care some weeks, you can get the government financial assistance to pay your all university tuition fees." Michelle said that she agreed to go to "Forestdale Inc", her attorney (Law Guardian Ms. Heather J. Saslovsky), and the ACS worker told her that "You will free go to the college if you become a foster child."

At the last hearing on April 25, 2017, the bad attorney and her friend first time report to the court about the unspeakable abuse by me---I don't believe that the bad woman made a perjury or and "Making false statement" to the court. I angrily asserted that I had been set up, but the judge (Hon. Clark V. Richardson) refused me to speak anything in the court.

I was/am so sad because of an unkind and untrue story harmed my reputation. The bad attorney (The Law Guardian Ms. Heather J. Saslovsky, Esq), or and her friend's untrue statements are lies that have been invented for the purpose of creating in me a feeling of resignation to the evils of my condition. However, it is guilty to frame a case against someone. I think that the bad woman is of a character so infamous that she will stick at no falsehood, or hesitate at no crime, to attain her ends. But the Family court Judge (Hon. Clark V. Richardson) trust her and her perjury, and he refused me to speak with anything in the court.

It was a shocking abdication of responsible.

**(4)    By the law, a judge should avoid prejudice, misuse of his/her function and neglect of law in performing his duties. A judge should be disinterested toward his/her every client when making a decision. Controversial things should be thought over before a decision is made. One face may not be enough to prove something.**

However, the Judge (Hon. Clark V. Richardson) always used his power to seek personal gains and showing no remorse.

Between March 7, 2015 and on or about February 2, 2017, During the case two years and 2 months, my daughter M███ lived with me at the 2 bedroom apartment, located at 10 East 116th Street, Apt#3A, New York, NY10029. However, after the female attorney (the Law Guardian Ms. Heather J. Saslovsky) filed a Motion on or about February 2, 2017, and he knew my complaint about him, the same judge immediately ordered an unjustifiable decision about "Arrange the girl to be taken care of by foster family." On the same day, by the ACS worker place my 17.92328 years old daughter M███ S█ in a forest family in secret.

I don't understand why the Judge used "under-the-table" to send my daughter M███ to the foster family in secret?

On February 3, 2017 at evening, Friday, I tried to call my daughter M████s phone more times and again, I didn't know where was my daughter at the time. Later, I tried to ACS workers, but nobody tell me anything.

At 11:10a.m on February 4, 2017, Saturday, my daughter M████ called me back and said, the Law Guardian and the ACS worker cheat her into the belief that "If you go to the Foster care some weeks, you can get the government financial assistance to pay your all university tuition fees." M████ said that she agreed to go to "Forestdale Inc" (67-35 112th Street, Forest Hills, NY 11374) on February 3, 2017, because her attorney (Law Guardian Ms. Heather J. Saslovsky) and the ACS worker deluded her with empty promises. They told my daughter that "You will free go to the college if you become a foster child (institution-reared child)."

(6)   "**Forced psychiatric treatment**" or and "**Compulsory mental health treatment**" is/was an unconstitutional vindictive punishment after Yi Sun made a complaint against the Family Court Judge's wrongdoings to State of New York Commission on Judicial Conduct

By the law, all persons should be treated with justice. To shield the unlawful act of the parties concerned or absolve them from criminal liability. To intervence in court proceedings, shield your unlawful act, absolve you from sentences beyond the laws and regulations of the receiving state. However, the judge (Hon. Clark V. Richardson) always stand up for the female attorney (Ms. Heather J. Saslovsky), the judge was defending her wrongdoings even serious crimes with "**Making false statement, Perjury, Frame up---**" et al:
the more serious crimes (felony) is: Serious Judicial Fraud, collusion, frame up, fabrication, misrepresentation, twist; suborn perjury, tampering with evidence; fabricate an evidence; trump up an excuse, trump up charges; frame a case against the innocent rape victim; and accuses an innocent person for a crime the litigant didn't commit; Forced the innocent person to "self incrimination" in a case; "sale of a child"; Abuse office; Acceptance of bribes etc.)

As a Judge of the Family Court, a certain kind of scientific candour is a very important quality. However, after the female attorney (The Law Guardian Ms. Heather J. Saslovsky, Esq) filed a Motion and asserted that "the Respondent-Mother is mental illness----", I obey the judge's Order to see a psychiatric at "Medical Specialty-Psychiatry" office in Chinatown (located at 17 Elizabeth Street, Suite 502, New York, NY 10013).

At the times, Dr. Andrew Chan has been charged with giving me (Yi Sun) a psychiatric evaluation. Later, Dr. Andrew Chan wrote the Psychological assessment to the local ACS office for the court (Manhattan Family Court).

Date: 5-23-2015       Ref: Ms. Yi Sun

To Whom It May Concern:

Ms. Yi Sun was evaluated periodically (by ACS case since 10-15-2009). Ms. Sun has no significant depressive, hypomanic nor manic symptoms. She has no perceptual disorder such as auditory hallucination. She has no delusional thinking. Her association of thought is logical and well organized. She has good insight and sound judgment. She is oriented to time, place and person. Her memory and concentration are normal. She has good impulse control and she is not a danger to self and others.

Ms. Sun currently has many stressful issues to deal with. She can organize herself and deal with stressful issues rationally. She is now living with her daughter. They have a trusting and loving relationship. I believe Ms. Sun is a good mother, caring, loving and responsible.

Yours Sincerely,

Andrew Chan M.D.

Psychiatrist

Reg. # 178285

The Psychiatrist Dr. Chan believe me (Yi Sun) is a good mother, caring, loving and responsible, but the female attorney (The Law Guardian Ms. Heather J. Saslovsky, Esq) told the Judge about "the mother Yi Sun have a full mental health evaluation----"

Beside the bad attorney keep to send many more emails to my daughter M███ and wrote: "I portray your mom hurts you in some ways. ----I fought for her to have a full mental health evaluation which she did not want. -----I portray your mom hurts you in some ways. ----"

**(Please find enclosed)**

Because of the Law Guardian (Ms. Heather J. Saslovsky, Esq)'s Motion with an untrue statements under her/their sleeve and has bribed a witness to give false testimony (It is a

*58*

misrepresentation under their moral turpitude or, and the opposing party would shuffle out of responsibility in the case; their groundless accusation is made with ulterior motives.) I was "forced psychiatric treatment" (compulsory mental health treatment) by the Family Court Judge (Hon. Clark V. Richardson)'s Order on or about January 18, 2017 at the scheduled 13th hearing date.

(7)   **"Trial by Default" in the last two years in the ACS case**
        By the law, A Plaintiff or Defendant should be have "Due process", I have the right to present evidence, including the right to call witnesses; I have the right to request for requirement that the tribunal prepare a record of the evidence presented. However, during the ACS case in the Manhattan Family Court for the last 4 years and more, I was astonished that I found no fair play.
        Especially, between April 9, 2017 to current, in the last two 27 months, I do/did not know any informant about my case, which is "N or X" times of "trial of hearing(s) by default" at the Family Court in the same ACS case.

        After I was "forced psychiatric treatment" (compulsory mental health treatment) by the Family Court Judge (Hon. Clark V. Richardson)'s Order at the scheduled 13th hearing date on January 18, 2017. I would petition the court in Appeal. But, the Judge's Order and the other Party attorneys' untrue statements are lies that have been invented for the purpose of creating in me a feeling of resignation to the difficulties of my condition.
        In my eyes, mental illness is by its nature very complex; memory is often faulty among the mentally ill, they are the poor forlorn and vulnerable group at the bottom. The loopholes in the country's current system of compulsory mental health treatment are at risk of forcing healthy people into psychiatric hospitals. If someone (ax-grinderaxe-grinder) would use the loopholes of law in the case, it is a punishment and personal abuse of the worst kind. It's an abominable crime.

        Between April 8, 2017 and on June 28, 2019, I do/did not know any informant about my case, which is "N or X" times of "trial of hearing(s) by default" at the Family Court in the same ACS case, until I returned to the 'Clerk of the Court' on June 28, 2019 and the last time on July 26, 2019.

(8)      I believe that "forced psychiatric treatment" & "compulsory mental health treatment" which is an unconstitutional vindictive punishment by the Family Court Judge's Order after Yi Sun made a complaint against the Family Court Judge's wrongdoings to 'State of New York Commission on Judicial Conduct' on or about May 3, 2017.
        Nowadays, my daughter M███ S██ is a 20 years old junior in Hamilton College, but she still is a "foster child" (institution-reared child) by the same Family Court Judge Honorable Clark Richardson, J.F.C.'s Order in the ACS case (Docket No: NN-36672-15, ACS#: 5284236).
        Between April 9, 2017 to current, in the last two years and 7 months, I do/did not know any informant (from the Court, ACS, "Forestdale Inc" or and the attorney by the Family Court Judge) about my case, which is "N or X" times of "trial of hearing(s) by default" at the Family Court in the same ACS case. Nobody tell me any information about the case, until I would file a Petition to the Family Court on June 28, 2019 and the last time on July 26, 2019.

