UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
YI SUN,

                              Plaintiff,

          -against-

SASLOVKY, et al.,

                            Defendants.
-------------------------------------------------------x

No. 19 Civ. 10858 (LTS)(SN)

ORDER

        The Court has received and reviewed in its entirety Plaintiff's letter dated December 17, 2019, which Plaintiff styles a "Verified Petition for 'Passive euthanasia/death with dignity.'" (Docket Entry No. 23.)

        In the filing, Plaintiff describes distress that she has experienced in the course of this litigation and the events that she alleges precipitated it, and requests that this Court grant her relief by authorizing the termination of her life. As a matter of law, the Court has no power to authorize the measures Plaintiff seeks. The Court is very concerned about Plaintiff's welfare, and appreciates how stressful it can be to receive unfavorable court rulings. The Court also appreciates that it is even more difficult to cope with such rulings when the claim arises from a traumatic experience.

        It appears that Plaintiff needs assistance coping with the circumstances that are causing her suffering. While the Court cannot require Ms. Sun to seek therapy and does not recommend any particular provider, Plaintiff might benefit from contacting an organization that could provide her with assistance in managing the stress of litigation and living with the PTSD she has referenced in her letters to the Court. By way of information only, and without any recommendation or endorsement of any organization, the Court lists here some organizations that appear to provide services that could be helpful. The Court is not recommending these particular

organizations and has no familiarity with the quality or precise nature of the services they offer, but this list may be a helpful starting point.

**National suicide prevention hotline** (1-800-273-8255)

**Weill Cornell Community Clinic** (646-962-9222)

**New York City Free Medical Clinic** (212-206-5200)

**Lutheran Medical Center (Brooklyn)** (718-437-5210) (Mandarin counseling available)

**New York State Psychiatric Institute Audubon Clinic** (212-928-8300)

**Mount Sinai St. Luke's Outpatient Psychiatric Clinic** (212-280-0100)

**Metropolitan Center for Mental Health** (212-362-8755)

Personnel from the New York Legal Assistance Group Clinic for <u>Pro</u> <u>Se</u> litigants are also reaching out to Plaintiff.

Plaintiff's motion is denied, as it seeks relief that is not appropriate and is not within the Court's power. Plaintiff is urged to seek counseling assistance to obtain relief from the suffering documented in her letter.

SO ORDERED.

Dated: New York, New York

    December 20, 2019                                                                           <u>Laura Taylor Swain</u>
                                                                                                          LAURA TAYLOR SWAIN
                                                                                                          United States District Judge

Copy Mailed to:      Yi Sun
                         10 East 116th St. Apt 3A
                         New York, NY 10029