The Petitioner-Plaintiff Yi Sun's letter to Honorable chief U.S. District Judge, **Filed January 30, 2020** by Yi Sun

From: Yi Sun
    10 East 116th Street, Apt#3A
    New York, NY 10029-1061
    Call: (212) 810-0556
    E-Mail: Sunyiculture@yahoo.com

January 30, 2020

To: Hon. Clerk *for* Honorable Colleen McMahon
    Chief U.S. District Judge
    United States District Court-Southern District of New York
    500 Pearl Street,
    New York, NY 10007

### Re: Justice for the innocent victim
Yi Sun v. Heather J. Saslovsky, Esq et al
SDNY Case Docket#: 19-cv-10858
From the just beginning lawsuit in
New York County Supreme Court (**Index No: 101501/2019**)

**Honorable Chief Judge Colleen McMahon, Chief U.S. District Judge,
Honorable Geoffrey S. Berman, the U.S. Attorney of SDNY**

    Thank you for taking the time to read my letter in your busy schedule. I respectfully request that you can watch on all these about current the Defendants or and Defendants' attorneys' criminal wrongful act with serious Judicial Fraud (include "Conspiracy to obstruct Justice" and "Scheme to Defraud" et al) in the Court(s) in New York.

    I always believe that the U.S. government takes honesty and trust very seriously. They have reposed trust in the judicial power, which, in order that it might be trustworthy; they have made as respectable, as disinterested, and as independent as was practicable. In the application of the law all party or and persons are deemed as equals. No one is above the law.

    I always believed that "In a just society there must be a system whereby people (innocent victims) can seek redress through the Courts." My cause is just, and it continues. "What I require is, that justice be done." Nothing could ever undo the wrong, hurt or cure the pain that these bad persons (the rapists and his/their personal attorneys et al) had inflict on me (the victim SunYi). This current stigma despite me doing my best is wrong and must be reversed. Our Court mustn't wrong innocent people and palliative enemies. However, I was spent in body and spirit.

    I am powerless in the face of such forces of Defendants. But I still hope that I can seek justice through the highest Federal Court(s), and I wish "Justice will never be absent, it will only be late." By the situation, I have to exchange life for Justice, which maybe is the helpless victim only way now.

    My Motion/Petition for "Passive euthanasia/death with dignity" (by a letter in first time on December 17, 2019) was denied by the District Judge Honorable Judge Laura Taylor Swain at the District Court (**United States District Court, Southern District of New York**) on or about December 20, 2019, which was I sent a letter with my Petition/Request to you on December 17, 2019.

1

According to the previous cases by another 7 States, the petitioner shall/should be file/filed the second Petition/Request for "Euthanasia" in the same matter.

Now I would file the Verified Petition/Motion/Request for "Passive euthanasia/death with dignity" (in second time) to the Court(s), which seeks an Order, inter alia, to grant my verified request for "Passive euthanasia/death with dignity" by the "un-enactments law in the State of New York, so that the woman would legally end the Agonizing physical or mental pain, which the victim of repeated sexual assault was/is in an extremity of pain and in an agony of apprehension et al in life. The Petition for "The End-of-Life Decision-Making with dignity" by Yi Sun, in New York, New York.

---

**I respectfully request that Question(s) Presented:**

**1. Whether the Police of NYPD** (New York City Police Department), **ACS, Attorneys,** or and the lower Court Judge(s) **in New York think that "Rape/Sexual assault is a vile and loathsome crime"? Whether the NYPD Detectives enjoyed certain privileges after he/they knowingly raped an innocent female victim in her matter(s),** which was during the times of ACS cases, some bad policemen raped the Asian single mother (Yi Sun, the Petitioner Pro Se) and extorted sex and money from her (Yi Sun) in order for here to stay out of jail and keep her child Michelle Sun when another rapist reported false cases to and sued the victim to ACS (New York City Administration for Children's Services) and NYPD (New York City Police Department) for more times?

