UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
YI SUN,

                                                                                                       No. 19 Civ. 10858 (LTS)(SN)

                     Plaintiff,

          -against-                                   <u>ORDER</u>

SASLOVSKY, et al.,

                     Defendants.
-------------------------------------------------------x

        The Court has received and reviewed in their entireties Plaintiff's "Verified Petition," "Notice of Removal to Consolidate and Review," and letter requesting the Court grant her Petition to "Remove and Consolidate." (Docket Entry Nos. 42-44.) To the extent Plaintiff requests review by the Department of Justice, the Federal Bureau of Investigation, or the Senate Judiciary Committee of the facts underlying her case before this Court, or requests a special investigation by the same, the requests are improperly directed to this Court. Plaintiff's request to have the Department of Justice initiate a criminal action is also improperly directed to this Court. This Court cannot grant those requests. Plaintiff may wish to direct applications or communications to those other government entities.

        The Court construes Plaintiff's request for removal of her pending cases in this district to "the Courts in Washington D.C." as a request to transfer venue, pursuant to 28 U.S.C. § 1404(a). That request was previously denied for lack of any proper legal or factual basis by this Court's orders of August 14, 2019, August 23, 2019, and September 4, 2019, in the related matter described in the instant request, (18-CIV-11002, Docket Entry Nos. 71, 77, 82), and is denied in this matter on the same basis.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for purpose of an appeal.  See Coppedge v. United States, 369 U.S. 438, 444 (1962).

This order resolves docket entry number 80.

SO ORDERED.

Dated: New York, New York
      June 22, 2020

                                               /s/ Laura Tyalor Swain
                                           LAURA TAYLOR SWAIN
                                           United States District Judge

Copy Mailed to:       Yi Sun
                           10 East 116th St. Apt 3A
                           New York, NY 10029