UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
YI SUN,

                                                                                                                                       No. 19 Civ. 10858 (LTS)(SN)

                     Plaintiff,

      -against-                                                                ORDER

SASLOVKY, et al.,

                     Defendants.
-------------------------------------------------------x

        The Court has received and reviewed in its entirety Plaintiff's letter dated September 4, 2020, in which Plaintiff requests that the Court correct "artificial mistakes" in the public record. (Docket Entry No. 50.) Plaintiff's letter includes excerpts from Docket Entry Numbers 23 and 47, but does not identify any specific mistakes.

        The Clerk of Court is hereby directed to correct the description of Docket Entry Number 23 to reflect that the letter was regarding "health issues and requesting authorization of euthanasia." Chambers will mail a copy of this order to Plaintiff.

        SO ORDERED.

Dated: New York, New York

      September 10, 2020                                      /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                              United States District Judge

Copy Mailed to:        Yi Sun
                              10 East 116th St. Apt 3A
                              New York, NY 10029