UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
YI SUN,

                                                                   Plaintiff,                             No. 19 Civ. 10858 (LTS)(SN)

         -against-                                          ORDER

SASLOVSKY, et al.,

                                        Defendants.
---------------------------------------------------------x

        The Court has received and reviewed in their entireties Plaintiff's Motion for an extension of time to file a Notice of Appeal, (Docket Entry No. 52, 53), Motion to Correct the Artificial Mistakes in the Public Record, (Docket Entry No. 54), and Motion for a Temporary Restraining Order and reconsideration of the Court's Aug. 6, 2020, Memorandum Opinion and Order ("the Aug. 6 Order").  (Docket Entry No. 55.)

Plaintiff's motion to correct mistakes on the docket excerpts the summary text of two docket entries.  (Docket Entry No. 54, at 3.)  However, Plaintiff does not identify any specific mistakes, and the Court has not identified any errors.  Accordingly, Plaintiff's motion is denied without prejudice to a future application which clearly identifies the alleged mistakes.

        On September 2, 2020, the Court denied Plaintiff's previous motion for reconsideration of the Aug. 6 Order.  (Docket Entry No. 48.)  In the instant motion, Plaintiff proffers no new factual or legal basis warranting reconsideration.  Accordingly, Plaintiff's motion is denied, and the request for a Temporary Restraining Order to stay the Aug. 6 Order pending reconsideration is denied as moot.

        Federal Rule of Appellate Procedure 4(a)(5)(A)(i) authorizes the Court to extend the time to file a notice of appeal if Plaintiff "moves no later than 30 days after the time prescribed by this Rule 4(a) expires."  Rule 4(a) provides that a party may file a notice of appeal within 30

days of the date of the order appealed from. Id. Because Plaintiff's request for an extension was filed within 60 days of the Aug. 6 Order, Plaintiff's time to file a notice of appeal from that order is hereby extended to **October 6, 2020**. See Fed. R. App. P. 4(a)(5)(C) (limiting any extension to the later of 30 days after the prescribed time or 14 days after the order granting the extension).

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444 (1962).

This order resolves Docket Entry Numbers 52, 53, and 54.

SO ORDERED.

Dated: New York, New York
September 15, 2020

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                United States District Judge

Copy Emailed to:    Yi Sun, sunyiculture@yahoo.com
Copy Mailed to:       Yi Sun
                                10 East 116th St. Apt 3A
                                New York, NY 10029