UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
YI SUN,

                                                                                                      No. 19-CV-10858-LTS-SN

                Plaintiff,

   -against-                                                         ORDER

SASLOVSKY, et al.,

                Defendants.
-------------------------------------------------------x

      In its Order of Dismissal dated August 6, 2020, the Court dismissed this action and granted Plaintiff leave to amend her claims in a Second Amended Complaint. (Docket entry no. 46 at 19.) The Court, however, warned that, if Plaintiff failed to file a Second Amended Complaint by September 21, 2020, "the Court will enter a judgment dismissing this action with prejudice[.]" (Id. at 20.) Because no Second Amended Complaint has been filed in this case, the Court dismisses the action with prejudice.

      The Clerk of Court is respectfully directed to enter judgment in favor of Defendants and to close this case. The Clerk of Court is also respectfully directed to mail a copy of this Order to Plaintiff at the address below.

      SO ORDERED.

Dated: New York, New York
       June 17, 2024

                                                                   /s/ Laura Taylor Swain
                                                                   LAURA TAYLOR SWAIN
                                                                   United States District Judge

Mail to:
Yi Sun
10 East 116th St. Apt 3A
New York, NY 10029