UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YI SUN,

                Plaintiff,

   -against-                                      19 **CIVIL** 10858 (LTS)(SN)

## **JUDGMENT**

SASLOVSKY, et al.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 17, 2024, and in its Order of Dismissal dated August 6, 2020, the Court dismissed this action and granted Plaintiff leave to amend her claims in a Second Amended Complaint. (Docket entry no. 46 at 19.) The Court, however, warned that, if Plaintiff failed to file a Second Amended Complaint by September 21, 2020, "the Court will enter a judgment dismissing this action with prejudice[.]" (Id. at 20.) Because no Second Amended Complaint has been filed in this case, the Court has dismissed the action with prejudice. Judgment is hereby entered for Defendants.

**Dated:** New York, New York
           June 18, 2024

                                                           **DANIEL ORTIZ**

                                                           **Acting Clerk of Court**

                              **BY:**    *K. Mango*

                                                           **Deputy Clerk**