UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
YI SUN,

        No. 19-CV-10858-LTS-SN

        Plaintiff,

    -against-            ORDER

SASLOVSKY, et al.,

        Defendants.
--------------------------------------------------------x

The Court has received and reviewed Plaintiff's Motion for Extension of Time to File Notice of Appeal (docket entry no. 74) and Motion for Leave to Proceed in Forma Pauperis on Appeal (docket entry no. 75).

A motion for extension of time to file a notice of appeal is governed by Federal Rule of Appellate Procedure 4. Under that rule, a notice of appeal must be filed within 30 days after entry of the judgment or order appealed from, and a district court may only extend the time to file a notice of appeal if "a party so moves no later than 30 days after the time prescribed by this Rule 4(A) expires" and "that party shows excusable neglect or good cause." Fed. R. App. P. 4(a). Plaintiff seeks an extension to appeal the Court's June 17, 2024, Order (docket entry no. 71). Because Plaintiff's motion is timely, and because she has demonstrated good cause due to her multiple disabilities, Plaintiff's motion for an extension of time to file a notice of appeal is granted. Plaintiff is hereby directed to file her notice of appeal by **August 17, 2024.**

As stated in its last Order (docket entry no. 76), the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444 (1962).

This order resolves docket entry nos. 74 and 75.  The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the address below.

SO ORDERED.

Dated: New York, New York
July 22, 2024

_/s/ Laura Taylor Swain__
LAURA TAYLOR SWAIN
Chief United States District Judge

Mail to:      Yi Sun
10 East 116th St. Apt 3A
New York, NY 10029