(9)   Request for a 'Due process' and 'An unbiased tribunal' in my original case.
        These NYPD IAB complaint report is the material evidence and the direct evidence to show the material fact about the helpless victim who get sexual assault and sexual abuse by the six policemen in the past years, and NYPD IAB complaint reports is the "living testament" of "Gross violations of human rights" to show the fact. However, the SDNY Judge knowingly objected the victim (Plaintiff Yi Sun pro se) to get the material evidence.

𝟧𝟫

This current stigma despite me doing my best is wrong and must be reversed.

10. As required by Supreme Court Rule 33.1(h) I certify that the petition for a writ of certiorari contains 48 words, excluding the parts of the petition that are exempted by Supreme Court Rule 33.1(d). I declare under penalty of perjury that the foregoing is true and correct.

This is a misrepresentation of "Abuse or Maltreatment" on my current ACS case in the Manhattan Family Court (Docket No: NN-36672-15). And I think that my opponents asserted that "the Respondent Mother is mental illness----" is a misrepresentation under their moral turpitude or and the opposing party would shuffle out of responsibility in the case; their groundless accusation is made with ulterior motives. This current stigma despite me doing my best is wrong and must be reversed. (The first of all laws is to respect the laws. All persons should be treated with justice. Our Court mustn't wrong innocent people and palliative enemies. ) For the last four years and half, during the last ACS case, I continuously filed petition(s) to the Court(s) and I would have an Administrative Judge or Appeal Judge(s) for a thorough and comprehensive review of my ACS case, it was my fervent wish. I would simply plead innocent. Yi Sun (me) prove that it is pure that herself is. However, I have no way of handling to do this thing until I found the direct evidences last month on June. I was wrongly accused.  I request for an Emergency special hearing to show the direct evidences to the Court by an Administrative Judge about the chandler or and Frame up in the case.

11. Now I have direct evidences and material facts to believe that this is a Chandler and Frame up against the innocent victim in the ACS case, which was the AFC and the ACS (c/w) and the Law Guardian (Ms. Heather Saslovsky, Esq, attorney for the child) has an ace up her/their sleeve and has bribed a witness to give false testimony, or something like that: the woman/women is known for her/their pettifoggery et al. I think that my opponents asserted that "the litigant is mental illness----" is a misrepresentation under their moral turpitude or, and the opposing party would shuffle out of responsibility in the case; their groundless accusation is made with ulterior motives.
**Explain:** On July 24, 2019, I filed a Petition to the Federal Court and Motion for 'Psychiatric evaluations & Forensic mental accreditation' under 'Expert psychiatric testimony', after my Motion was denied by Honorable Federal Judge's Order in the case (Case No: 18-cv-11002). On August 4, 2019, I returned to see the Psychiatrists (Medical Specialty-Psychiatry) and got a new medical report. The Psychiatrist's documents proved Yi Sun is not mental illness. (Please see the copy of Yi Sun's medical report by the Psychiatrists, Exhibit E)

12. I (Yi Sun) stoutly denied that Yi Sun is suffering from severe mental disorder, e. g Schizophrenia or other psychotic disorders. During the ACS cases over ten years, the three Psychiatrists (Medical Specialty-Psychiatry) believe that I (Yi Sun) am a healthy person and a good mother, caring, loving and responsible (Ms. Sun has no significant depressive, hypomanic nor manic symptoms. She has no perceptual disorder such as auditory hallucination. She has no delusional thinking. Her association of thought is logical and well organized. She has good insight and sound judgment. She is oriented to time, place and person. Her memory and concentration are normal. She has good impulse control and she is not a danger to self and others.)
**(Please see the copy of Yi Sun's medical report by the Psychiatrists, Exhibit A or and Exhibit E)**
Although I am suffering from 'Post Traumatic Stress Disorders' after I got multiple rape cases in past, and current I often had/have been battling "PTSD" (Post Traumatic Stress Disorders) under a helpless and very difficult situation. But I believe that Yi Sun was/is a very manly woman of strong mind and great resolution, she is a determined woman, once she determines to do something, she will do it well.

60

13. Current I have direct evidences and material facts or and reasonable doubts to believe that the Family Court Judge (Hon. Clark Richardson, J.F.C.) always stands up other party especially the Law Guardian (Heather Saslovsky, Esq) et al and punishes the helpless "Respondent mother Yi Sun" under an unreasonable punishment. I even was declared "legal insane" in rigged trial ("Fact-finding hearing"/"Dispositional Hearing" on May 7, 2017) and I was "forced psychiatric treatment" or and "forced see Psychiatrist" by the Family Court Judge's Order; And because of the reason, the Judge awarded Forest Care custody of the 17.92328 years "child" from my care on February 3, 2017, which was was 4 weeks before my daughter M███████S███s 18 years-old Birthday.

Now I have direct evidences and material facts or and reasonable doubts to believe that the other party (perpetrators Li Da Sun) tried to bribe to the Judge though the Law Guardian (Heather Saslovsky, Esq); who is the attorney (the Law Guardian) for the Child in the ACS case. She is the first ringleader in the serious judicial fraud in the matter.

## STATEMENT OF THE CASE
### About the ACS case

Re: Request for a Special Hearing to review my two cases of Child Neglect of "Abuse or Maltreatment"
Request ID: 29387070 (by Statewide Central Register, Division of Child Welfare and Community Services)
Case ID: 26061107; Intake Stage ID: 30076248
    Docket No: NN-36672-15 (Has been opened in Manhattan Family Court)
    Docket No: NN-12177-07 (Closed by Queens Family Court on 2010)

Your Honor, I want to bring to your attention how unfair it is for the innocent single mother Yi Sun to be accused of abuser. I am the mother of M███████S███ age 20, who I raised as a single parent, and who graduated high school with the highest honors. (Michelle Sun had a grade A average and graduation as "**Valedictorian**" of her 2017 graduating class with a cumulative average of 99.53% and New York City Department of Education **GPA Transcript** of 4.0; now M███████S███ is a Junior and straight-A student in Hamilton College.) M███████S███ is my only child. I love my daughter with my all feeling and heart, and we have a trusting and loving relationship. Because someone again called 'New York State Central Register of Child Abuse and Maltreatment' and has reported false cases to and sued me on or about March of 2015, ACS forced me to admit the misrepresentation then sent me to see the Family Court Judge in the same day on March 16, 2015.

14. During my case at Manhattan Family Court, the AFC and the ACS (c/w) made a series of misrepresentation in the hearing on April 25, 2017. Without corroborating proof. Their untrue statements are lies that have been invented for the purpose of creating in me a feeling of resignation to the difficulties of my condition. However, it was wrong to frame a case against me.

During the period of February 4, 2017 through on or about June 27, 2017, my 18 year old daughter M███████S███ told me that the Law Guardian Ms. Heather J. Saslovsky, Esq and the ACS worker told her that "If you go to Foster care some weeks, you can get the government financial assistance to pay your all university tuition fees." M███████ said that she agreed to go to "Forestdale Inc", her attorney (Law Guardian Ms. Heather J. Saslovsky), and the ACS worker told her that "You will free go to the college if you become a foster child." (**Please see the Exhibit G**)

·15. Between March 13, 2015 and January 20, 2017, my daughter M███████S███ once many more told her attorney about "I wanted to stay with my mom because she's my biological mom." (by October 12, 2016 at 11:30 PM). But Ms. Saslovsky, Esq many more times reply to my daughter about "You indicated on your FAFSA that you are an orphan, ward of court or have been in foster care. If at any time since you turned age 13; ----"

6|

In the ACS workers' report of petition, the AFC and the ACS (c/w) made a series of misrepresentation about me. However, In fact, I never used bad-mouthing to tell my daughter about I wish M███████S██ had not been born ("the mother would tell her that she wished she had not been born".) I think that it is a misrepresentation with moral turpitude. I argue strongly against the ACS worker(s) or and the attorney's weasel words. This report (Petition report by ACS on the Family Court case on March 16, 2015) wrests the facts out of the true meaning. AND I think that it's unfair judgment to me (the Respondent-Appellant Yi Sun). Because my intention of the original words is that "I love my child with my all heart and feelings. In my heart, my daughter M███████S██ is the unique priceless to me. Truly priceless treasures are made of love and cannot be purchased with money. As a single parent, it is my first duty to go all out to raise my daughter and to protect my child from harm, and this duty is paramount to all the others.  I never used bad-mouthing to tell my daughter about I wish M███████S██ had not been born ("the mother would tell her that she wished she had not been born".) During my case at Manhattan Family Court, the AFC and the ACS (c/w) made a series of misrepresentation in the hearing on April 25, 2017. Without corroborating proof. Their untrue statements are lies that have been invented for the purpose of creating in me a feeling of resignation to the difficulties of my condition. However, it was wrong to frame a case against me.