**2. Whether the Police of NYPD** (New York City Police department), **ACS, Attorneys, the lower Court Judge(s) in New York think that "Frame up; Fraud & Scheme to defraud; Aggravated Perjury; Suborn perjury; Tampering with evidence; destroy the material evidence; Making false statements; twist the facts; Falsification of evidence & falsification of documents; Conspiracy to obstruct justice; Retaliation** et al" **is a vile and loathsome crime"? Whether the privileged Defendants or and their top Attorneys should be enjoyed certain privileges in the most serious Judicial Fraud,** which was the privileged high-ranking official/'Top Attorney' Mr. Hugh H. Mo, Esq abetted his clients (Li Da Sun and Tsai Chung Chao, M.D.) has reported false cases to and sued me (about "Child Neglect of Abuse or Maltreatment") to New York City Police Department and NYC Administration for Children's Services (ACS) et al total over 60 times. (Between on June of 2007 to current, during the ACS cases especially in the last ACS case, during my case at Manhattan Family Court, the AFC and the ACS (c/w) made a series of misrepresentation in the hearing on April 25, 2017. Without corroborating proof. Their untrue statements are lies that have been invented for the purpose of creating in me a feeling of resignation to the difficulties of my condition. However, it was wrong to frame a case against me.)

**3. Whether the lower Court Judge(s) should be used/uses his/her position of power to outlaw the Litigant/Plaintiff's constitutional right or and the unalienable rights? Whether the lower Court Judge(s) should be tends to take sides with the crime party or and his/her friend?**
By the law, To shield the unlawful act of the parties concerned or absolve them from criminal liability; to intervene in court proceedings, shield your friends' unlawful act, absolve your friends from sentences beyond the laws and regulations of the receiving state.

**4. Whether the lower Court Judge(s) knowingly made the unconstitutional Order, which was defending these privileged defendants especially the serial rapist and punishes the helpless victim under an unreasonable punishment?** Throughtout history no

2

Yi Sun

judgments/order(s) by judge(s) grips the privileged defendant(s) especially the serial rapist (or and his attorneys) under 'harbor criminals (or and harbor evildoers and cover up their evil deeds)' with constancy and less honor than the SDNY Judge(s), who is/are the serial **Rape/Sexual assault is a vile and loathsome crime"**?

**5. Whether the NYPD Detectives enjoyed certain privileges after he/they knowingly raped an innocent female victim in her matter(s),** which was during the times of ACS cases, some bad policemen raped the Asian single mother (Yi Sun, the Petitioner Pro Se) and extorted sex and money from her (Yi Sun) in order for here to stay out of jail and keep her child Michelle Sun when another rapist reported false cases to and sued the victim to ACS (New York City Administration for Children's Services) and NYPD (New York City Police Department) for more times?

**6. Whether the lower Court Judge(s) should be object the litigant's any Request/Motion/Petition in the case, which was the petitioner** (The Plaintiff Yi Sun *Pro Se*) **respectfully Request for an Order** (by SDNY Judge) **to get the copy of the litigant Yi Sun's all IAB** (Internal Affairs Board) **Police Complaints report in her rape cases in New York City Police Department**?

(These IAB report is/was the material evidences and material facts to show the Court about the victim of repeated sexual assault (Plaintiff) was bullied, insulted, harassed by these privileged rapists or and their attorneys/friends under a series of unreasonable punishment after the Plaintiff tried to file the complaint(s) against them. The material facts was/is that: In the past years, during the times of ACS cases, some bad policemen raped the ligation and extorted sex and money from her in order for her to stay out of jail and keep her child Michelle when another rapist reported false cases to and sued the woman to ACS (New York City Administration for Children's Services) and NYPD (New York City Police Department) for more times. After that, for the last oven ten years, Plaintiff is currently still suffering from physical pain, difficult in sleep, having flash-backs, intrusive thoughts etc. These symptoms are consistent with Post Traumatic Stress Disorders (PTSD) and let Yi Sun sad and she feel that her day-in and day-out misery comes from these bad men and Yi Sun feel the loss of enjoyment of life.);