16. This current stigma despite me doing my best is wrong and must be reversed. This is the reason that why Yi Sun provide a description of the action include three questions in the same matter in Appeal, which is an appeal by Petitioner-Appellant Yi Sun, who seeks to reverse the ACS case(s) of Child Neglect of "Abuse or Maltreatment" by the Manhattan Family Court Judge Honorable Clark Richardson, J.F.C., New York City Family Court, New York County (Docket No: NN-36672-15, ACS#: 5284236), and the same case by the Administrative Law Judge Honorable Rantideva Singh , New York State Office of Children and Family Services. (In the Matter of the Petitioner of Yi Sun, Pursuant to § 422 of the Social Services Law SH: 92234). I think that **this report wrests the facts out of the true meaning.**

I once asked that this Court reverse this case of Neglect found by the Honorable Clark Richardson, J.F.C. (Docket No: NN-36672-15, ACS#: 5284236; opened in Manhattan Family, the last hearing date was May 8, 2017, a few days ago, I knew that the next hearing date is September 12, 2018, at 12:00pm). In the past three years and more, during my case, I once kept to request for a 'Due process' (with "procedural due process" and "Substantive due process") and 'An unbiased tribunal'. But the Family Court Judge Honorable Clark Richardson, J.F.C. refused to give a change to show my evidence in Manhattan Family Court.

17. I believe that I am a good single parent and a rational person, who train my child from a very early age to have good manners, to do household chores and to say the right things to others. I always careful about my daughter's self-esteem, I try not to insult or belittle my child or and other kinds. Whenever and wherever my child participate in any beneficial activities, such as sports or and dance, I am always enthusiastically supportive. I am the mother of Michelle Sun, age 20, who I raised as a single parent; and who graduated high school with the highest honors. (M███████S██ had a grade A average and graduation as **"Valedictorian"** of her 2017 graduating class with a cumulative average of 99.53% and New York City Department of Education GPA Transcript of 4.0; nowadays Michelle is a straight-A student in her junior in Hamilton College.)

M███████S██ s my only child. I love my daughter with my all feeling and heart, and we have/had a trusting and loving relationship. In the past 20 years and 6 months, during my daughter's life, I always want to give everything I have with no regret. I have been focusing on

62

my daughter's education. I often paid the costly schooling for the private conservatory in M▮▮▮'s Arts and dance.

18.  Between on March 7, 2015 and on or about February 2, 2017, during two years and 2 months in the ACS case, my daughter M▮▮▮ lived with me at the 2 bedroom apartment, located at 10 East 116th Street, Apt#3A, New York, NY10029. However, after the female attorney (the Law Guardian Ms. Heather J. Saslovsky) filed a Motion on or about February 2, 2017, and he knew my complaint about him, the same judge immediately ordered an unjustifiable decision about "Arrange the girl to be taken care of by foster family." On the same day, by the ACS worker place my 17.92328 years old daughter M▮▮▮ S▮▮▮ in a forest family in secret. (Explain: On June 24, 2019, I knew the fact about the Law Guardian (Attorney for child) Ms. Ms. Heather J. Saslovsky) filed a Motion to the Court to removal my daughter from my care.

However, I don't understand why the Family Court Judge (Hon: Clark Richardson, J.F.C.) always used "under-the-table" and sent my daughter M▮▮▮ to the foster family in secret?

19.  Now I made the Verified Statement to show the Court before Honorable Justice(s) at New York Supreme Court.

1)   On or about at 2:00a.m.on March 6, 2015, Friday, the ACS officer wanted to contact with me and came to my apartment after someone reported a new cases to ACS (NYC Administration for Children's Services or New York State Office of Children and Family Services, the new York State Child Abuse and Maltreatment Register) about me. But I didn't know the things at the time.

On March 11, 2015 at 11:00a.m, I responded to the ACS caseworker Ms. Nichole Richards after I receive her message. At 5:40p.m on the same day, I fast went to the ACS office, located at 55 West 125th Street, 12th Floor, New York, NY10027; I talked with the supervisor Mr. Jesse Almonte and asked for the investigation on the matter.

2)   At 3:30p.m on March 13, 2015, Friday, Ms. Nichole Richards (a Child Protective Specialist Division of Child Protection) came to my home and talk with me about my family situation over one hour. After my daughter M▮▮▮ S▮ went home, the ACS worker asked us to the ACS office to see the supervisor with her. During the talking time at the ACS office, I repeated my protestation of innocence. But the supervisor Mr. Jesse Almonte saw the classic done in my right hand and think it is an evidence about the Domestic Violence. I explain to him about the red spot on the back of my right hand is a sting. However, Mr. Jesse Almonte still thought that the red spot is a wound or injury by my daughter M▮▮▮ For the reason, he told me that Michelle can't live in my home with me together, and they want to send the girl to the foster family or my friend's home in the weekend.

3)   By the situation, I tried to call my some friends, later, Mr. David Zhang and his wife agree and welcome M▮▮▮ go to their home to sleep with their daughter Emily Zhang in Elmhurst in the weekend for the three night. And he spoke with the ACS workers about they must sent M▮▮▮ to his CPA office (located at 70 Bowery Street, Room508, New York, NY 10013) before 10:00p.m.

Or and 7:00p.m, the ACS workers took some paper to me and asked me put my signature here. Mr. Zhang called me and said that I need refuse any signature if I didn't understand the English, he suggest me to call police to ask for help if the ACS workers force me to put my signature here. So, I tried to call 311 or and 911 to ask for help when the ACS workers wanted to take my daughter leave my care in the time. During the waiting time, my daughter told me that she is hungry and need eat food. I talked with the ACS worker. But Ms. Richards said that they didn't have food for M▮▮▮ at the time.

4)   Or and 9:52p.m on the same day, Mr. Zhang told me that he would call police to come here for help me in the matter.

On or about 10:25p.m, two cops (P.O. Colon and F.P.O. Hankerson) came to here from 28th Precinct.

63

Facing the police interrogation, the two female ACS workers made derogatory remarks to me, or and disparaging comments about me, and they told cops about I am a crazy woman. Then, they (some ACS workers) forced my daughter to go with them to the foster family, and refused my request to take my daughter's clothing and schoolbag in home. And the two ACS workers told me that they will take my daughter's case in the family court.

5)    On March 16, 2015 at morning, I came to the ACS office to join the meeting. During the meeting, the workers always tell dirty lies, and they forced me to agree their untrue statement in the matter. They constantly made derogatory remarks to me, or disparaging comments about me. Beside they try to use wheeling and dealing to make me to become a mental disease in the counts eyes. Later, they told me that they will send the case to the court immediately, and I need go to the court to see Judge at this afternoon. (ACS#: 5284236, Unit#:427-2; Child Protective Specialist: Nichole Richards)

6)    On March 16, 2015 in afternoon, the case opened in the Family Court of the County of New York by Judge: Hon. Richardson, C (Docket No: NN-36672-15/In the Matter of M▮▮▮▮S▮▮; A Child Under Eighteen years of Age Alleged to be Neglected by Yi Sun, Respondent)

At the first court date, ACS workers requested the Personal Protection Order for 16-years old M▮▮▮▮S▮▮ by the court, but after 30 minutes (at the same time on 3/16/2015), they told Hon. Judge to cancel this request, and would return my daughter M▮▮▮▮S▮▮ o me the next day.

On March 17, 2017 at night, the ACS worker returned my daughter M▮▮▮▮S▮▮ to me. My daughter told me that ACS forced her to talk about my family situation all evening (March 11, 2015, between 6:30p.m to 8:00p.m, and March, 11, 2015, at approximately 11:00p.m to 6:00 a. m of next morning). M▮▮▮▮ promised that she didn't make the complaint about her mother.

7)    I think that I got a series of cruel insult, unfair, prejudice and outrageous false accusation by the irresponsible worker with his/her conscience-shocking. The female worker trumped up various baseless charges against me. So, I request that the Government departments of New York City can investigate the some ACS workers' wrongdoings in the matter. On March 30, 2015, I went to "Letitia James, The Public Advocate for the City of New York" office and made the complaint to Ms. Letitia James, I request that the legal department to find out the truth in the matter. I think that some ACS workers use their position of power to get personal with the Chinese family.

I believe that the ACS worker was ethically and morally delinquent in her handling of my case. She constantly makes derogatory remarks to me, or disparaging comments about me. And she seems to feel that my pain is her gain. I think that the incompetent worker always uses her position of power to get personal with me, and she often tries to use a face-saving device to protect herself. Beside she is always bad mouthing me or insult to me in public, I cannot bear the thought of it.

But the office of "The Public Advocate for the City of New York" told me that "all respecting the laws, they have no right to get on my case in the Family Court. They told me to listen or and obey the order, because the local ACS office sent this case to "Family Court of the State of New York, City of New York, County of New York."

8)    After I made the complaint against the ACS worker Ms. Nichole Richards about her wrongdoings, the "Child Protective Specialist" Ms. Nichole Richards appears to be both vindictive and extortionate. She was always bad-mouthing me to the court, I cannot bear the thought of it. Beside the Child Protective Specialist often look with a resentful eye on me, and she make continual lies to the Hon. Judge.