By the law, any Plaintiff or Defendant should be has/have "Due process" in the case(s). Plaintiff (the litigant Yi Sun) have/has the right to present evidence, including the right to call witnesses; Plaintiff has the right to request for requirement that the tribunal prepare a record of the evidence presented. I have the right to get a copy of my police complaint report about my rape cases in the Police Department of the City of New York. However, in the past years, my request for a copy of report met with a repulse.

**7. Whether the lower Court Judge(s) should be object the litigant's Request/Motion/ Petition in the original case, which was the petitioner** (The Plaintiff Yi Sun *Pro Se*) request for 'Forensic mental accreditation' with Expert Psychiatric Testimony by Honorable Judge's Order in the original case after the City Defendants (NYPD & ACS) and their Attorneys asserted that "the litigant/Respondent Mother is mental illness----"?

**8. Whether the lower Court Judge(s) should be object the litigant's Request/Motion/ Petition in the original case, which was the petitioner** (The Plaintiff Yi Sun *Pro Se*) **request for A Preliminary Injunction and Temporary Restraining Order to stop the Defendants to come to the litigant's personal place during the case after Yi Sun** (the Plaintiff Pro Se) **was brought forcibly by them to the Emergency Room of Mount Sinai Hospital to see**

3

Yi Sun

**Psychiatrists from her home and got an Unspeakable abuse & Gross violations of Human rights or and 'An outrageous invasions of privacy under moral turpitude' etc?**

In this evening on January 19, 2019 or and the early morning on January 21, 2019, Plaintiff never called 911 and said that she was suicidal. After Plaintiff was taken by ambulance to Emergency Room of Mount Sinai Hospital, the cops made a misrepresentation about Yi Sun at the early morning on January 20, 2019. Members of the legal profession have warned that loopholes in the United States' current system of compulsory mental health treatment are at risk of forcing healthy people into psychiatric hospitals.

I have reasonable doubt to think that it's an unconstitutional vindictive punishment under penalty of ulterior motive by some bad cops. Because I filed a lawsuit against New York City Police Department in the Federal Court on November 26, 2018 (case No: 1:2018-cv-11002). During the time, I was taken by ambulance to the mental hospital ER (Emergency room) by the NYPD cops at the early morning on January 20, 2019. It's the Defendants' reprisal and vindictive act after I filed a lawsuit against the Defendants (New York City Police Department, Hugh H. Mo etc) to the Federal Court two months ago (on November 26, 2018).

In the original case(s), I have <u>reasonable doubts</u> and evidences to think my opponents asserted that "the litigant is mental illness----" is a misrepresentation under their moral turpitude or, and the opposing party would shuffle out of responsibility in the case; their groundless accusation is made with ulterior motives. They used/uses their position of power to refuse the Plaintiff' rights to request for an unbiased tribunal and the Due process in the Court, And they always stands up these privileged defendants especially the serial rapist and would punishes the helpless rape victim under an unreasonable punishment.

This is a series of direct evidences and material facts to show the Court about This is a misrepresentation of "Abuse or Maltreatment" on Plaintiff's ACS case in the Family Court (Docket No: NN-36672-15). And the opponents asserted that "the Respondent Mother is mental illness----" is a misrepresentation under their moral turpitude or and the opposing party would shuffle out of responsibility in the case; their groundless accusation is made with ulterior motives.

**6. Whether the lower Court Judge(s) should be object the litigant's Request/ Petitioner/Motion for an Appeal Request in FORMA PAUPERIS in the Federal Court after the SDNY Judge knowingly knew the litigant current became a poor person, which was the Plaintiff** *Pro Se* continuously paid for the expensive legal fees total $220,000 in her cases. After that, Yi Sun faced with capital constraints. Especially current, she is/was in serious strains. (I became a poor person after I had to take these moneys from my IRA account and the College Education account etc to pay for the month rent and other monthly expenses.)