Ms. Nichole Richards always force me to obey her every order. And she don't believe what Yi Sun (me) has said._____ My daughter Michelle need go to Borough of Manhattan Community college after high school from Monday to Thursday, 2:00pm to 7:00pm, and she always need join "Big brother big sister" in Thursday. But Ms. Richards didn't believe my explanation and she often like come to my home to visit with my daughter on Thursday or and her work time.

On or about May 22, 2015, Thursday, between 7:35PM and 7:55PM, Ms. Nichole Richards and

64

another female worker came to my home, and she told me to see CPC Asian Family Services, located at 165 Eldridge Street, New York, NY 10002 at this Friday afternoon on May 29, 2015. At my home, I showed them the doctor's note about "Michelle Sun has a dental appointment at 3:00PM (for metal braces from 3:00PM to 6:30PM) in Jane Yang Dental P.C.". I took the receipt and explain with them about my daughter have to wear a brace on her teeth, and I would to pay the medical fees.

9)    On or about May 27, 2015, Wednesday afternoon, Ms. Nichole Richards called me and said that she need visit my daughter M████ S██ this Thursday. After her order, I made the message to her at 212-423-0721 about "M█████ will return to home from "Big brother big sister" after 7:00PM. But, Ms. Richards didn't believe me and she continue to bother me in these times.
      On May 28, 2015, I called 311 to ask for help, and made a new complaint against the ACS case worker about her wrongdoings. I request that her supervisor can help me and the tables have been turned on this difficult situation.
      However, after that, the "Child Protective Specialist" or and the local ACS office misunderstood me and think that that "It is an unkind and untrue story harmed the ACS worker's reputation". Someone resolved to avenge the insult on the complainant.

      At 7:05p.m on May 28, 2015, Thursday, I returned to the building, located at 10 East 116th Street, New York, NY 10029. The same ACS case worker Ms. Nichole Richards appear to be both anger and vindictive, and she swaggered forward, towering over me, and shouted___ "What is wrong with you acting like that---You are a crazy. I know you like to make a complaint to everybody. Why did you find fault so much? You made trouble for yourself." She said: "Don't stir up a hornet's nest; it's better to let sleeping dogs lie."
      Then Ms. Richards took her mobile to call 911, and she reported false cases to and sued me to NYC police department, and said "I am a child protective specialist division of ACS, here have a crazy woman------"(What she said really got under my skin.)
      At the time, Ms. Richards created a circus, a humiliation and the embarrassment of all time. She is extremely narcissistic and passively aggressive and controlling as well as abusive. Judging from her behavior, she seems to be the wicked witch of the west_____ I have been at a loss to understand what Ms. Richards intended to do.

10)    Because Ms. Nichole Richards (Child Protective Specialist) reported a "Child Neglect of Abuse or Maltreatment" emergency case to and sued me (Yi Sun) to NYPD. On same day (5/28/2015) at 8:00p.m, two police officers came to my apartment (10 East 116th Street, Apt #3A, New York, NY 10029) from 25th Precinct. Ms. Richards told dirty lies with exaggerated reports to the cops about my "bizarre behavior" and "paranoid schizophrenia" in this time. And she used her position of power to call 911 and ambulance to send Yi Sun to the mental hospital.
      At my living-room, the two cops looked round the room a good deal, and at the objects it contained, as well as the Chinese woman, whom, however, they also contemplated freely. They don't believe that "Yi Sun" is an insane person.
      The ACS worker (Child Protective Specialist) Ms. Richards trumped up various baseless charges against me (Yi Sun). But the police believe that I am innocent. They told me that I can return to the court to ask for help next day. (I understand it all now: she wanted to have her revenge because I made a complaint against the ACS worker about her wrongdoings. It is guilty to frame a case against someone. As a Child Protective Specialist, Ms. Richards always uses her position of power to get personal with the Chinese single mother, and she make continual lies to the court or and the police. What a poison personality!)

11)    From March 16, 2015, through August 17, 2016, during the case, I have to obey the local ACS office's every order and did whatever they commanded. I again finished the following total of 21 hours of ten sessions Parenting Workshops provided from April 4, 2015 to June 6, 2015 at CPC's Multi-Social Services Center, local at 165 Eldridge Street, New York, NY 10002; beside I followed

the instructions faithfully and often go to many more lectures (Whether I wanted it or not, I had to attend a series of lectures about "Parenting Workshops" or and the knowledge/information of "Child Neglect of Abuse or Maltreatment" etc.)

The ACS workers always force me to obey her any order and did whatever she commanded. At 1:55p.m. on April 15, 2015, Wednesday, I came to the local ACS office (located at 55 West 125th Street, 12th Floor, New York, NY) after Ms. Nichole Richards's calling. At the meeting, Ms. Richards told me that I need immediately go to the "Parenting Workshops" classroom by the Judge's order. I saw the "NYC Children's Services Conference attendance sheet", and said that "My daughter M███ S█ is over 16 years old, Can I didn't go to the lecture about 'Stages of Child Development (0-6 years)/How to Help Children Build Self-esteem' and 'Stages of Child Development (7-12 years)/How to Help Children Build Self-esteem' ?". Ms. Richards refused to listen to my explanation. Later, she reported an untruthful description to the Court.

12)   At the second times hearing on April 16, 2015 (at 2:30p.m.), Ms. Richards made a statement she knows to be false or does not believe to be true.

For example: "According to the subject child, the respondent mother has told the subject child that the respondent mother wished that the subject child was dead, wished that the subject child was never born, and has stated to the subject child, why don't you sell yourself. Furthermore, the subject child stated that the respondent mother tried to burn the subject child's hair after the subject child to cut her hair short because the respondent mother asked the subject child to cut her hair. While the subject child was talking about the incident regarding her hair, the subject child was crying. The subject child also stated that the respondent mother is always hitting the child. According to the subject child, she did not want to attend the conference on or about March 16, 2015, because she did not want to speak about the allegations in front of her mother. Furthermore, the subject child stated that if she were to go home after the conference on or about March 16, 2015, she knew that she was going to be hit again."------

(Explain: I think that the report of "PETITION NEGLECT CASE" was fabricated and completely untrue. The incompetent ACS worker/ Child Protective Specialist Ms. Nichole Richards made a statement she knows to be false or does not believe to be true. A "misrepresentation" is a statement of fact that is untrue. It is guilty to frame a case against someone. )

13)   After the Child Protective Specialist Ms. Nichole Richards made the misrepresentation (false representation) to the Court on 4/16/2015 at afternoon.  For safety reasons, the Judge Hon. Richardson is all in favor of the ACS worker's suggestion and ordered that I need see a psychiatrist immediately. The local ACS office has offered to run me (Yi Sun) through my psychiatric evaluation start from April 20, 2015; beside she/he has offered to order me (Yi Sun) to leave the country within the time limit.

By the order, I immediately went to the "Medical Specialty-Psychiatry" office to see Andrew Chan, M.D. (located at 17 Elizabeth Street, Suite 502, New York, NY 10013). At the times, Dr. Chan has been charged with giving me (Yi Sun) a psychiatric evaluation. Later, Dr. Chan wrote the Psychological assessment to the ACS for the Court.

Date: 5-23-2015

Ref: Ms. Yi Sun

To Whom It May Concern:

Ms. Yi Sun was evaluated periodically (by ACS case since 10-15-2009). Ms. Sun has no significant depressive, hypomanic nor manic symptoms. She has no perceptual disorder such as auditory hallucination. She has no delusional thinking. Her association of thought is logical and well organized. She has good insight and sound judgment. She is oriented to time, place and person. Her memory and concentration are normal. She has good impulse control and she is not a danger to self and others.

66

Ms. Sun currently has many stressful issues to deal with. She can organize herself and deal with stressful issues rationally. She is now living with her daughter. They have a trusting and loving relationship. I believe Ms. Sun is a good mother, caring, loving and responsible.

Yours Sincerely,

Andrew Chan M.D, Psychiatrist (Reg. # 178285)

The "Medical Specialty-Psychiatry" Dr. Chan believes that I (Yi Sun) am a healthy person and a good mother, caring, loving and responsible. But the ACS workers always forced me to see another psychiatrist, and she/he keep to talk with the psychiatrist and request that the Psychiatrist can give "the respondent mother who has problems with her mental health" medicine for depression. (I have never really understood what makes the ACS worker's tick. To the present day I can't make out what she wants.)

14) From October 9, 2015, through August 17, 2016, Mr. Philip Schiffe Esq became my attorney in the case by the court (Docket No: NN-36672-15), but he seem like a very busy lawyer, and he didn't even have 10 minutes to talk with me in the time outside the hearing.

At the 8th hearing on 4/20/2016 at afternoon, the local ACS case worker (Child Protective Specialist) Ms. Nichole Richards went to the witness stand, between 3:30p.m.and 4:10p.m.Ms. Nichole Richards always saw and read the court papers or and the indictment at the hearing. On March 16, 2015, the ACS case worker handed up the indictment to the Family Court, and her indictment against me (the Respondent mother Yi Sun) about the child abuse. However, she testified that she had not seen any action of the indictment.