The relief the Plaintiff seek was/is an injuncation and damages. The petition was/is a reasonable one request; Financial assistance to appellants under section 26a of the legal aid ordinance, it is to realize social materialism embody concerns for individuals especially help the innocent poor victim for justice.

The District Court (United States District Court, Southern District of New York) or and the Court of Appeal (United States Court of Appeals for the Second Circuit) below did not answer the question;

**9. Whether the lower Court Judge(s) should be again support the Defendants'** (or and Defendants' Attorneys)' **Dishonesty Activities for Removal in the action, which was Removal on November 22, 2019 by Defendants' sharp practice under an unjustifiable tort with "misuse of legal process & Utter et al"** from New York County Supreme Court in the just beginning

4

Yi Sun

lawsuit (Index No: 101501/2019) by the litigant Yi Sun who filed on September 26, 2019 in "Supreme Court of the State of New York, Manhattan County", **so that seeks an Order in the Federal Law, inter alia, to dismiss Plaintiff's Verified Complaint pursuant to the Federal Law or and Rule, for failing to state a cause of action; or in the alternative, to strike Plaintiff's Complaint, pursuant to the Federal Law; or in the alternative, to compel discovery pursuant to the Federal Law; It's the only main reason and true aims of the Removal by the privileged Defendants?**

**10. Whether the lower Court Judge(s) in New York should be used/uses his/her position of power to outlaw the Litigant/Plaintiff's constitutional right or and the unalienable rights?**
Both state and federal laws safeguard the Litigant/Plaintiff's rights under the Fourth, Eighth and Fourteenth Amendments to the United States Constitution. The constitution is the organic law. These constitutions are paramount. However, the SDNY Judge(s)' Order(s) was in disregard of the constitution.

**11. Whether the lower Court Judge(s) or and the Second Circuit should/shall be evaded this case for "challenge for cause" or "peremptory challenges" after the Plaintiff-Appellant Yi Sun many more times respectfully request that "Court of Appeals, 2nd Circuit" shall be evaded this case for "challenge for cause" or "peremptory challenges"?**

**12. Whether A judge should never wink at any law-breaking?** But when the victim would ask for Justice and came to the District Court, the Judge gave her trouble instead of help, what reasons let the Judge abused his/her power and rode roughshod over the innocent litigant even punishes the helpless victim under an unreasonable punishment?
It is common for police officers or and judiciary staff in New York to shield each other from punishment, but the phenomenon reaches an extreme in New York Police Department and the Court(t) in Manhattan, especially New York City Law Department, attorneys for NYPD & ACS et al.

-------------------------------

**The helpless Victim's Testimony:** Yi Sun (Plaintiff *Pro Se*) would arouse the Justice by respecting the laws and without dreading their power through a special action, which is/was the litigant Yi Sun would file a Verified Petition/Request to the U.S. Department Justice and the highest Federal Court in Washington D.C, which seeks an Order, inter alia, to grant my final request for "Passive euthanasia/death with dignity" by the "un-enactments law in the State of New York, so that end the Agonizing physical or mental pain, which the victim of repeated sexual assault was/is in an extremity of pain and in an agony of apprehension et al in life.

**WHEREFORE,** the Petitioner-Plaintiff *Pro Se* Yi Sun (me) prays that the Court(s) grant my Petition/Request in the matter, And I respectfully request that this petition be granted, and that I have such other and further relief as may be just and proper.
Respectfully submitted,

Dated: New York, New York
January 30, 2020

YI SUN   Yi Sun
Petitioner Yi Sun *Pro Se*
10 East 116th Street, Apt# 3A
New York, New York 10029
Phone: 212-810-0556

Yi Sun

5