During the hearing, when my attorney Mr. Schiffe asked pointed questions concerning the truthfulness of this indictment, the ACS caseworker was fairly at a loss for a reply, and often said that she forgot these things, it won't come back to her.

15)    At the 9th hearing on May 26, 2016 at 11:30a.m. I would give evidence at the trial. But the ACS attorney and the Law Guardian Ms. Heather J. Saslovsky, Esq always asked me to answer her/their questions about the old case in Queens Family Court. I was bombarded with questions. To all her interrogations I answered boldly and frankly. After that, she/they still has been trying hard to attempt to rub my nose in the past matter. She/they put for word the question again (about my Child abuse case on 2007; Docket#: NN-12177-07) in the closed old case. Beside the questioner/"prosecutor" wish she entrapped me into an admission of guilt.

Then the Law Guardian Ms. Heather J. Saslovsky, Esq had questioned everything. I was stormed with questions. "Your daughter likes dance, by the time she was a teenager, she was performing in arts as a dancer and doing her own choreographies. However, you seem very much opposed to her dances, right? M████ hope that she can get a better education, she would have a SAT tutorial to help for her college plan, but you positively put a veto upon her doing so. You refused to pay the SAT tuition for M████, right? ------"

Later, the Law Guardian Ms. Heather J. Saslovsky, Esq went on, made her question and attack me. The story of the indictment (made by the local ACS worker/Child Protective Specialist Ms. Nichole Richards) was rehearsed by her.___ "You have told your daughter M████ that you wished that she was dead, wished that she was never born, and has stated to her, why don't you sell yourself. Furthermore, You tried to burn M████ s hair after she cut your hair short because you asked Michelle to cut your hair. While M████ was talking about the incident regarding your fair, she was crying. You are always hitting your child. --------"

In fact, I swear I have never done these things. I think that the indictment of "PETITION NEGLECT CASE" was fabricated and completely untrue. )

16)  At the scheduled 10th hearing date on July 5, 2016 at 9:30a.m., the Law Guardian Ms. Heather J. Saslovsky, Esq failed to appear in court. Another female lawyer came to appeal on court without her. The new "Law Guardian" told the Judge Hon. Richardson about they already

67

did this job as best she/he could. By their help, M█████S█ is applying for any financial assistance or scholarship at the time.

About 10:05a.m, the Judge adjourned the hearing for a month. The trial was adjourned until August 17, 2016 at afternoon.

17) At the scheduled 11th hearing date (last trial/Fact-finding Hearing or and Dispositional Hearing) on August 17, 2016, Wednesday, between 2:40 p.m. and 3:34p.m. The Law Guardian Ms. Heather J. Saslovsky, Esq still rake up old matters of the old case (Docket No: NN-12177-07; closed by Queens Family Court on 2010).The Law Guardian repeated the old fiction and she wanted to rake over old ashes that I had the "Child Neglect of 'Abuse or Maltreatment' case on 2007.

During the Fact-finding Hearing or and Dispositional Hearing, the attorney (the Law Guardian Ms. Heather J. Saslovsky, Esq) uses her position of power to get personal with her outrageous insult to me (the respondent mother). She always used a series of caricature and sensational questions to show Judge a fact that my statement is tantamount to a confession of guilt.
(However, from March 13, 2015, through August 17, 2016, during the current case, the local ACS office don't have any evidence about my "Child Neglect" of "Abuse or Maltreatment", but they concocted false testimony against me, and try to accuse me for a crime I don't commit---- )

18) The last straw came when the ACS case worker (Child Protective Specialist Division of Child Protection, NYC Administration for Children's Services) spoke to the Family Court Judge (Hon. Judge Richardson) with exaggerated story, I almost lost my cool and sad when the ACS worker or and the "Law Guardian"(attorney for "child" Ms. Heather J. Saslovsky, Esq) uses her/their position of power to get personal with me (the Respondent mother Yi Sun) by her conscience-shocking, and she insult me as a bad mother and a "crazy woman" in public. Her wrongdoings curled my hair. (A good and qualified lawyer should not be considered loose cannon, but the Law Guardian try to make the innocent mother as the target of ridicule in public.) I swear I want to uncover her despicable action & the intentions hidden her mask of "mover and shaker" of the child's Law Guardian.
(Good qualities for a "Law Guardian" or and "Child Protective Specialist Division of Child Protection" should include good judgment, sound temperament, courage, experience and the ability to delegate responsibility. A wolf-in-sheep's-clothing politician should not be allowed to run for Law Guardian & "Child Protective Specialist Division of Child Protection"/ACS worker of NYC Administration for Children's Services.)

Honorable Judge(s)

Do you think that "Forced Confession" is a right way in the case? Should a "Law Guardian" &"Child Protective Specialist Division of Child Protection" use her/his position of power to get personal with me and insult me (an innocent mother) in public? It is not only a question of personal character. It is also a question of moral or ethical standards.

I vowed to make a Request for a Special Hearing to "New York State Office of Children and Family Services" on the cases. I tried my best to do the 22 page of "VERIFIFD STATEMENT" about "Re: Request for a Special Hearing to review my two cases of Child Neglect of "Abuse or Maltreatment"; Request for the Justice!!" On September 26, 2016, I sent to "Steve Connolly, Director, Special Hearings Bureau, New York State Office of Children and Family Services, 52 Washington Street, Rensselaer, NY 12144", I hope that my explanation or and the Verified Statement may clarify the situation on the matter.

On October 13, 2016, I received two letters from "New York State Office of Children and Family Services, P.O. Box 4480, Albany, NY 12204-0480". I tried to contact 1-844-337-6298 and spoke with the worker about my some questions. After that, I have to try my best to do the

68

"Verified Statement or and self-defense" by myself, I hope that my explanation or and the Verified Statement may clarify the all situation on the two cases. (Docket No: NN-12177-07; ACS#:5284236; and Docket No: NN-36672-15; ACS#: 5284236).

I would simply plead innocent. Yi Sun (me) prove that it is pure that herself is.

However, from June 27, 2017 to current, I am still waiting for the hearing by "New York State Office of Children and Family Services, Bureau of Special Hearings", located at "163 West 125th Street, 14th Floor, New York". At 1:00pm on March 13, 2018, the Judge Hon. Rantideva Singh told me that they would give me a Special Hearing after my ACS case closed in Manhattan Family Court.

19)    At the morning on September 30, 2016, I returned to the court (Manhattan Family Court). About at 10:24a.m, I met my attorney Mr. Philip Schiffe, ESQ on the 5 Floor, he told me that he need send a SUMMATION to the court today.

But at 10:29AM on October 18, 2016, Tuesday, I received a new cellphone message from Mr. Philip Schiffe, ESQ, he wrote that "Ms. Sun, the court has unfortunately ruled against us and made a finding of neglect. Our next court date has been rescheduled to November 16, 2:00pm."

20)    At the scheduled "final hearing" date on November 16, 2016 at 2:00pm, the judge listen to the Law Guardian (Ms. Heather J. Saslovsky, Esq)'s suggest and want to start "renew the case" again. He told everybody to return the court on January 18, 2017 at 2:00pm.

At the "judgment day" on January 18, 2017, I went through the mockery of a trial. When I heard the unfair decision by the judge at the hearing, I immediately told my attorney Mr. Philip Schiffe, Esq that I intend to appeal against this order/decision. On or about January 30, 2017, Mr. Schiffe, Esq told me that he lodged an appeal last week.

But on February 3, 2017, the Law Guardian (Ms. Heather J. Saslovsky, Esq) sent a new motion to the court, the bad attorney filed a misrepresentation about "M████ would like leave from her mother". Then, the judge (Hon. Clark V. Richardson) made a new order/decision, the 17.92328 years girl M████ S██ was taken away from my care for forest family in his order on the same day. (I don't understand why the judge Hon. Clark V. Richardson used "under-the-table" to send my daughter M████ to the foster family in secret?)

21)    On February 3, 2017 at evening, Friday, I tried to call my daughter M████s phone more times and again. I didn't know where M████ at the time. Later, I tried to contact with ACS workers, but nobody tell me anything.

At 11:10a.m on February 4, 2017, Saturday, my daughter M████ called me back and said, the Law Guardian and the ACS worker cheat her into the belief that "If you go to the Foster care some weeks, you can get the government financial assistance to pay your all university tuition fees." M████ said that she agreed to go to "Forestdale Inc" (67-35 112th Street, Forest Hills, NY 11374) on February 3, 2017, because her attorney (Law Guardian Ms. Heather J. Saslovsky) and the ACS worker deluded her with empty promises. They told my daughter that "You will free go to the college if you become a foster child (institution-reared child)."

During the current case, from June 29, 2015 at 10:07am to April 25, 2017, the bad attorney sent many more e-mail (about 259 times E-mail) to my daughter. The Shyster attorney (Law Guardian Ms. Heather J. Saslovsky) always made bad blood between my daughter M████ and me. (Please see the Law Guardian Ms. Ms. Heather J. Saslovsky, Esq's many more emails, the attorney send a series of letters to my daughter M████ S██ at the times---)

22)    At the last hearing on May 8, 2017, I first time had an opportunity to present reasons why the proposed action should not be taken. I said that "My daughter M████ S██ is an 18 years old

69

and 2 months more high school graduate now; she will enter Hamilton College she wants to go this autumn on August 15, 2017. Hamilton College gave her full scholarship for her 4 years in the college. I request for a brief opportunity to speak as my "Fact-finding hearing"/"Dispositional Hearing" was up." However, at the court, the female attorney (Law Guardian Ms. Heather J. Saslovsky, Esq) again made a statement she knows to be false or does not believe to be true, and she was strongly opposed to return my over 18-years old daughter from the forest care. When hearing near the end of time, I asked the Mandarin Interpreter to help me read my English note in the court, it's my hard-writing in the lunch time on same day (May 8, 2017). I wrote/said:

> Lawyer (Attorney at Law) is a respectable and elevated profession, a barrister owes the duty should to her client. As an attorney, especially "Law Guardian", it is your duty to protect your minor clients from harm, and this duty is paramount to all the others. Attorney should be committed not only every client, but also to judicial system and justice.
>
> However, you always made continual lies and "Making false statements" to the court. Your untrue statements are lies that have been invented for the purpose of creating in me a feeling of resignation to the evils of my condition. However, it is guilty to frame a case against someone.
>
> I wish Department of Justice solemnly declared that the bad attorney(s) are full of corruption, cozenage, fraud and malice, four falsehoods soon.

But after the hearing, the Judge (Honorable Clark Richardson, J.F.C.) made a decision that "Foster care continues until M███ S█ is 21 years of age."

23). At 12:50 am on April 24, 2018, I sent my E-mail to Mr. Bruce Young, Esq and Mr. Philip Schiff, Esq to ask for question about my ACS case or and Appeal decision. Then I received the reply by them. I knew that the ACS case still has been opened in Manhattan Family Court by the same judge Honorable Clark Richardson, J.F.C. (Docket No: NN-36672-15, ACS#: 5284236).

> At 6:01am on April 24, 2018, Mr. Schiff, Esq reply to me about "I have not heard from you. Foster care continues until your daughter is 21 years of age or wishes to leave earlier. It is up to her. The next date for monitoring is September 12, at 10:00 am."

24). My appeal was decided by the Appeals Court (Appellate Division, First Department) on January 18, 2018 that affirmed the decision of the Family Court (New York County, Hon. Clark Richardson, J.F.C); On April 26, 2018, The Court (Court of Appellate, State of New York) denied my Motion for Permission to appeal. (Explain: On May 4, 2018, I received E-mail by Mr. Bruce A. Young, Esq, who wrote that "I received by mail today the decision from the New York Court of Appeals. The highest Court in New York. The Court denied your Motion for Permission to appeal. As I informed you when we submitted the motion, it is very rare that they would grant the motion. Less than 5%. There is no other New York Remedy that I can assist you with. I am hopeful that you can still heal the situation with your daughter. I wish you good luck in the future.")

However, I think that it's unfair judgment to me (the Respondent-Appellant Yi Sun). Because my intention of the original words is that "I love my child with my all heart and feelings. In my heart, my daughter M███ is the unique priceless to me. Truly priceless treasures are made of love and cannot be purchased with money. As a single parent, it is my first duty to go all out to raise my daughter and to protect my child from harm, and this duty is paramount to all the others. I never used bad-mouthing to tell my daughter about I wish M███ S█ had not been born ("the mother would tell her that she wished she had not been born".)

25). Now I request 9 Honorable Associate Justices (Associate Justices of the Supreme Court of the United States) give me a Special Hearing to review my cases of Child Neglect of "Abuse or

70

Maltreatment". (Docket No: NN-36672-15, ACS#: 5284236; opened in Manhattan Family; by the Honorable Clark Richardson, J.F.C.)

1). Because of a complaint about me again, on March 16, 2015 at morning, I came to the ACS office to visit with the case workers. During the meeting, the workers always tell dirty lies, and they forced me to agree their untrue statement in the matter. They constantly made derogatory remarks to me, or disparaging comments about me. Beside they try to use wheeling and dealing to make me to become a mental disease in the counts eyes. Later, they told me that they will send the case to the court immediately, and I need go to the court to see Judge at this afternoon. (ACS#: 5284236, Unit#:427-2; Child Protective Specialist: Nichole Richards).

2). At the second time hearing at Manhattan Family Court on April 16, 2015 at 2:30p.m, the child protective specialist Ms. Nichole Richards made a statement she knows to be false or does not believe to be true. A "misrepresentation" is a statement of fact that is untrue. It is guilty to frame a case against someone.
Their untrue statements are lies that have been invented for the purpose of creating in me a feeling of resignation to the difficulties of my condition. However, it was wrong to frame a case against me.

3), During the case over four years and four months, especially from March 13, 2015, through February 2, 2017, the Law Guardian (Ms. Heather J. Saslovsky, Esq) always tried to entice the child away from its home by her mother's care; beside the bad attorney always sets up the "Respondent-Mother Yi Sun" in the last ACS case of "Child Neglect" of "Abuse or Maltreatment". They (Ms. Heather J. Saslovsky, Esq & Ms. Nichole Richards, Ms. Katrina Guerrero) made a statement she knows to be false or does not believe to be true.

**For example:** "According to the subject child, the respondent mother has told the subject child that the respondent mother wished that the subject child was dead, wished that the subject child was never born, and has stated to the subject child, why don't you sell yourself. Furthermore, the subject child stated that the respondent mother tried to burn the subject child's hair after the subject child to cut her hair short because the respondent mother asked the subject child to cut her hair. While the subject child was talking about the incident regarding her hair, the subject child was crying. The subject child also stated that the respondent mother is always hitting the child. According to the subject child, she did not want to attend the conference on or about March 16, 2015, because she did not want to speak about the allegations in front of her mother. Furthermore, the subject child stated that if she were to go home after the conference on or about March 16, 2015, she knew that she was going to be hit again."--------
(I think that the report of "PETITION NEGLECT CASE" was fabricated and completely untrue. The incompetent ACS worker/Child Protective Specialist Ms. Nichole Richards made a statement she knows to be false or does not believe to be true. A "misrepresentation" is a statement of fact that is untrue. It is guilty to frame a case against someone.)

(3)  **By the law, it is guilty to frame a case against someone. All persons should be treated with justice**
Venal judges are a disgrace to a country. All persons should be treated with justice. A judge must be sharp-eyed, clear-hearted and just. A judge should never wink at any law-breaking. The powers of a judge are defined by law; to solicit a judge means to offer her/him bribes. Now I have direct evidences and material facts or and reasonable doubts to believe that the Family Court Judge (Honorable Clark Richardson, J.F.C.) always stands up other party especially the Law Guardian (Heather Saslovsky, Esq) et al and punishes the helpless "Respondent mother Yi Sun" under an unreasonable punishment. The other party (perpetrators Li Da Sun) tried to bribe to the Judge though the Law Guardian (Heather Saslovsky, Esq);

71

Heather Saslovsky, Esq is the attorney (the Law Guardian) for the Child in the ACS case. She is the first ringleader in the serious judicial fraud in the matter.

As a pragmatist, any lawyer (attorney or any justice) does everything in a mater-of-fact manner. A person with good character will by no means tell lies. A competent lawyer should never deliver a slap in the fact. Unfortunately, the "Law Guardian" (Ms. Heather J. Saslovsky, Esq) always makes continual lies and caricature to the court (Manhattan Family Court). Beside, she filed a series of false motions (with an unkind and untrue story harmed her client M███ S██ and M████ s mother Yi Sun) to the judge (Hon. Clark V. Richardson). It is guilty to frame a case against someone. (Please find enclosed)

During my case at Manhattan Family Court, the AFC and the ACS (c/w) made a series of misrepresentation in the hearing on April 25, 2017. Without corroborating proof. Their untrue statements are lies that have been invented for the purpose of creating in me a feeling of resignation to the difficulties of my condition. However, it was wrong to frame a case against me. This current stigma despite me doing my best is wrong and must be reversed. Our Court mustn't wrong innocent people and palliative enemies.

I once asked that this Family Court reverse this case of Neglect found by the Honorable Clark Richardson, J.F.C. (Docket No: NN-36672-15. ACS#: 5284236), But the Family Court Judge didn't give me change to show my evidence(s) to the Court, and took my daughter to Forester Care on February 3, 2017, which was 4 weeks before my daughter M███ S██ s 18 years-old Birthday. Later, during the period of February 4, 2017 through on or about June 27, 2017, my 18 year old daughter M██ S██ told me that the Law Guardian Ms. Heather J. Saslovsky, Esq and the ACS worker told her that "If you go to Foster care some weeks, you can get the government financial assistance to pay your all university tuition fees." M████ said that she agreed to go to "Forestdale Inc", her attorney (Law Guardian Ms. Heather J. Saslovsky), and the ACS worker told her that "You will free go to the college if you become a foster child."

At the last hearing on April 25, 2017, the bad attorney and her friend first time report to the court about the unspeakable abuse by me---I don't believe that the bad woman made a perjury or and "Making false statement" to the court. I angrily asserted that I had been set up, but the judge (Hon. Clark V. Richardson) refused me to speak anything in the court.

I was/am so sad because of an unkind and untrue story harmed my reputation. The bad attorney (The Law Guardian Ms. Heather J. Saslovsky, Esq), or and her friend's untrue statements are lies that have been invented for the purpose of creating in me a feeling of resignation to the evils of my condition. However, it is guilty to frame a case against someone. I think that the bad woman is of a character so infamous that she will stick at no falsehood, or hesitate at no crime, to attain her ends. But the Family court Judge (Hon. Clark V. Richardson) trust her and her perjury, and he refused me to speak with anything in the court.

It was a shocking abdication of responsible.

(4)     **By the law, a judge should avoid prejudice, misuse of his/her function and neglect of law in performing his duties. A judge should be disinterested toward his/her every client when making a decision. Controversial things should be thought over before a decision is made. One face may not be enough to prove something.**

However, the Judge (Hon. Clark V. Richardson) always used his power to seek personal gains and showing no remorse.

Between March 7, 2015 and on or about February 2, 2017, During the case two years and 2 months, my daughter M█████ lived with me at the 2 bedroom apartment, located at 10 East

72

116th Street, Apt#3A, New York, NY10029. However, after the female attorney (the Law Guardian Ms. Heather J. Saslovsky) filed a Motion on or about February 2, 2017, and he knew my complaint about him, the same judge immediately ordered an unjustifiable decision about "Arrange the girl to be taken care of by foster family." On the same day, by the ACS worker place my 17.92328 years old daughter M██████ S█ in a forest family in secret.

I don't understand why the Judge used "under-the-table" to send my daughter M██████ to the foster family in secret?

On February 3, 2017 at evening, Friday, I tried to call my daughter M██████s phone more times and again, I didn't know where was my daughter at the time. Later, I tried to ACS workers, but nobody tell me anything.

At 11:10a.m on February 4, 2017, Saturday, my daughter M██████called me back and said, the Law Guardian and the ACS worker cheat her into the belief that "If you go to the Foster care some weeks, you can get the government financial assistance to pay your all university tuition fees." M██████ said that she agreed to go to "Forestdale Inc" (67-35 112th Street, Forest Hills, NY 11374) on February 3, 2017, because her attorney (Law Guardian Ms. Heather J. Saslovsky) and the ACS worker deluded her with empty promises. They told my daughter that "You will free go to the college if you become a foster child (institution-reared child)."

(6)    "**Forced psychiatric treatment**" or and "**Compulsory mental health treatment**" is/was an **unconstitutional vindictive punishment** after Yi Sun made a complaint against the Family Court Judge's wrongdoings to State of New York Commission on Judicial Conduct

By the law, all persons should be treated with justice. To shield the unlawful act of the parties concerned or absolve them from criminal liability. To intervence in court proceedings, shield your unlawful act, absolve you from sentences beyond the laws and regulations of the receiving state. However, the judge (Hon. Clark V. Richardson) always stand up for the female attorney (Ms. Heather J. Saslovsky), the judge was defending her wrongdoings even serious crimes with "**Making false statement, Perjury, Frame up—**" et al:

the more serious crimes (felony) is: Serious Judicial Fraud, collusion, frame up, fabrication, misrepresentation, twist; suborn perjury, tampering with evidence; fabricate an evidence; trump up an excuse, trump up charges; frame a case against the innocent rape victim; and accuses an innocent person for a crime the litigant didn't commit; Forced the innocent person to "self incrimination" in a case; "sale of a child"; Abuse office; Acceptance of bribes etc.)

As a Judge of the Family Court, a certain kind of scientific candour is a very important quality. However, after the female attorney (The Law Guardian Ms. Heather J. Saslovsky, Esq) filed a Motion and asserted that "the Respondent-Mother is mental illness----", I obey the judge's Order to see a psychiatric at "Medical Specialty-Psychiatry" office in Chinatown (located at 17 Elizabeth Street, Suite 502, New York, NY 10013).

At the times, Dr. Andrew Chan has been charged with giving me (Yi Sun) a psychiatric evaluation. Later, Dr. Andrew Chan wrote the Psychological assessment to the local ACS office for the court (Manhattan Family Court).

Date: 5-23-2015      Ref: Ms. Yi Sun

To Whom It May Concern:

Ms. Yi Sun was evaluated periodically (by ACS case since 10-15-2009). Ms. Sun has no significant depressive, hypomanic nor manic symptoms. She has no perceptual disorder such as auditory hallucination. She has no delusional thinking. Her association of thought is logical and well organized. She has good insight and

7̶3̶

sound judgment. She is oriented to time, place and person. Her memory and concentration are normal. She has good impulse control and she is not a danger to self and others.

Ms. Sun currently has many stressful issues to deal with. She can organize herself and deal with stressful issues rationally. She is now living with her daughter. They have a trusting and loving relationship. I believe Ms. Sun is a good mother, caring, loving and responsible.

Yours Sincerely,

Andrew Chan M.D.

Psychiatrist

Reg. # 178285

The Psychiatrist Dr. Chan believe me (Yi Sun) is a good mother, caring, loving and responsible, but the female attorney (The Law Guardian Ms. Heather J. Saslovsky, Esq) told the Judge about "the mother Yi Sun have a full mental health evaluation----"

Beside the bad attorney keep to send many more emails to my daughter M████ and wrote: "I portray your mom hurts you in some ways. ----I fought for her to have a full mental health evaluation which she did not want. -----I portray your mom hurts you in some ways. ----"

**(Please find enclosed)**

Because of the Law Guardian (Ms. Heather J. Saslovsky, Esq)'s Motion with an untrue statements under her/their sleeve and has bribed a witness to give false testimony (It is a misrepresentation under their moral turpitude or, and the opposing party would shuffle out of responsibility in the case; their groundless accusation is made with ulterior motives.) I was "forced psychiatric treatment" (compulsory mental health treatment) by the Family Court Judge (Hon. Clark V. Richardson)'s Order on or about January 18, 2017 at the scheduled 13th hearing date.

### (7)  "Trial by Default" in the last two years in the ACS case

By the law, A Plaintiff or Defendant should be have "Due process", I have the right to present evidence, including the right to call witnesses; I have the right to request for requirement that the tribunal prepare a record of the evidence presented. However, during the ACS case in the Manhattan Family Court for the last 4 years and more, I was astonished that I found no fair play.

Especially, between April 9, 2017 to current, in the last two 27 months, I do/did not know any informant about my case, which is "N or X" times of "trial of hearing(s) by default" at the Family Court in the same ACS case.

After I was "forced psychiatric treatment" (compulsory mental health treatment) by the Family Court Judge (Hon. Clark V. Richardson)'s Order at the scheduled 13th hearing date on January 18, 2017. I would petition the court in Appeal. But, the Judge's Order and the other Party attorneys' untrue statements are lies that have been invented for the purpose of creating in me a feeling of resignation to the difficulties of my condition.

In my eyes, mental illness is by its nature very complex; memory is often faulty among the mentally ill, they are the poor forlorn and vulnerable group at the bottom. The loopholes in the country's current system of compulsory mental health treatment are at risk of forcing healthy people into psychiatric hospitals. If someone (ax-grinder/axe-grinder) would use the loopholes of law in the case, it is a punishment and personal abuse of the worst kind. It's an abominable crime.

Between April 8, 2017 and on June 28, 2019, I do/did not know any informant about my case, which is "N or X" times of "trial of hearing(s) by default" at the Family Court in the same ACS case, until I returned to the 'Clerk of the Court' on June 28, 2019 and the last time on July 26, 2019.

74

I believe that "forced psychiatric treatment" & "compulsory mental health treatment" which is an unconstitutional vindictive punishment by the Family Court Judge's Order after Yi Sun made a complaint against the Family Court Judge's wrongdoings to 'State of New York Commission on Judicial Conduct' on or about May 3, 2017.

Nowadays, my daughter M████ S██ is an 20 years old junior in Hamilton College, but she still is a "foster child" (institution-reared child) by the same Family Court Judge Honorable Clark Richardson, J.F.C.'s Order in the ACS case (Docket No: NN-36672-15, ACS#: 5284236).

Between April 9, 2017 to current, in the last two 27 months, I do/did not know any informant (from the Court, ACS, "Forestdale Inc" or and the attorney by the Family Court Judge) about my case, which is "N or X" times of "trial of hearing(s) by default" at the Family Court in the same ACS case. Nobody tell me any information about the case, until I would file a Petition to the Family Court on June 28, 2019 and the last time on July 26, 2019.

### (8)   Petition the Court for Removal and Remand

According to the previous cases, an intermediate court found violations in the legal procedures of the last trial and ordered a new trial in the county court.

According to the previous cases, the judge is found to have taken bribes, conducted malpractice out of personal considerations, and misused the law in rendering judgment during the trial of the case, shall be pursued; beside, the case should be Remand and get reopened.

**E.g. McDonough Power Equipment, Inc. v. Greenwood, 464 U.S. 548** (more), (1984); 104 S. Ct.845; 78 L.Ed.2d663;

**E. g. Batson v. Kentucky, 476 U.S. 79 (1986)**

---

In the Matter of the Application of
Yi Sun
Pursuant to § 422 of the Social Services Law
SH: 92234

I, Yi Sun, the Petitioner-Appellant being duly sworn, deposes and says:

(1)   Yi Sun, I am the Petitioner Pro Se in the matter.

The proceedings were commenced in 'New York State Office of Children and Family Services'(located at 163 West 125ᵗʰ Street, 14 Fl, New York, New York); In the Matter of the Application of Yi Sun, Pursuant to § 422 of the Social Services Law;

This is an appeal by Petitioner-Appellant Yi Sun, who seeks to reverse the Decision by Rantideva Singh, the Administrative Law Judge of 'New York State Office of Children and Family Services' **or and** the Final Order of Disposition and Finding of Neglect of the Family Court, New York County, Hon. Clark V. Richardson, J.F.C., entered January 19, 2017, that found that "emotional and excessive corporal punishment" and by failing to address her "mental health" concerns after granting the AFC's post-evidence request without notice t Appellant to conform the pleadings to the proof resulted in an adjudication of Neglect.

The proceeding commenced by filing a Petition and then an amended Petition alleging Neglect; This proceeding sought to establish Neglect from excessive corporal punishment and emotional risk of harm to the 16-yearold child (on March of 2015) of the single parent Appellant.

75

(2)     On May 30, 2019 at afternoon, I received a USPS mailing, which was a copy of the Decision by Hon. Rantideva Singh, the Administrative Law Judge of New York State Office of Children and Family Services, entered February 7, 2019, served with Notice of Entry May 30, 2019. By the Rule, <u>Article 78 of the Civil Practice Law and Rules requires the appellant to file within four months of the date of the decision.</u> However, in fact, I received the decision on May 30, 2019, which was the last week that the State Law had given me (the appellant) 4-month deadline. So, first of all, now I respectfully request that the Court grant extensions of time to Yi Sun (the Petitioner-Appellant Pro Se) to file the documents of petition in the appeal. I would look for a lawyer (attorney at law) to help me in the case.

(3)     Since I knew that someone again report a new case to ACS about me on or about March 11, 2015, I immediately contact with 'New York State Office of Children and Family Services', I asked "Statewide Central Register Division of Child Welfare and Community Services, New York State Office of Children and Family Services" to give me a special hearing and review the case.
      Stated March 22, 2015 to May 28, 2019, I continuously contacted with "New York State Children and Family Services" and file twice request document over 200 pages to "Steve Connolly, Director, Special Hearings Bureau, New York State Office of Children and Family Services, 52 Washington Street, Rensselaer, NY 12144". I asked "Statewide Central Register Division" give me a special hearing to review my case. However, in the past four years, from the scheduled hearing date on February 8, 2017 at 10:00AM to the "last hearing" on December 5, 2018, the Administrative Law Judge Honorable Rantideva Singh didn't give me a complete hearing in the matter. He always canceled my "hearing date" and ordered that the hearing was adjourned for six months when he saw I (Yi Sun pro se) came to the hearing place, located at 163 West 125th Street, 14 Floor, New York, New York.
      During the four years, because I have not an attorney in the case, he (Honorable Judge Rantideva Singh) do not give me a "full time hearing" under Due process (include "Procedural due process" and "Substantive due process").

(4)     I received the mailing with the copy of Decision from "New York State Children and Family Services, 163 West 125th Street, 14 Floor, New York, NY 10027" at the night on May 30, 2019. When I saw the papers and knew that the Decision made by February 7, 2019, I was astonished that I found no fair play. It was a shocking abdication of responsibility.
I felt that the Administrative Law Judge didn't treat my right(s) and he don't understand my all situation in the current case(s). I would file an appeal by way of petition against this sentence by the Administrative Law Judge Honorable Rantideva Singh's Order/Judgment.

(5)     On May 31, 2019, in the last week of the appeal, I tried to go to 'Supreme Court of the State of New York, County of New York" to file a petition for Extension of Time; On June 6, 2019, in the last day of the Appeal date, I sent my documents of Appeal to the Court. (Index No: 100868/2019). However, on June 12, 2019, when I would return to the 'Supreme Court of the State of New York, County of New York" to take the documents, I knew that the case was Denied by Honorable Judge Gerald Lebovits, J.S.C. The reason that 'the case was Denied by New York Supreme Court' because I came to a wrong place for appeal.

(6)     Between on June 13, 2019 and June 19, 2019, I many more times tried to contact with "New York State Office of Children and Family Services", I would know that where I can go to for Appeal against the decision by the Administrative Law Judge of New York State Office of Children and Family Services, "Pursuant to § 422 of the Social Services Law", but nobody gave

76

me the answer. Later, I tried to call the Special Hearing office's telephone number at 212-961-4408, but twice the lady off my phone.

(7)      On June 17, 2019 at afternoon, I tried to contact with "New York Supreme Court, Appellate Division-First Department", located at "27 Madison Avenue, New York, NY 10010", but the clerk office told me that the Court only review the appeal case from the Decision/Order by the lower Court "NYC Family Court".

(8)      After I tried to contact with "New York State Office of Children and Family Services" again, between on June 18, 2019 to current, the officer told me to file a Petition in the 'New York City Family Court', which is the original case filed by ACS.
        The Family Court of the State of New York is a specialized court of the New York State Unified Court System located in each county of the state. It is a family court that hears cases involving children and families and handles issues such as child abuse and neglect (child protection), adoption, child custody and visitation, domestic violence, guardianship, juvenile delinquency, paternity, persons in need of supervision (PINS), and child support. In New York City, it has concurrent jurisdiction with the New York City Criminal Court for family offenses (domestic violence).

(9)      By the situation, I come to the 'New York County Family Court' to file the Petition on June 28, 2019. And the Petitioner Yi Sun (me) prays that the Family Court grant my petition with "Affidavit of Request for poor person Order" to request for a Special Hearing to review my cases of Child Neglect of "Abuse or Maltreatment by another unprejudiced judge. And Request for Remand after Removal, from the same Family Court Judge (Hon. Clark V. Richardson)'s Order in the Manhattan Family Court.

        Between at 2: 15 pm and 4: 20 pm on the same day on June 28, 2019, the Clerk office of Manhattan Family Court refused my petition in the matter.
        Later, the supervisor of the Clerk of Court (New York County Family Court) showed my papers to the same Family Court Judge (Hon. Clark V. Richardson), my Petition was decided by the Hon. Clark V. Richardson at the afternoon.

(10).    On July 26, 2019, I returned to the office of 'Clerk of Court, Manhattan Family Court', And I filed a "Notice of Appeal & Motion" with "Notice of Motion for Poor Person Relief and Transcript" and "Affirmation of Service By Mail" et al to the office of 'Clerk of the Family Court". But my last Petition was denied again by the Family Court Judge Hon. Clark Richardson, J.F.C on June 28, 2019 or and July 26, 2019

        The right of individuals to appeal to a higher court is provided for in the constitution. The Family Court Judge's Order/Decision was (defending these privileged defendants especially the serial rapist and) punishes the helpless victim under an unreasonable punishment.

77

## Yi Sun's Verification

Supreme Court of the State of New York,
County of New York: ss

    Yi Sun, being duly sworn, says:

    I am the Plaintiff *Pro Se* in the action within.

    In God I Trust. Ms. Yi Sun is an honest person. In front of Honorable Clerk of the Court or and Honorable Judges at the Court; in front of U.S. Department of Justice, or and in front of other legal department, I promise I have spoken the truth the whole time. Everything that I have true said so far is the truth.

               Respectfully submitted,

Dated: New York, New York
      September 26, 2019

                                  Yi Sun   Yi Sun
                        Petitioner-Plaintiff-Appellant Pro Se
                        10 East 116th Street, Apt#3A
                        New York, NY 10029-1061
                        Call: 212-810-0556
                        Email:sunyiculture@yahoo.com

Sworn to before me this
26th day of September, 2019

NOTARY PUBLIC

**JUNISE JAIME**
Notary Public, State of New York
No. 04JA6325007
Qualified In New York County
Commission Expires May 18, 2023

New York County Clerk's Office
Paym 784211 09/26/2019 3:40p
Cashier ORICHARD Register # 8

Tr.1022448                    $210.00
Supreme Court General Index Res. (General)
101501/2019 SUN, YI vs. SASLOVSKY, ESQ, HEA
THER J. MANHATTA JUVENILE RIGHTS OFFICER OF
 THE LEGAL AID SOCIETY, ET AL

Total:                        $210.00

Check                         $210.00

Supreme Court Records OnLine Library - page 80 of 80